Sally W. Mimms (SBN 276093)
Stephanie A. Chambers (SBN 261025)
LOCKE LORD LLP
44 Montgomery Street, Suite 4100
San Francisco, California 94104-4815
Phone: (415) 318-8806
Fax: (415) 676-5816
smimms@lockelord.com
schambers@lockelord.com

Steven T. Whitmer (admitted *pro hac vice*)
Ashlee M. Knuckey (admitted *pro hac vice*)
LOCKE LORD LLP
111 South Wacker Drive
Chicago, Illinois 60606
Phone: (312) 443-1869
Fax: (312) 896-6569
swhitmer@lockelord.com
aknuckey@lockelord.com

Counsel for Plaintiffs/Counter-Defendants
ZURICH AMERICAN INSURANCE COMPANY, ZURICH AMERICAN INSURANCE COMPANY OF ILLINOIS, AMERICAN ZURICH INSURANCE COMPANY, and ZURICH SERVICES CORPORATION

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ZURICH AMERICAN INSURANCE COMPANY, ZURICH AMERICAN INSURANCE COMPANY OF ILLINOIS, AMERICAN ZURICH INSURANCE COMPANY, and ZURICH SERVICES CORPORATION,<br><br>  Plaintiffs,<br><br>  vs.<br><br>PETERSEN-DEAN, INC.,<br><br>  Defendant.<br>———————————————————<br>PETERSEN-DEAN, INC.,<br><br>  Counter-Claimant,<br><br>  vs.<br><br>ZURICH AMERICAN INSURANCE COMPANY, AMERICAN ZURICH INSURANCE COMPANY, and ZURICH SERVICES CORPORATION, and ROES 1 to 30,<br><br>  Counter-Defendants. | CASE NO. 4:13-cv-05758-PJH<br><br>Hon. Phyllis J. Hamilton<br><br>**TABLE OF EXHIBITS TO SECOND AMENDED COMPLAINT** |

| **Exhibit No.** | **Description** |
|---|---|
| A | Exemplar policy |
| B | Program Agreements |
| C | Deductible and Retrospective Premium Invoices |
| D | Statement of Account and Interest Calculations |
| E | June 4, 2014 Termination Letter |
| F | Final Invoice |
| G | Final Premium Invoices |
| H | Claim Services Contract |
| I | Claim Service Fee Invoices |
| J | August 31, 2012 Letter from Petersen-Dean to Zurich |