# EXHIBIT A

# D I V I D E R

# P A G E

```
Producer No:   09377000          SAN:         WC976929000000
Pol Eff Dt:    04-30-2011        Office:      KGCM

Date Printed: 06-23-2011
Time Printed: 16:20:38

Trans Eff Dt: 04-30-2011
Insured Name: PETERSEN-DEAN, INC.
Policy No:    WC933696800
Trans Seq No: 001
Trans Type:   New Business Issue
              Reprint Policy
Oper Init:    USZSCP2
Company Abbr: ZA
Release Version: 1.80.0.0

User-Selected Sets    Copies Printer
INSURED-FULL POLICY W  01    SACRAMENTO CENTRAL PRINT - OMAHA
AGENT-FULL POLICY W/O  01    SACRAMENTO CENTRAL PRINT - OMAHA
BRANCH-FULL POLICY W/  01    SACRAMENTO CENTRAL PRINT - OMAHA
ZDW                    01    Don't print
```

Z0000553

LOCKTON COMPANIES LLC
725 S FIGUEROA ST FL 35
LOS ANGELES, CA 90017-5524

Z0000554

# POLICYWRITING INDEX

INSURANCE FOR THIS COVERAGE PART PROVIDED BY:
**AMERICAN ZURICH INSURANCE COMPANY**

COMPANY CODE: 02

| ACCOUNT NUMBER | POLICY NUMBER | PREVIOUS POLICY NUMBER | EFFECTIVE DATE - EXPIRATION DATE |
|---|---|---|---|
| 9336968000 | WC 9336968-00 | NEW | 04-30-2011      04-30-2012 |

NAMED INSURED **PETERSEN-DEAN, INC.**

| MISCELLANEOUS INFORMATION | | TRANSACTION INFORMATION | |
|---|---|---|---|
| PAYMENT PLAN | **MONTHLY** | TRANS. TYPE | **NEW BUSINESS** |
| OPERATOR I.D. | **USZSCP2** | TRANS. SEQ. # | **001** |
| UNDERWRITER I.D. | **USZMMB4** | DATE PROCESSED | **06-23-11** |
| COUNTERSIGNATURE | **N** | TRANS. DATE | **04-30-11** |
| COMPULSORY AUTO | | ENDORSEMENT # | |
| WORK. COMP. FEDERAL I.D. # **77-0051446** | | CANC/REIN REASON | |
| AUDIT INDICATOR | **A** | | |
| UPC CODE | **0000** | | |
| SIC CODE | **1761** | | |
| **ROOFING, SHEET METAL WORK** | | | |

LINE OF BUSINESS/ COMMISSIONS:

| LINE OF BUSINESS | COMMISSION % |
|---|---|
| WORKERS' COMPENSATION | VRS |

|  | | |
|---|---|---|
| FULL ANNUAL PREMIUM | $ | 700,084.00 |
| BILLED PREMIUM | $ | 700,084.00 |

| NAMED INSURED MAILING ADDRESS | PRODUCER INFORMATION          CODE 09377-000 |
|---|---|
| PETERSEN-DEAN, INC. | LOCKTON COMPANIES LLC |
|  | 725 S FIGUEROA ST FL 35 |
| 7980 ENTERPRISE DR | |
| NEWARK              CA   94560-3413 | LOS ANGELES              CA   90017-5524 |

ASSEMBLY INFORMATION

STAMPS/ STICKERS

MAILING INSTRUCTIONS

Z0000555

## POLICYWRITING INDEX

| ACCOUNT NUMBER | POLICY NUMBER | PREVIOUS POLICY NUMBER | EFFECTIVE DATE - EXPIRATION DATE | |
|---|---|---|---|---|
| 9336968000 | WC 9336968-00 | NEW | 04-30-2011 | 04-30-2012 |

### COMPUTER PRODUCED FORMS

| | | |
|---|---|---|
| LC-373-A | | 07-03 IMPORTANT NOTICE TX SAFETY CONSULTATION |
| PN 04 99 04 | | 12-01 POLICYHOLDER NOTICE CA INSURANCE SURCHGE |
| U-WC-244-C | | 04-09 FLORIDA IMPORTANT NOTICE |
| U-WC-276-E FL | | 03-03 FLORIDA SAFETY AND HEALTH CONSULTATION |
| U-GU-766-A | | 12-07 NOTIFICATION OF IMPORTANT CHANGES TRIA |
| U-WC-D-314-A | | 07-94 WORKERS COMPENSATION INFORMATION PAGE |
| U-WC-320-A | | 07-94 SCHEDULE OF FORMS AND ENDORSEMENTS |
| U-GU-406-A | | 07-94 INSTALLMENT PREMIUM SCHEDULE |
| WC 99 00 02 | | 10-99 SCHEDULE OF INSUREDS AND LOCATIONS |
| U-WC-315-A | | 07-94 CLASSIFICATION SCHEDULE |
| WC 00 00 00 A | | 04-92 INSURANCE POLICY |
| WC 00 03 02 | | 04-84 DESIGNATED WORKPLACES EXCLUSION ENDT |
| WC 00 03 13 | ADL | 04-84 WAIVER OF RIGHTS TO RECOVER FROM OTHERS |
| WC 00 04 06 A | | 07-95 PREMIUM DISCOUNT ENDT |
| WC 00 04 14 | | 07-90 NOTIFICATION OF CHANGE IN OWNERSHIP ENDT |
| WC 00 04 19 | | 01-01 PREMIUM DUE DATE ENDORSEMENT |
| WC 00 04 21 C | | 09-08 CATASTROPHE (OTHER THAN CERT ACTS) ENDT |
| WC 00 04 22 A | | 09-08 TERRORISM RISK PGM REAUTH ACT DISCL ENDT |
| PN 04 99 01 C | | 04-04 POLICYHOLDER NOTICE YOUR RIGHT TO RATING |
| PN049902B | | 05-02 CA WORKERS COMP INSURANCE RATING LAWS |
| WC 02 06 01 | | 05-86 AZ ARIZONA CANCELATION ENDORSEMENT |
| WC 04 03 01 A | | 03-98 POLICY AMENDMENT ENDT - CA |
| WC 04 03 06 | | 04-84 WAIVER OF RIGHTS TO RECOVER FROM OTHERS |
| WC 04 03 60 A | | 11-99 EMPLOYERS LIAB COV AMEND ENDT - CA |
| WC 04 04 21 | | 01-08 CA OPTIONAL PREMIUM INCREASE ENDORSEMENT |
| WC 04 06 01 A | | 12-93 CA CANCELATION ENDORSEMENT |
| WC 09 03 03 | | 08-05 FL EMPLOYERS LIAB COV. ENDT |
| WC 09 04 01 | | 06-87 FL CONTRACTING CLASS PREM ADJ ENDT |
| WC 09 04 03 A | | 01-08 FL TERRORISM RISK INS PROGRAM REAUTH ACT |
| WC 09 06 06 | | 10-98 FL EMPLOYMENT AND WAGE INFO. REL. ENDT. |
| WC 27 06 01 C | | 10-08 NV CANCELLATION AND NONRENEWAL ENDT |
| WC 42 03 01 F | | 01-00 TX AMENDATORY ENDORSEMENT |
| WC 42 03 04 A | ADL | 01-00 TX-WAIVER OF OUR RIGHT TO RECOVER |
| WC 42 04 07 | | 03-02 TX AUDIT PREM AND RETRO PREM ENDT |
| U-WC-337-B FL | | 03-99 FL - LARGE DEDUCTIBLE ENDORSEMENT |

Z0000556

# POLICYWRITING INDEX

| ACCOUNT NUMBER 9336968000 | POLICY NUMBER WC 9336968-00 | PREVIOUS POLICY NUMBER NEW | EFFECTIVE DATE - EXPIRATION DATE 04-30-2011    04-30-2012 |
|---|---|---|---|

| | | |
|---|---|---|
| U-WC-348-B | 11-02 | LARGE DEDUCTIBLE ENDT AZ |
| U-WC-400-C | 10-09 | PRIVACY NOTICE |
| U-WC-401-C | 10-09 | PRIVACY NOTICE |
| WC990001A | 04-10 | WC AND EMPLOYERS LIABILITY IN WITNESS |
| WC 99 06 01 | 01-08 | TX TERRORISM RISK INS PROGRAM REAUTH ACT |
| WC 99 06 02 | 01-08 | TX TERRORISM PREMIUM ENDORSEMENT |
| WC990616 | 12-07 | LARGE DEDUCTIBLE SCHEDULE |
| FORM 09-4C | 01-10 | FL CCPAP |
| UGU395D | 07-09 | IMPORTANT NOTICE TO FL POLICYHOLDERS |
| UWC326E | 06-09 | IMPORTANT NOTICE-CALIFORNIA LOSS CONTROL |
| WC8093C | 07-04 | APPLICATION FOR DRUG-FREE WORKPLACE PREM |
| UWC249E | 10-07 | TEXAS ACCIDENT PREVENTION |

Z0000557

# Important Notice
# Texas Safety Consultation Services



The companies of Zurich North America have loss control services available at no additional charge. To request safety consultation services, visit www.zurichservices.com, call us at 1-800-982-5964 or please provide us with the information requested below and return this Notice to:

**Zurich Services Corporation**
Risk Engineering
1400 American Lane
Schaumburg, Illinois 60196-1056

I would like safety consultation services:

Insured's name: _____

Contacts's name: _____

Address: _____

City: _____ State: _____ ZIP code: _____

Telephone number: _____

**Z0000558**

**PN 04 99 04**
(Ed. 12-01)

# POLICY HOLDER NOTICE

### CALIFORNIA INSURANCE GUARANTEE ASSOCIATION (CIGA) SURCHARGE

Companies writing property and casualty insurance business in California are required to participate in the California Insurance Guarantee Association. If a company becomes insolvent, the California Insurance Guarantee Association settles unpaid claims and assesses each insurance company for its fair share.

California law requires all companies to surcharge policies to recover these assessments. If your policy is surcharged, "CA Surcharge" or "CA Surcharge (CIGA Surcharge)" with an amount will be displayed on your premium notice.

This notice does not change the policy to which it is attached.

**PN 04 99 04**
(Ed. 12-01)     **Copyright 2001 by the Workers' Compensation Insurance Rating Bureau of California. All rights reserved.**

Z0000559

# Important Notice – Fine for Late Notice of Injury



THE STATE OF FLORIDA WILL IMPOSE A $1,000.00 FINE FOR EACH LATE REPORTED **NOTICE OF INJURY** (Florida Form DWC-1).

Z0000560

# Florida Safety and Health Consultation Services



Important Notice

Florida regulation requires workers' compensation insurers to notify their insureds of the availability of safety and health consultation services. You may request these services form Zurich North America at no additional cost by completing this Notice or visit www.zurichservices.com.

Please decline or request consultation services by providing us with the information requested below and returning this Notice to:
Risk Engineering
Zurich Services Corporation
1400 American Lane
Schaumburg, IL 60196-1056
(800) 982-5964

☐ I **request** safety and health consultation services

☐ I **decline** safety and health consultation services

Insured's name

Contact's name

Address

City | State | ZIP code

Telephone number | Policy number

U-WC-276-E FL (03/03)
Page 1 of 1

Z0000561



# NOTIFICATION OF IMPORTANT CHANGES
# RELATING TO TERRORISM RISK INSURANCE ACT

**To Our Valued Customers:**

The Terrorism Risk Insurance Act ("TRIA") had been scheduled to expire on December 31, 2007. Prior to the termination of the program, Congress enacted an extension of TRIA until December 31, 2014. There are several important changes to TRIA included with the extension of which you should be aware:

**A.  Change in Definition of "Act of Terrorism"**
Prior to the enactment of the extension legislation, TRIA applied only to acts of terrorism committed by an individual or individuals "acting on behalf of any foreign person or foreign interest." This restriction has been removed such that the Secretary of Treasury may also certify acts of terrorism commonly described as "domestic terrorism." Because your policy may contain a limitation or exclusion relating to "certified acts of terrorism" and/or "other acts of terrorism" or "non-certified acts of terrorism" this change in the law may impact coverage under your policy. You should review your insurance policy and note the revised certification criteria under TRIA (as fully described in paragraph D. below).

**B.  Clarification of Operation of $100 Billion Cap on All Insurer and Federal Obligations**
If aggregate insured losses attributable to terrorist acts certified under TRIA exceed $100 billion in a Program Year (January 1 through December 31) and an insurer has met its deductible under the program, that insurer shall not be liable for the payment of any portion of the amount of such losses that exceeds $100 billion, and in such case insured losses up to that amount are subject to pro rata allocation in accordance with procedures established by the Secretary of Treasury.

**C.  Change in the Recoupment of the Federal Share of Insured Losses**
Should there be a terrorist act certified under TRIA, Treasury must recoup 133% of the amount of its payments under the program (limited to $27.5 billion minus the amount insurers retain in that calendar year as a result of the insurer deductible and co-share) through policyholder surcharges:
    1.  For an act of terrorism occurring prior to 2011, the collection must be completed by September 30, 2012;
    2.  For an act of terrorism occurring during 2011, the collection must be 35% completed by September, 30, 2012 with the balance collected by September 30, 2017; and
    3.  For a later event, the collection must be completed by September 30, 2017.

**D.  Revised Definition of Act of Terrorism under TRIA**
TRIA defines "act of terrorism" as any act that is certified by the Secretary of the Treasury, in concurrence with the Secretary of State and the Attorney General of the United States:
    1.  to be an act of terrorism;
    2.  to be a violent act or an act that is dangerous to human life, property or infrastructure;
    3.  to have resulted in damage within the United States, or outside of the United States in the case of an air carrier (as defined in section 40102 of Title 49, United States Code) or a United States flag vessel (or a vessel based principally in the United States, on which United States income tax is paid and whose insurance coverage is subject to regulation in the United States), or the premises of a United States mission; and
    4.  to have been committed by an individual or individuals as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

No act may be certified as an act of terrorism if the act is committed as part of the course of a war declared by Congress (except for workers' compensation) or if losses resulting from the act, in the aggregate for insurance subject to TRIA, do not exceed $5,000,000.

Copyright  2007 Zurich American Insurance Company
Includes copyrighted material of ISO Properties, Inc. with its permission

**Z0000562**

**WORKERS COMPENSATION AND EMPLOYERS LIABILITY**
**INSURANCE POLICY – INFORMATION PAGE**

|  | Servicing Office: |
|---|---|
| Insurance for this coverage part provided by:<br>**AMERICAN ZURICH INSURANCE COMPANY** | **NORTHWEST**<br>**3249 QUALITY DRIVE**<br>**RANCHO CORDOVA, CA 95670** |

| | |
|---|---|
| 1.   Policy Number WC 9336968-00<br>Named Insured and Mailing Address<br>PETERSEN-DEAN, INC.<br>7980 ENTERPRISE DR<br>NEWARK CA 94560-3413 | Renewal of Number      NEW<br>Producer and Mailing Address<br>LOCKTON COMPANIES LLC<br>725 S FIGUEROA ST FL 35<br>LOS ANGELES CA 90017-5524 |
| | Producer Code   09377-000 |

Other workplaces not shown above:      See Schedule of Locations
FEIN: 77-0051446
NCCI Company No. 17965   [X] New   [ ] Renewal   [ ] Rewrite  of Prior Policy No.

This information page, with policy provisions and endorsements, if any, completes this policy.

Insured is: CORPORATION

2.   Policy Period: From: 04-30-2011 to 04-30-2012     at 12:01 A. M. Standard Time at insured's mailing address.

Insured's Identification number(s): See Schedule Locations

3.   A.   Workers Compensation Insurance:  Part One of the policy applies to the Workers' Compensation Law of the states listed here:
ARIZONA, CALIFORNIA, FLORIDA, NEVADA, TEXAS

B.   Employers Liability Insurance: Part Two of the policy applies to work in each state listed in Item 3.A.

The limits of liability under Part Two are:   Bodily Injury by Accident:   1,000,000   each accident
Bodily Injury by Disease:   1,000,000   policy limit
Bodily Injury by Disease:   1,000,000   each employee

C.   Other States Insurance: Part Three of the policy applies to the states, if any, listed here:
ALL STATES EXCEPT ND, OH, WA, WY AND THOSE STATES LISTED IN 3 A.

D.   This Policy includes these Endorsements and Schedules:
**See Schedule of Forms and Endorsements.**

4.   The premium for this policy will be determined by our Manuals of Rules, Classifications, Rates and Rating Plans.  All information required on the following Classification Schedule is subject to verification and change by audit.
**See Classification Schedule**

| | | |
|---|---|---|
| TOTAL ESTIMATED STANDARD PREMIUM | $    2,545,743.00 | If indicated below, adjustment of premium shall be made: |
| PREMIUM DISCOUNT | $       -5,151.00 | |
| EXPENSE CONSTANT | $          210.00 | |
| PREMIUM FOR ENDORSEMENT | $ | [X] Annually    [ ] Monthly |
| TAXES AND SURCHARGES | $       59,874.00 | [ ] Semi-Annually    [ ] This is a Three Year Fixed Rate Policy |
| TOTAL ESTIMATED ANNUAL PREMIUM | $      700,084.00 | [ ] Quarterly |
| MINIMUM PREMIUM | $        1,000.00 | |
| DEPOSIT PREMIUM | $      234,901.00 | |

_____     _____     _____
Agent or Producer                Countersigned by Resident Licensed Agent                Date

WC 00 00 01 A

U WC-D-314-A (07-94)
Page 1 of 1

**Z0000563**

**SCHEDULE OF FORMS AND ENDORSEMENTS**

Policy Number: WC 9336968-00

| Form Number & Edition Date | | Form Name |
|---|---|---|

WORKERS COMPENSATION FORMS AND ENDORSEMENTS

| | | |
|---|---|---|
| U-GU-766-A | 12-07 | NOTIFICATION OF IMPORTANT CHANGES TRIA |
| U-WC-D-314-A | 07-94 | WORKERS COMPENSATION INFORMATION PAGE |
| U-WC-320-A | 07-94 | SCHEDULE OF FORMS AND ENDORSEMENTS |
| U-GU-406-A | 07-94 | INSTALLMENT PREMIUM SCHEDULE |
| WC 99 00 02 | 10-99 | SCHEDULE OF INSUREDS AND LOCATIONS |
| U-WC-315-A | 07-94 | CLASSIFICATION SCHEDULE |
| WC 00 00 00 A | 04-92 | INSURANCE POLICY |
| WC 00 03 02 | 04-84 | DESIGNATED WORKPLACES EXCLUSION ENDT |
| WC 00 03 13 | 04-84 | WAIVER OF RIGHTS TO RECOVER FROM OTHERS |
| WC 00 04 06 A | 07-95 | PREMIUM DISCOUNT ENDT |
| WC 00 04 14 | 07-90 | NOTIFICATION OF CHANGE IN OWNERSHIP ENDT |
| WC 00 04 19 | 01-01 | PREMIUM DUE DATE ENDORSEMENT |
| WC 00 04 21 C | 09-08 | CATASTROPHE (OTHER THAN CERT ACTS) ENDT |
| WC 00 04 22 A | 09-08 | TERRORISM RISK PGM REAUTH ACT DISCL ENDT |
| WC 02 06 01 | 05-86 | AZ ARIZONA CANCELATION ENDORSEMENT |
| WC 04 03 01 A | 03-98 | POLICY AMENDMENT ENDT - CA |
| WC 04 03 06 | 04-84 | WAIVER OF RIGHTS TO RECOVER FROM OTHERS |
| WC 04 03 60 A | 11-99 | EMPLOYERS LIAB COV AMEND ENDT - CA |
| WC 04 04 21 | 01-08 | CA OPTIONAL PREMIUM INCREASE ENDORSEMENT |
| WC 04 06 01 A | 12-93 | CA CANCELATION ENDORSEMENT |
| WC 09 03 03 | 08-05 | FL EMPLOYERS LIAB COV. ENDT |
| WC 09 04 01 | 06-87 | FL CONTRACTING CLASS PREM ADJ ENDT |
| WC 09 04 03 A | 01-08 | FL TERRORISM RISK INS PROGRAM REAUTH ACT |
| WC 09 06 06 | 10-98 | FL EMPLOYMENT AND WAGE INFO. REL. ENDT. |
| WC 27 06 01 C | 10-08 | NV CANCELLATION AND NONRENEWAL ENDT |
| WC 42 03 01 F | 01-00 | TX AMENDATORY ENDORSEMENT |
| WC 42 03 04 A | 01-00 | TX-WAIVER OF OUR RIGHT TO RECOVER |
| WC 42 04 07 | 03-02 | TX AUDIT PREM AND RETRO PREM ENDT |
| U-WC-337-B FL | 03-99 | FL - LARGE DEDUCTIBLE ENDORSEMENT |
| U-WC-348-B | 11-02 | LARGE DEDUCTIBLE ENDT AZ |
| WC990001A | 04-10 | WC AND EMPLOYERS LIABILITY IN WITNESS |
| WC 99 06 01 | 01-08 | TX TERRORISM RISK INS PROGRAM REAUTH ACT |
| WC 99 06 02 | 01-08 | TX TERRORISM PREMIUM ENDORSEMENT |
| WC990616 | 12-07 | LARGE DEDUCTIBLE SCHEDULE |

Z0000564

## INSTALLMENT PREMIUM SCHEDULE

The total premium shown in the Declarations of this policy is made payable in installments, on the dates and in the amount shown below.

| NAMED INSURED | POLICY NUMBER |
|---|---|
| PETERSEN-DEAN, INC. | WC 9336968-00 |

| PAYMENT DUE | STANDARD PREMIUM | TAXES PREPAID | TOTAL PREMIUM |
|---|---|---|---|
| 04/30/11 | $ 175,027.00 | $ 59,874.00 | $ 234,901.00 |
| 05/30/11 | $ 51,687.00 | | $ 51,687.00 |
| 06/30/11 | $ 51,687.00 | | $ 51,687.00 |
| 07/30/11 | $ 51,687.00 | | $ 51,687.00 |
| 08/30/11 | $ 51,687.00 | | $ 51,687.00 |
| 09/30/11 | $ 51,687.00 | | $ 51,687.00 |
| 10/30/11 | $ 51,687.00 | | $ 51,687.00 |
| 11/30/11 | $ 51,687.00 | | $ 51,687.00 |
| 12/30/11 | $ 51,687.00 | | $ 51,687.00 |
| 01/30/12 | $ 51,687.00 | | $ 51,687.00 |
| TOTAL | $ 640,210.00 | $ 59,874.00 | $ 700,084.00 |

Failure to pay the Installment Premium by the Date Due shown shall constitute non-payment of premium for which we may cancel this policy.

U-GU-406-A (07/ 94)
PAGE 1 OF 1

Z0000565

# Workers Compensation and Employers Liability Insurance Policy



**Schedule of Insureds and Locations**

| Branch | Policy Number | Producer Code |
|---|---|---|
| GLENDALE, CA 91203 | WC 9336968-00 | 09377-000 |

### SCHEDULE OF INSUREDS AND LOCATIONS

```
PETERSEN-DEAN, INC.
FEIN: 770051446, Risk  ID 2496450, 911883252, SIC Code: 1721
7980 ENTERPRISE DR              NEWARK              CA 94560
JOBSITE LOCATION                PHOENIX             AZ 85034
JOBSITE LOCATION                MIAMI               FL 33101
JOBSITE LOCATION                LAS VEGAS           NV 89125
JOBSITE LOCATION                DALLAS              TX 75221
```

Issue Date: 04-30-2011

Z0000566

**WORKERS COMPENSATION CLASSIFICATION SCHEDULE**

Insurance for this coverage part provided by:
AMERICAN ZURICH INSURANCE COMPANY

Policy Number  WC 9336968-00

| ITEM 4. | CLASSIFICATION OF OPERATIONS | | PREMIUM BASIS | RATES | | |
|---|---|---|---|---|---|---|
| LOC. | Entry in this item, except as specifically provided elsewhere in this policy, does not modify any of the other provisions of this policy. | Code No. | Total Estimated Annual Remuneration | Per $100 of Remuneration | | Estimated Annual Premium |
| | PETERSEN-DEAN, INC.<br>FEIN # 77-0051446<br>NAIC CODE 236220 | | | | | |
| | JOBSITE LOCATION<br>PHOENIX AZ 85034 | | | | | |
| | ROOFING - ALL KINDS & DRIVERS | 5551E | $      2,000,000 | 12.84 | $ | 256,800.00 |
| | TOTAL CLASS PREMIUM | | | | $ | 256,800.00 |
| | LARGE DEDUCTIBLE      -75.0% | 9664 | | | $ | -192,600.00 |
| | INCREASE LIMITS       2.0% | 9812 | | | $ | 1,284.00 |
| | TOTAL SUBJECT PREMIUM | | | | $ | 65,484.00 |
| | EXPERIENCE PREMIUM      .69 | 9898 | | | $ | -20,300.00 |
| | TOTAL MODIFIED PREMIUM | | | | $ | 45,184.00 |
| | STANDARD TOTAL | | | | $ | 45,184.00 |
| | PREMIUM DISCOUNT     11.4% | 0063 | | | $ | -5,151.00 |
| | TERRORISM            .01 | 9740 | | | $ | 200.00 |
| | CATASTROPHE (OTHER THAN<br>CERTIFIED ACTS OF<br>TERRORISM)           .01 | 9741 | | | $ | 200.00 |
| | TOTAL ESTIMATED PREMIUM | | | | $ | 40,433.00 |
| | FINAL TOTAL | | | | $ | 40,433.00 |

See next page

Z0000567

**WORKERS COMPENSATION CLASSIFICATION SCHEDULE**

Insurance for this coverage part provided by:
AMERICAN ZURICH INSURANCE COMPANY

Policy Number  WC 9336968-00

| LOC. | ITEM 4.  CLASSIFICATION OF OPERATIONS<br>Entry in this item, except as specifically provided elsewhere in this policy, does not modify any of the other provisions of this policy. | Code No. | PREMIUM BASIS<br>Total Estimated Annual Remuneration | RATES<br>Per $100 of Remuneration | Estimated Annual Premium |
|---|---|---|---|---|---|
| | PETERSEN-DEAN, INC.<br>FEIN # 77-0051446<br>NAIC CODE 236220<br><br>7980 ENTERPRISE DR<br>NEWARK CA 94560 | | | | |
| | ELECTRICAL WIRING - WITHIN BUILDINGS - INCLUDING INSTALLATION OR REPAIR OF FIXTURES OR APPLIANCES - SHOP AND OUTSIDE - EMPLOYEES WHOSE REGULAR HOURLY WAGE DOES NOT EQUAL OR EXCEED $28.00 PER HOUR | 5190 | $    3,000,000 | 5.54 | $    166,200.00 |
| | SHEET METAL WORK - ERECTION INSTALLATION OR REPAIR - SHOP AND OUTSIDE - INCLUDING INSTALLATION OF FURNACES OR AIR CONDITIONING SYSTEMS - EMPLOYEES WHOSE REGULAR HOURLY WAGE DOES NOT EQUAL OR EXCEED $25.00 PER HOUR - N.O.C. | 5538 | IF ANY | 8.09 | $    0.00 |
| | ROOFING - ALL KINDS - INCLUDING YARD EMPLOYEES - EMPLOYEES WHOSE REGULAR HOURLY WAGE DOES NOT EQUAL OR EXCEED $23.00 PER HOUR | 5552 | $    3,500,000 | 26.90 | $    941,500.00 |
| | ROOFING - ALL KINDS - INCLUDING YARD EMPLOYEES - EMPLOYEES WHOSE REGULAR HOURLY WAGE EQUALS OR EXCEEDS $23.00 PER HOUR. ASSIGNMENT OF THIS CLASSIFICATION IS SUBJECT TO VERIFICATION AT THE TIME OF FINAL AUDIT THAT THE EMPLOYEE'S REGULAR HOURLY WAGE EQUALS OR EXCEEDS $23.00 PER HOUR. THE PAYROLL OF AN EMPLOYEE WHOSE REGULAR HOURLY WAGE IS NOT SHOWN TO EQUAL OR EXCEED $23.00 PER HOUR SHALL BE CLASSIFIED AS 5552, ROOFING. | 5553 | $    4,900,000 | 12.07 | $    591,430.00 |
| | CARPENTRY - CONSTRUCTION OR REMODELING OF DWELLINGS NOT EXCEEDING THREE STORIES IN HEIGHT - INCLUDING THE CONSTRUCTION OF PRIVATE GARAGES AND THE INSTALLATION OF INTERIOR TRIM, BUILDERS FINISH, DOORS AND CABINET WORK IN CONNECTION WITH SUCH STRUCTURES - EMPLOYEES WHOSE REGULAR HOURLY WAGE DOES NOT EQUAL OR EXCEED $26.00 PER HOUR | 5645 | $    400,000 | 15.51 | $    62,040.00 |
| | CARPENTRY - CONSTRUCTION OR REMODELING OF DETACHED PRIVATE RESIDENCES FOR | 5697 | $    400,000 | 6.31 | $    25,240.00 |

See next page

Z0000568

**WORKERS COMPENSATION CLASSIFICATION SCHEDULE**

Insurance for this coverage part provided by:
AMERICAN ZURICH INSURANCE COMPANY

Policy Number  WC 9336968-00

| ITEM 4. CLASSIFICATION OF OPERATIONS | | PREMIUM BASIS | RATES | |
|---|---|---|---|---|
| LOC. | Entry in this item, except as specifically provided elsewhere in this policy, does not modify any of the other provisions of this policy. | Code No. | Total Estimated Annual Remuneration | Per $100 of Remuneration | Estimated Annual Premium |
| | OCCUPANCY BY ONE OR TWO FAMILIES – INCLUDING THE CONSTRUCTION OF PRIVATE GARAGES AND THE INSTALLATION OF INTERIOR TRIM, BUILDERS FINISH, DOORS AND CABINET WORK IN CONNECTION WITH SUCH STRUCTURES – EMPLOYEES WHOSE REGULAR HOURLY WAGE EQUALS OR EXCEEDS $26.00 PER HOUR. ASSIGNMENT OF THIS CLASSIFICATION IS SUBJECT TO VERIFICATION AT THE TIME OF FINAL AUDIT THAT THE EMPLOYEE'S REGULAR HOURLY WAGE EQUALS OR EXCEEDS $26.00 PER HOUR. THE PAYROLL OF AN EMPLOYEE WHOSE REGULAR HOURLY WAGE IS NOT SHOWN TO EQUAL OR EXCEED $26.00 PER HOUR SHALL BE CLASSIFIED AS 5645(1), CARPENTRY. | | | | |
| | LUMBERYARDS-COMMERCIAL-NO SECONDHAND MATERIALS | 8232 | $       700,000 | 8.40 | $       58,800.00 |
| | TOTAL CLASS PREMIUM | | | | $    1,845,210.00 |
| | INCREASE LIMITS          2.8% | 9812 | | | $         51,666.00 |
| | TOTAL SUBJECT PREMIUM | | | | $    1,896,876.00 |
| | EXPERIENCE PREMIUM       .88 | 9898 | | | $      -227,625.00 |
| | TOTAL MODIFIED PREMIUM | | | | |
| | STANDARD TOTAL | | | | $    1,669,251.00 |
| | | | | | $    1,669,251.00 |
| | LARGE DEDUCTIBLE     -76.6713% | 9663 | | | $   -1,279,836.00 |
| | TERRORISM              .03 | 9740 | | | $         3,870.00 |
| | CATASTROPHE (OTHER THAN CERTIFIED ACTS OF TERRORISM)          .01 | 9741 | | | $         1,290.00 |
| | TOTAL ESTIMATED PREMIUM | | | | $       394,575.00 |
| | CIGA SURCHARGE      2.559% | 0989 | | | $        10,097.00 |
| | CA ADMIN REVOLVING FUND ASSESS          1.4721% | 0987 | | | $        24,649.00 |
| | CA OCC SAFETY & HEALTH FUND            .2467% | 0992 | | | $         4,131.00 |
| | CA FRAUD ASSESSMENT  .4348% | 0988 | | | $         7,280.00 |
| | CA UNINS EMPL BENEFITS ASSESS            .4101% | | | | $         6,867.00 |
| | CA SUBS INJ BENEFITS ASSESS            .1776% | | | | $         2,974.00 |
| | CA LABOR ENFORCE & COMP ASSESS            .2315% | | | | $         3,876.00 |
| | FINAL TOTAL | | | | $       454,449.00 |

**WORKERS COMPENSATION CLASSIFICATION SCHEDULE**

Insurance for this coverage part provided by:
AMERICAN ZURICH INSURANCE COMPANY

Policy Number  WC 9336968-00

| ITEM 4. | CLASSIFICATION OF OPERATIONS | | PREMIUM BASIS | RATES | | |
|---------|------------------------------|------|----------------|-------|---|---|
| LOC. | Entry in this item, except as specifically provided elsewhere in this policy, does not modify any of the other provisions of this policy. | Code No. | Total Estimated Annual Remuneration | Per $100 of Remuneration | | Estimated Annual Premium |
| | PETERSEN-DEAN, INC. | | | | | |
| | FEIN # 77-0051446 | | | | | |
| | NAIC CODE 236220 | | | | | |
| | | | | | | |
| | JOBSITE LOCATION | | | | | |
| | MIAMI FL 33101 | | | | | |
| | | | | | | |
| | SHEET METAL WORK-INSTALLATION & DRIVERS | 5535 | $    1,200,000 | 8.26 | $ | 99,120.00 |
| | ROOFING - ALL KINDS & DRIVERS | 5551 | $    4,500,000 | 17.10 | $ | 769,500.00 |
| | | | | | | |
| | TOTAL CLASS PREMIUM | | | | $ | 868,620.00 |
| | INCREASE LIMITS          1.4% | 9812 | | | $ | 12,161.00 |
| | TOTAL SUBJECT PREMIUM | | | | $ | 880,781.00 |
| | EXPERIENCE PREMIUM          .69 | 9898 | | | $ | -273,042.00 |
| | TOTAL MODIFIED PREMIUM | | | | $ | 607,739.00 |
| | STANDARD TOTAL | | | | $ | 607,739.00 |
| | LARGE DEDUCTIBLE       -75.0% | 9663 | | | $ | -455,804.00 |
| | TERRORISM - DEDUCTIBLE | | | | | |
| | RATE                  .0175 | 9740 | | | $ | 998.00 |
| | TOTAL ESTIMATED PREMIUM | | | | $ | 152,933.00 |
| | FINAL TOTAL | | | | $ | 152,933.00 |

Z0000570

**WORKERS COMPENSATION CLASSIFICATION SCHEDULE**

Insurance for this coverage part provided by:
AMERICAN ZURICH INSURANCE COMPANY

Policy Number WC 9336968-00

| LOC. | ITEM 4. CLASSIFICATION OF OPERATIONS Entry in this item, except as specifically provided elsewhere in this policy, does not modify any of the other provisions of this policy. | Code No. | PREMIUM BASIS Total Estimated Annual Remuneration | RATES Per $100 of Remuneration | Estimated Annual Premium |
|---|---|---|---|---|---|
| | PETERSEN-DEAN, INC. FEIN # 77-0051446 NAIC CODE 236220 | | | | |
| | JOBSITE LOCATION LAS VEGAS NV 89125 | | | | |
| | SHEET METAL WORK-INSTALLATION & DRIVERS | 5535 | $ 500,000 | 5.80 | $ 29,000.00 |
| | ROOFING - ALL KINDS & DRIVERS | 5551 | $ 2,100,000 | 11.01 | $ 231,210.00 |
| | TOTAL CLASS PREMIUM | | | | $ 260,210.00 |
| | INCREASE LIMITS 2.8% | 9812 | | | $ 7,286.00 |
| | TOTAL SUBJECT PREMIUM | | | | $ 267,496.00 |
| | EXPERIENCE PREMIUM .69 | 9898 | | | $ -82,924.00 |
| | TOTAL MODIFIED PREMIUM | | | | $ 184,572.00 |
| | STANDARD TOTAL | | | | $ 184,572.00 |
| | LARGE DEDUCTIBLE -77.6824% | 9663 | | | $ -143,380.00 |
| | EXPENSE CONSTANT | 0900 | | | $ 210.00 |
| | TERRORISM .02 | 9740 | | | $ 520.00 |
| | CATASTROPHE (OTHER THAN CERTIFIED ACTS OF TERRORISM) .02 | 9741 | | | $ 520.00 |
| | TOTAL ESTIMATED PREMIUM | | | | $ 42,442.00 |
| | FINAL TOTAL | | | | $ 42,442.00 |

See next page

Z0000571

**WORKERS COMPENSATION CLASSIFICATION SCHEDULE**

Insurance for this coverage part provided by:
AMERICAN ZURICH INSURANCE COMPANY

Policy Number  WC 9336968-00

| ITEM 4. | CLASSIFICATION OF OPERATIONS | | PREMIUM BASIS | RATES | |
|---|---|---|---|---|---|
| LOC. | Entry in this item, except as specifically provided elsewhere in this policy, does not modify any of the other provisions of this policy. | Code No. | Total Estimated Annual Remuneration | Per $100 of Remuneration | Estimated Annual Premium |
| | PETERSEN-DEAN, INC. FEIN # 77-0051446 NAIC CODE 236220 | | | | |
| | JOBSITE LOCATION DALLAS TX 75221 | | | | |
| | SHEET METAL WORK - OUTSIDE - NOC & DRIVERS | 5538 | $      300,000 | 7.07 | $      21,210.00 |
| | ROOFING - ALL KINDS - & DRIVERS | 5551 | $      300,000 | 11.40 | $      34,200.00 |
| | TOTAL CLASS PREMIUM | | | | $      55,410.00 |
| | INCREASE LIMITS        2.0% | 9812 | | | $       1,108.00 |
| | TOTAL SUBJECT PREMIUM | | | | $      56,518.00 |
| | EXPERIENCE PREMIUM       .69 | 9898 | | | $     -17,521.00 |
| | TOTAL MODIFIED PREMIUM | | | | $      38,997.00 |
| | STANDARD TOTAL | | | | $      38,997.00 |
| | LARGE DEDUCTIBLE       -75.0% | 9663 | | | $     -29,248.00 |
| | TERRORISM RISK INS ACT 2002           .013 | 9740 | | | $          78.00 |
| | TOTAL ESTIMATED PREMIUM | | | | $       9,827.00 |
| | FINAL TOTAL | | | | $       9,827.00 |
| | POLICY TOTAL ESTIMATED COST | | | | $     700,084.00 |

Z0000572

**WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY**

WC 00 00 00 A
(Ed. 4-92)

---

## WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY

In return for the payment of the premium and subject to all terms of this policy, we agree with you as follows:

### GENERAL SECTION

**A. The Policy**

This policy includes at its effective date the Information Page and all endorsements and schedules listed there. It is a contract of insurance between you (the employer named in Item 1 of the Information Page) and us (the insurer named on the Information Page). The only agreements relating to this insurance are stated in this policy. The terms of this policy may not be changed or waived except by endorsement issued by us to be part of this policy.

**B. Who Is Insured**

You are insured if you are an employer named in Item 1 of the Information Page. If that employer is a partnership, and if you are one of its partners, you are insured, but only in your capacity as an employer of the partnership's employees.

**C. Workers Compensation Law**

Workers Compensation Law means the workers or workmen's compensation law and occupational disease law of each state or territory named in Item 3.A. of the Information Page. It includes any amendments to that law which are in effect during the policy period. It does not include any federal workers or workmen's compensation law, any federal occupational disease law or the provisions of any law that provide nonoccupational disability benefits.

**D. State**

State means any state of the United States of America, and the District of Columbia.

**E. Locations**

This policy covers all of your workplaces listed in Items 1 or 4 of the Information Page; and it covers all other workplaces in Item 3.A. states unless you have other insurance or are self-insured for such workplaces.

### PART ONE
### WORKERS COMPENSATION INSURANCE

**A. How This Insurance Applies**

This workers compensation insurance applies to bodily injury by accident or bodily injury by disease. Bodily injury includes resulting death.

1. Bodily injury by accident must occur during the policy period.

2. Bodily injury by disease must be caused or aggravated by the conditions of your employment. The employee's last day of last exposure to the conditions causing or aggravating such bodily injury by disease must occur during the policy period.

**B. We Will Pay**

We will pay promptly when due the benefits required of you by the workers compensation law.

**C. We Will Defend**

We have the right and duty to defend at our expense any claim, proceeding or suit against you for benefits payable by this insurance. We have the right to investigate and settle these claims, proceedings or suits.

We have no duty to defend a claim, proceeding or suit that is not covered by this insurance.

**D. We Will Also Pay**

We will also pay these costs, in addition to other amounts payable under this insurance, as part of any claim, proceeding or suit we defend:

1. reasonable expenses incurred at our request, but not loss of earnings;

2. premiums for bonds to release attachments and for appeal bonds in bond amounts up to the amount payable under this insurance;

3. litigation costs taxed against you;

4. interest on a judgment as required by law until we offer the amount due under this insurance; and

5. expenses we incur.

**E. Other Insurance**

We will not pay more than our share of benefits and costs covered by this insurance and other

1 of 6

**Copyright, 1991 National Council on Compensation Insurance.**

Z0000573

insurance or self-insurance.  Subject to any limits of liability that may apply, all shares will be equal until the loss is paid.  If any insurance or self-insurance is exhausted, the shares of all remaining insurance will be equal until the loss is paid.

F.   **Payments You Must Make**

You are responsible for any payments in excess of the benefits regularly provided by the workers compensation law including those required because:

1.   of your serious and willful misconduct;

2.   you knowingly employ an employee in violation of law;

3.   you fail to comply with a health or safety law or regulation; or

4.   you discharge,coerce or otherwise discriminate against any employee in violation of the workers compensation law.

If we make any payments in excess of the benefits regularly provided by the workers compensation law on your behalf, you will reimburse us promptly.

G.   **Recovery From Others**

We have your rights, and the rights of persons entitled to the benefits of this insurance, to recover our payments from anyone liable for the injury.  You will do everything necessary to protect those rights for us and to help us enforce them.

H.   **Statutory Provisions**

These statements apply where they are required by law.

1.   As between an injured worker and us, we have notice of the injury when you have notice.

2.   Your default or the bankruptcy or insolvency of you or your estate will not relieve us of our duties under this insurance after an injury occurs.

3.   We are directly and primarily liable to any person entitled to the benefits payable by this insurance.  Those persons may enforce our duties; so may an agency authorized by law.  Enforcement may be against us or against you and us.

4.   Jurisdiction over you is jurisdiction over us for purposes of the workers compensation law.  We are bound by decisions against you under that law, subject to the provisions of this policy that are not in conflict with that law.

5.   This insurance conforms to the parts of the

workers compensation law that apply to:

a.   benefits payable by this insurance; or

b.   special taxes, payments into security or other special funds, and assessments payable by us under that law.

6.   Terms of this insurance that conflict with the workers compensation law are changed by this statement to conform to that law.

Nothing in these paragraphs relieves you of your duties under this policy.

## PART TWO
## EMPLOYERS LIABILITY INSURANCE

A.   **How This Insurance Applies**

This employers liability insurance applies to bodily injury by accident or bodily injury by disease.  Bodily injury includes resulting death.

1.   The bodily injury must arise out of and in the course of the injured employee's employment by you.

2.   The employment must be necessary or incidental to your work in a state or territory listed in Item 3.A. of the Information Page.

3.   Bodily injury by accident must occur during the policy period.

4.   Bodily injury by disease must be caused or aggravated by the conditions of your employment.  The employee's last day of last exposure to the conditions causing or aggravating such bodily injury by disease must occur during the policy period.

5.   If you are sued, the original suit and any related legal actions for damages for bodily injury by accident or by disease must be brought in the United States of America, its territories or possessions, or Canada.

B.   **We Will Pay**

We will pay all sums you legally must pay as damages because of bodily injury to your employees, provided the bodily injury is covered by this Employers Liability Insurance.

The damages we will pay, where recovery is permitted by law, include damages:

1.   for which you are liable to a third party by reason of a claim or suit against you by that third party to recover the damages claimed

Copyright, 1991 National Council on Compensation Insurance.

Z0000574

**WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY**

WC 00 00 00 A
(Ed. 4-92)

against such third party as a result of injury to your employee;

2.  for care and loss of services; and

3.  for consequential bodily injury to a spouse, child, parent, brother or sister of the injured employee;

provided that these damages are the direct consequence of bodily injury that arises out of and in the course of the injured employee's employment by you; and

4.  because of bodily injury to your employee that arises out of and in the course of employment, claimed against you in a capacity other than as employer.

C.  **Exclusions**

This insurance does not cover:

1.  liability assumed under a contract.  This exclusion does not apply to a warranty that your work will be done in a workmanlike manner;

2.  punitive or exemplary damages because of bodily injury to an employee employed in violation of law;

3.  bodily injury to an employee while employed in violation of law with your actual knowledge or the actual knowledge of any of your executive officers;

4.  any obligation imposed by a workers compensation, occupational disease, unemployment compensation, or disability benefits law, or any similar law;

5.  bodily injury intentionally caused or aggravated by you;

6.  bodily injury occurring outside the United States of America, its territories or possessions, and Canada.  This exclusion does not apply to bodily injury to a citizen or resident of the United States of America or Canada who is temporarily outside these countries;

7.  damages arising out of coercion, criticism, demotion, evaluation, reassignment, discipline, defamation, harassment, humiliation, discrimination against or termination of any employee, or any personnel practices, policies, acts or omissions;

8.  bodily injury to any person in work subject to the Longshore and Harbor Workers' Compensation Act (33 USC Sections 901-950), the Nonappropriated Fund Instrumentalities Act (5 USC Sections 8171-8173), the Outer Conti-

nental Shelf Lands Act (43 USC Sections 1331-1356), the Defense Base Act (42 USC Sections 1651-1654), the Federal Coal Mine Health and Safety Act of 1969 (30 USC Sections 901-942), any other federal workers or workmen's compensation law or other federal occupational disease law, or any amendments to these laws;

9.  bodily injury to any person in work subject to the Federal Employers' Liability Act (45 USC Sections 51-60), any other federal laws obligating an employer to pay damages to an employee due to bodily injury arising out of or in the course of employment, or any amendments to those laws;

10. bodily injury to a master or member of the crew of any vessel;

11. fines or penalties imposed for violation of federal or state law; and

12. damages payable under the Migrant and Seasonal Agricultural Worker Protection Act (29 USC Sections 1801-1872) and under any other federal law awarding damages for violation of those laws or regulations issued thereunder, and any amendments to those laws.

D.  **We Will Defend**

We have the right and duty to defend, at our expense, any claim, proceeding or suit against you for damages payable by this insurance.  We have the right to investigate and settle these claims, proceedings and suits.

We have no duty to defend a claim, proceeding or suit that is not covered by this insurance.  We have no duty to defend or continue defending after we have paid our applicable limit of liability under this insurance.

E.  **We Will Also Pay**

We will also pay these costs, in addition to other amounts payable under this insurance, as part of any claim, proceeding, or suit we defend:

1.  reasonable expenses incurred at our request, but not loss of earnings;

2.  premiums for bonds to release attachments and for appeal bonds in bond amounts up to the limit of our liability under this insurance;

3.  litigation costs taxed against you;

4.  interest on a judgment as required by law until we offer the amount due under this insurance; and

5.  expenses we incur.

Copyright, 1991 National Council on Compensation Insurance.

Z0000575

**WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY**

WC 00 00 00 A
(Ed. 4-92)

F.   **Other Insurance**

We will not pay more than our share of damages and costs covered by this insurance and other insurance or self-insurance.  Subject to any limits of liability that apply, all shares will be equal until the loss is paid.  If any insurance or self-insurance is exhausted, the shares of all remaining insurance and self-insurance will be equal until the loss is paid.

G.   **Limits of Liability**

Our liability to pay for damages is limited.  Our limits of liability are shown in Item 3.B. of the Information Page.  They apply as explained below.

1.   Bodily Injury by Accident.  The limit shown for "bodily injury by accident - each accident" is the most we will pay for all damages covered by this insurance because of bodily injury to one or more employees in any one accident.

A disease is not bodily injury by accident unless it results directly from bodily injury by accident.

2.   Bodily Injury by Disease.  The limit shown for "bodily injury by disease - policy limit" is the most we will pay for all damages covered by this insurance and arising out of bodily injury by disease, regardless of the number of employees who sustain bodily injury by disease.  The limit shown for "bodily injury by disease - each employee" is the most we will pay for all damages because of bodily injury by disease to any one employee.

Bodily injury by disease does not include disease that results directly from a bodily injury by accident.

3.   We will not pay any claims for damages after we have paid the applicable limit of our liability under this insurance.

H.   **Recovery From Others**

We have your rights to recover our payment from anyone liable for an injury covered by this insurance.  You will do everything necessary to protect those rights for us and to help us enforce them.

I.   **Actions Against Us**

There will be no right of action against us under this insurance unless:

1.   You have complied with all the terms of this policy; and

2.   The amount you owe has been determined with our consent or by actual trial and final judgment.

This insurance does not give anyone the right to add us as a defendant in an action against you to determine your liability.  The bankruptcy or insolvency of you or your estate will not relieve us of our obligations under this Part.

**PART THREE
OTHER STATES INSURANCE**

A.   **How This Insurance Applies**

1.   This other states insurance applies only if one or more states are shown in Item 3.C. of the Information Page.

2.   If you begin work in any one of those states after the effective date of this policy and are not insured or are not self-insured for such work, all provisions of the policy will apply as though that state were listed in Item 3.A. of the Information Page.

3.   We will reimburse you for the benefits required by the workers compensation law of that state if we are not permitted to pay the benefits directly to persons entitled to them.

4.   If you have work on the effective date of this policy in any state not listed in Item 3.A. of the Information Page, coverage will not be afforded for that state unless we are notified within thirty days.

B.   **Notice**

Tell us at once if you begin work in any state listed in Item 3.C. of the Information Page.

**PART FOUR
YOUR DUTIES IF INJURY OCCURS**

Tell us at once if injury occurs that may be covered by this policy.  Your other duties are listed here.

1.   Provide for immediate medical and other services required by the workers compensation law.

2.   Give us or our agent the names and addresses of the injured persons and of witnesses, and other information we may need.

3.   Promptly give us all notices, demands and legal

4 of 6

Copyright, 1991 National Council on Compensation Insurance.

Z0000576

papers related to the injury, claim, proceeding or suit.

4. Cooperate with us and assist us, as we may request, in the investigation, settlement or defense of any claim, proceeding or suit.

5. Do nothing after an injury occurs that would interfere with our right to recover from others.

6. Do not voluntarily make payments, assume obligations or incur expenses, except at your own cost.

## PART FIVE - PREMIUM

A. **Our Manuals**

All premium for this policy will be determined by our manuals of rules, rates, rating plans and classifications. We may change our manuals and apply the changes to this policy if authorized by law or a governmental agency regulating this insurance.

B. **Classifications**

Item 4 of the information Page shows the rate and premium basis for certain business or work classifications. These classifications were assigned based on an estimate of the exposures you would have during the policy period. If your actual exposures are not properly described by those classifications, we will assign proper classifications, rates and premium basis by endorsement to this policy.

C. **Remuneration**

Premium for each work classification is determined by multiplying a rate times a premium basis. Remuneration is the most common premium basis. This premium basis includes payroll and all other remuneration paid or payable during the policy period for the services of:

1. all your officers and employees engaged in work covered by this policy; and

2. all other persons engaged in work that could make us liable under Part One (Workers Compensation Insurance) of this policy. If you do not have payroll records for these persons, the contract price for their services and materials may be used as the premium basis. This paragraph 2 will not apply if you give us proof that the employers of these persons lawfully secured their workers compensation obligations.

D. **Premium Payments**

You will pay all premium when due. You will pay the premium even if part or all of a workers compensation law is not valid.

E. **Final Premium**

The premium shown on the Information Page, schedules, and endorsements is an estimate. The final premium will be determined after this policy ends by using the actual, not the estimated, premium basis and the proper classifications and rates that lawfully apply to the business and work covered by this policy. If the final premium is more than the premium you paid to us, you must pay us the balance. If it is less, we will refund the balance to you. The final premium will not be less than the highest minimum premium for the classifications covered by this policy.

If this policy is canceled, final premium will be determined in the following way unless our manuals provide otherwise:

1. If we cancel, final premium will be calculated pro rata based on the time this policy was in force. Final premium will not be less than the pro rata share of the minimum premium.

2. If you cancel, final premium will be more than pro rata; it will be based on the time this policy was in force, and increased by our short-rate cancelation table and procedure. Final premium will not be less than the minimum premium.

F. **Records**

You will keep records of information needed to compute premium. You will provide us with copies of those records when we ask for them.

G. **Audit**

You will let us examine and audit all your records that relate to this policy. These records include ledgers, journals, registers, vouchers, contracts, tax reports, payroll and disbursement records, and programs for storing and retrieving data. We may conduct the audits during regular business hours during the policy period and within three years after the policy period ends. Information developed by audit will be used to determine final premium. Insurance rate service organizations have the same rights we have under this provision.

**Copyright, 1991 National Council on Compensation Insurance.**

Z0000577

**WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY**

**WC 00 00 00 A**

**(Ed. 4-92)**

## PART SIX - CONDITIONS

A. **Inspection**

We have the right, but are not obliged to inspect your workplaces at any time. Our inspections are not safety inspections. They relate only to the insurability of the workplaces and the premiums to be charged. We may give you reports on the conditions we find. We may also recommend changes. While they may help reduce losses, we do not undertake to perform the duty of any person to provide for the health or safety of your employees or the public. We do not warrant that your workplaces are safe or healthful or that they comply with laws, regulations, codes or standards. Insurance rate service organizations have the same rights we have under this provision.

B. **Long Term Policy**

If the policy period is longer than one year and sixteen days, all provisions of this policy will apply as though a new policy were issued on each annual anniversary that this policy is in force.

C. **Transfer of Your Rights and Duties**

Your rights or duties under this policy may not be transferred without our written consent.

If you die and we receive notice within thirty days after your death, we will cover your legal representative as insured.

D. **Cancelation**

1. You may cancel this policy. You must mail or deliver advance written notice to us stating when the cancelation is to take effect.

2. We may cancel this policy. We must mail or deliver to you not less than ten days advance written notice stating when the cancelation is to take effect. Mailing that notice to you at your mailing address shown in Item 1 of the Information Page will be sufficient to prove notice.

3. The policy period will end on the day and hour stated in the cancelation notice.

4. Any of these provisions that conflict with a law that controls the cancelation of the insurance in this policy is changed by this statement to comply with the law.

E. **Sole Representative**

The insured first named in Item 1 of the Information Page will act on behalf of all insureds to change this policy, receive return premium, and give or receive notice of cancelation.

This endorsement changes the policy to which it is attached and is effective on the date issued unless otherwise stated.
**(The information below is required only when this endorsement is issued subsequent to preparation of the policy.)**

Endorsement Effective                     Policy No.                              Endorsement No.

Insured                                                                                       Premium  $

Insurance Company                         Countersigned By _____

**WC 00 00 00 A**

**(Ed. 4-92)**

6 of 6

**Copyright 1991 National Council on Compensation Insurance.**

Z0000578

**WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY**      **WC 00 03 02**

(Ed. 4-84)

---

## DESIGNATED WORKPLACES EXCLUSION ENDORSEMENT

The policy does not cover work conducted at or from

**ALL WRAP-UP INSURANCE PROGRAMS UNDER WHICH THE INSURED IS COVERED**

This endorsement changes the policy to which it is attached and is effective on the date issued unless otherwise stated.

**(The information below is required only when this endorsement is issued subsequent to preparation of the policy.)**

Endorsement Effective                    Policy No.                    Endorsement No.

Insured                                                               Premium $

Insurance Company                              Countersigned By  _____

**WC 00 03 02**

(Ed. 4-84)

**Copyright 1983 National Council on Compensation Insurance.**

Z0000579

**WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY**　　　　**WC 00 03 13**

(Ed. 4-84)

### WAIVER OF OUR RIGHT TO RECOVER FROM OTHERS ENDORSEMENT

We have the right to recover our payments from anyone liable for an injury covered by this policy. We will not enforce our right against the person or organization named in the Schedule. (This agreement applies only to the extent that you perform work under a written contract that requires you to obtain this agreement from us.)

This agreement shall not operate directly or indirectly to benefit anyone not named in the Schedule.

Schedule

**PER CONTRACT AGREEMENT**

This endorsement changes the policy to which it is attached and is effective on the date issued unless otherwise stated.

**(The information below is required only when this endorsement is issued subsequent to preparation of the policy.)**

Endorsement Effective　　　　　　　　Policy No.　　　　　　　　　　　Endorsement No.

Insured　　　　　　　　　　　　　　　　　　　　　　　　　Premium $

Insurance Company　　　　　　　　　　　Countersigned By _____

**WC 00 03 13**
(Ed. 4-84)

Copyright 1983 National Council on Compensation Insurance

**WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY**  **WC 00 04 06 A**

(Ed. 7-95)

## PREMIUM DISCOUNT ENDORSEMENT

The premium for this policy and the policies, if any, listed in Item 3 of the Schedule may be eligible for a discount. This endorsement shows your estimated discount in Items 1 or 2 of the Schedule. The final calculation of premium discount will be determined by our manuals and your premium basis as determined by audit. Premium subject to retrospective rating is not subject to premium discount.

Schedule

1. **State** **Estimated Eligible Premium**

$  2,545,743

| | First $10,000 | Next $190,000 | Next $1,550,000 | Balance |
|---|---|---|---|---|
| AZ | 0 | .091 | .113 | .123 |
| CA | 0 | .091 | .113 | .123 |
| FL | 0 | .091 | .113 | .123 |

2. Average percentage discount:  .20  %

3. Other policies:

4. If there are no entries in Items 1, 2 and 3 of the Schedule, see the Premium Discount Endorsement attached to your policy number:

**WC 00 04 06 A**
(Ed. 7-95)
© 1995 National Council on Compensation Insurance, Inc.

Z0000581

**WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY**                **WC 00 04 06 A**

(Ed. 7-95)

## PREMIUM DISCOUNT ENDORSEMENT

The premium for this policy and the policies, if any, listed in Item 3 of the Schedule may be eligible for a discount. This endorsement shows your estimated discount in Items 1 or 2 of the Schedule. The final calculation of premium discount will be determined by our manuals and your premium basis as determined by audit. Premium subject to retrospective rating is not subject to premium discount.

Schedule

1. **State**                                        **Estimated Eligible Premium**

| | First $10,000 | Next $190,000 | Next $1,550,000 | _____ Balance |
|---|---|---|---|---|
| **NV** | 0 | .091 | .113 | .123 |

2. Average percentage discount:   **.20**   %

3. Other policies:

4. If there are no entries in Items 1, 2 and 3 of the Schedule, see the Premium Discount Endorsement attached to your policy number:

**WC 00 04 06 A**
(Ed. 7-95)
© 1995 National Council on Compensation Insurance, Inc.

Z0000582

**WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY**　　　　　　**WC 00 04 14**

**(Ed. 07-90)**

## NOTIFICATION OF CHANGE IN OWNERSHIP ENDORSEMENT

Experience rating is mandatory for all eligible insureds.  The experience rating modification factor, if any, applicable to this policy, may change if there is a change in your ownership or in that of one or more of the entities eligible to be combined with you for experience rating purposes.  Change in ownership includes sales, purchases, other transfers, mergers, consolidations, dissolutions, formations of a new entity and other changes provided for in the applicable experience rating plan manual.

You must report any change in ownership to us in writing within 90 days of such change.  Failure to report such changes within this period may result in revision of the experience rating modification factor used to determine your premium.

This endorsement changes the policy to which it is attached and is effective on the date issued unless otherwise stated.
　　**(The information below is required only when this endorsement is issued subsequent to preparation of the policy.)**

Endorsement Effective　　　　　　　　　　Policy No.　　　　　　　　　　　　　Endorsement No.

Insured　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Premium  $

Insurance Company　　　　　　　　　　Countersigned By _____

**WC 00 04 14**

**(Ed. 07-90)**

**Copyright 1990 National Council on Compensation Insurance.**

Z0000583

**WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY**                    **WC 00 04 19**

# PREMIUM DUE DATE ENDORSEMENT

This endorsement is used to amend:

Section D. of Part Five of the policy is replaced by this provision.

**PART FIVE**
**PREMIUM**

D.  **Premium** is amended to read:

You will pay all premium when due.  You will pay the premium even if part or all of a workers compensation law is not valid.  **The due date for audit and retrospective premiums is the date of the billing.**

This endorsement changes the policy to which it is attached and is effective on the date issued unless otherwise stated.
**(The information below is required only when this endorsement is issued subsequent to preparation of the policy.)**

Endorsement Effective **04-30-11**      Policy No. **WC 9336968-00**          Endorsement No.

Insured **PETERSEN-DEAN, INC.**                                      Premium $ **INCL.**

Insurance Company **AMERICAN ZURICH INSURANCE COMPANY**

Countersigned By _____

© 2000 National Council on Compensation Insurance, Inc.

Z0000584

**WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY**     **WC 00 04 21 C**

(Ed. 9-08)

---

**CATASTROPHE (OTHER THAN CERTIFIED ACTS OF TERRORISM) PREMIUM ENDORSEMENT**

This endorsement is notification that your insurance carrier is charging premium to cover the losses that may occur in the event of a Catastrophe (other than Certified Acts of Terrorism) as that term is defined below. Your policy provides coverage for workers compensation losses caused by a Catastrophe (other than Certified Acts of Terrorism). This premium charge does not provide funding for Certified Acts of Terrorism contemplated under the Terrorism Risk Insurance Program Reauthorization Act Disclosure Endorsement (WC 00 04 22 A), attached to this policy.

For purposes of this endorsement, the following definitions apply:

- Catastrophe (other than Certified Acts of Terrorism): Any single event, resulting from an Earthquake, Noncertified Act of Terrorism, or Catastrophic Industrial Accident, which results in aggregate workers compensation losses in excess of $50 million.

- Earthquake: The shaking and vibration at the surface of the earth resulting from underground movement along a fault plane or from volcanic activity.

- Noncertified Act of Terrorism: An event that is not certified as an Act of Terrorism by the Secretary of Treasury pursuant to the Terrorism Risk Insurance Act of 2002 (as amended) but that meets all of the following criteria:

  a. It is an act that is violent or dangerous to human life, property, or infrastructure;

  b. The act results in damage within the United States, or outside of the United States in the case of the premises of United States missions or air carriers or vessels as those terms are defined in the Terrorism Risk Insurance Act of 2002 (as amended); and

  c. It is an act that has been committed by an individual or individuals as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

- Catastrophic Industrial Accident: A chemical release, large explosion, or small blast that is localized in nature and affects workers in a small perimeter the size of a building.

The premium charge for the coverage your policy provides for workers compensation losses caused by a Catastrophe (other than Certified Acts of Terrorism) is shown in Item 4 of the Information Page or in the Schedule below.

**Schedule**

| State | Rate | | Premium |
|-------|------|------|---------|
| AZ | .01 | $ | 200 |
| CA | .01 | $ | 1,290 |
| NV | .02 | $ | 520 |

**WC 00 04 21 C**
(Ed. 9-08)

© Copyright 2008 National Council on Compensation Insurance, Inc. All Rights Reserved.

Z0000585

**WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY**  WC 00 04 22 A

(Ed. 9-08)

### TERRORISM RISK INSURANCE PROGRAM REAUTHORIZATION ACT DISCLOSURE ENDORSEMENT

This endorsement addresses the requirements of the Terrorism Risk Insurance Act of 2002 as amended and extended by the Terrorism Risk Insurance Program Reauthorization Act of 2007. It serves to notify you of certain limitations under the Act, and that your insurance carrier is charging premium for losses that may occur in the event of an Act of Terrorism.

Your policy provides coverage for workers compensation losses caused by Acts of Terrorism, including workers compensation benefit obligations dictated by state law. Coverage for such losses is still subject to all terms, definitions, exclusions, and conditions in your policy, and any applicable federal and/or state laws, rules, or regulations.

**Definitions**

The definitions provided in this endorsement are based on and have the same meaning as the definitions in the Act .If words or phrases not defined in this endorsement are defined in the Act, the definitions in the Act will apply.

"Act" means the Terrorism Risk Insurance Act of 2002, which took effect on November 26, 2002, and any amendments thereto resulting from the Terrorism Risk Insurance Program Reauthorization Act of 2007.

"Act of Terrorism" means any act that is certified by the Secretary of the Treasury, in concurrence with the Secretary of State, and the Attorney General of the United States as meeting all of the following requirements:

a.  The act is an act of terrorism.

b.  The act is violent or dangerous to human life, property or infrastructure.

c.  The act resulted in damage within the United States, or outside of the United States in the case of the premises of United States missions or certain air carriers or vessels.

d.  The act has been committed by an individual or individuals as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

"Insured Loss' means any loss resulting from an act of terrorism (and, except for Pennsylvania, including an act of war, in the case of workers compensation) that is covered by primary or excess property and casualty insurance issued by an insurer if the loss occurs in the United States or at the premises of United States missions or to certain air carriers or vessels.

"Insurer Deductible" means, for the period beginning on January 1, 2008, and ending on December 31, 2014, an amount equal to 20% of our direct earned premiums, over the calendar year immediately preceding the applicable Program Year.

"Program Year" refers to each calendar year between January 1, 2008 and December 31, 2014, as applicable.

**Limitation of Liability**

The Act limits our liability to you under this policy. If aggregate Insured Losses exceed $100,000,000,000 in a Program Year and if we have met our Insurer Deductible, we are not liable for the payment of any portion of the amount of Insured Losses that exceeds $100,000,000,000; and for aggregate Insured Losses up to $100,000,000,000, we will pay only a pro rata share of such Insured Losses as determined by the Secretary of the Treasury.

**Policyholder Disclosure Notice**

1.  Insured Losses would be partially reimbursed by the United States Government. If the aggregate industry Insured Losses exceed $100,000,000 in a Program Year, the United States Government would pay 85% of our Insured Losses that exceed our Insurer Deductible.

2.  Notwithstanding item 1 above, the United States Government will not make any payment under the Act for any portion of Insured Losses that exceed $100,000,000,000.

3.  The premium charge for the coverage your policy provides for Insured Losses is included in the amount shown in Item 4 of the Information Page or in the Schedule below.

© Copyright 2008 National Council on Compensation Insurance, Inc. All Rights Reserved.

**WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY**

**Schedule**

| State | Rate | Premium |
|-------|------|---------|
| AZ | .01 | $ 200 |
| CA | .03 | $ 3,870 |
| NV | .02 | $ 520 |

© Copyright 2008 National Council on Compensation Insurance, Inc. All Rights Reserved.

Z0000587

PN 04 99 01 C
(Ed. 04-04)

## POLICYHOLDER NOTICE
### YOUR RIGHT TO RATING AND DIVIDEND INFORMATION

**I.  INFORMATION AVAILABLE TO YOU**

    **A.  Information Available from Us — AMERICAN ZURICH INSURANCE COMPANY**

        (1)  General questions regarding your policy should be directed to your agent (listed on the Information Page) or the company at the address in section II A below.

        (2)  **DIVIDEND CALCULATION.** If this is a participating policy (a policy on which a dividend may be paid), upon payment or non-payment of a dividend, we shall provide a written explanation to you that sets forth the basis of the dividend calculation. The explanation will be in clear, understandable language and will express the dividend as a dollar amount and as a percentage of the earned premium for the policy year on which the dividend is calculated.

        (3)  **CLAIMS INFORMATION.** Pursuant to Sections 3761 and 3762 of the California Labor Code, you are entitled to receive information in our claim files that affects your premium. Copies of documents will be supplied at your expense during reasonable business hours.

        For claims covered under this policy, we will estimate the ultimate cost of unsettled claims for statistical purposes eighteen months after the policy becomes effective and will report those estimates to the Workers' Compensation Insurance Rating Bureau of California (WCIRB) no later than twenty months after the policy becomes effective. The cost of any settled claims will also be reported at that time. At twelve-month intervals thereafter, we will update and report to the WCIRB the estimated cost of any unsettled claims and the actual final cost of any claims settled in the interim. The amounts we report will be used by the WCIRB to compute your experience modification if you are eligible for experience rating.

    **B.  Information Available from the Workers' Compensation Insurance Rating Bureau of California**

        (1)  The WCIRB is a licensed rating organization and the California Insurance Commissioner's designated statistical agent. As such, the WCIRB is responsible for administering the *California Workers' Compensation Uniform Statistical Reporting Plan — 1995* (USRP) and the *California Workers' Compensation Experience Rating Plan — 1995* (ERP). Contact information for the WCIRB is: WCIRB, 525 Market Street, Suite 800, San Francisco, California 94105-2767, Attention: Customer Service. You may also contact WCIRB Customer Service at 1-888-229-2472, by fax at 415-778-7272, or via the Internet at the WCIRB's website: http://www.wcirbonline.org. The regulations contained in the USRP and the ERP are available for public viewing through the WCIRB's website.

        (2)  **POLICYHOLDER INFORMATION.** Pursuant to California Insurance Code (CIC) Section 11752.6, upon written request, you are entitled to information relating to loss experience, claims, classification assignments, and policy contracts as well as rating plans, rating systems, manual rules, or other information impacting your premium that is maintained in the records of the WCIRB. Complaints and Requests for Action requesting policyholder information should be forwarded to: WCIRB, 525 Market Street, Suite 800, San Francisco, California 94105-2767, Attention: Custodian of Records. The Custodian of Records can be reached by telephone at 415-777-0777 and by fax at 415-778-7272.

**II.  DISPUTE PROCESS**

    You may dispute our actions or the actions of the WCIRB pursuant to CIC Sections 11737 and 11753.1.

    **A.  Our Dispute Resolution Process.**

    If you are aggrieved by our decision adopting a change in a classification assignment that results in increased premium, or by the application of our rating system to your workers' compensation insurance, you may dispute these matters with us. If you are dissatisfied with the outcome of the initial dispute with us, you may send us a written Complaint and Request for Action as outlined below.

**PN 04 99 01 C**
(Ed. 04-04)

Copyright 2004 by the Workers' Compensation Insurance Rating Bureau of California.
All rights reserved.
From the WCIRB's California Workers' Compensation Insurance Forms Manual Copyright 2001.

**Page 1 of 3**
**UNIFORM**

Z0000588

PN 04 99 01 C
(Ed. 04-04)

You may send us a written Complaint and Request for Action requesting that we reconsider a change in a classification assignment that results in an increased premium and/or requesting that we review the manner in which our rating system has been applied in connection with the insurance afforded or offered you. Written Complaints and Requests for Action should be forwarded to:

**AMERICAN ZURICH INSURANCE COMPANY**

Customer Inquiry Center

1400 American Lane

Schaumburg, IL 60196-1056

Phone: 800-382-2150

Fax: 847-413-5187

After you send your Complaint and Request for Action, we have 30 days to send you a written notice indicating whether or not your written request will be reviewed. If we agree to review your request, we must conduct the review and issue a decision granting or rejecting your request within 60 days after sending you the written notice granting review. If we decline to review your request, if you are dissatisfied with the decision upon review, or if we fail to grant or reject your request or issue a decision upon review, you may appeal to the insurance commissioner as described in paragraph II.C., below.

B. **Disputing the Actions of the WCIRB.** If you have been aggrieved by any decision, action, or omission to act of the WCIRB, you may request, in writing, that the WCIRB reconsider its decision, action, or omission to act. You may also request, in writing, that the WCIRB review the manner in which its rating system has been applied in connection with the insurance afforded or offered you. For requests related to classification disputes, the reporting of experience, or coverage issues, your initial request for review must be received by the WCIRB within 12 months after the expiration date of the policy to which the request for review pertains, except if the request involves the application of the Revision of Losses rule. For requests related to your experience modification, your initial request for review must be received by the WCIRB within 6 months after the issuance, or 12 months after the expiration date, of the experience modification to which the request for review pertains, whichever is later, except if the request for review involves the application of the Revision of Losses rule. If the request involves the Revision of Losses rule, the time to state your appeal may be longer. (See Section VI, Rule 14 of the ERP).

You may commence the review process by sending the WCIRB a written Inquiry. Written Inquiries should be sent to: WCIRB, 525 Market Street, Suite 800, San Francisco, California 94105-2767, Attention: Customer Service. Customer Service can be reached by telephone at 1-888-229-2472, and by fax at 415-778-7272.

If you are dissatisfied with the WCIRB's decision upon an Inquiry, or if the WCIRB fails to respond within 90 days after receipt of the Inquiry, you may pursue the subject of the Inquiry by sending the WCIRB a written Complaint and Request for Action. After you send your Complaint and Request for Action, the WCIRB has 30 days to send you written notice indicating whether or not your written request will be reviewed. If the WCIRB agrees to review your request, it must conduct the review and issue a decision granting or rejecting your request within 60 days after sending you the written notice granting review. If the WCIRB declines to review your request, if you are dissatisfied with the decision upon review, or if the WCIRB fails to grant or reject your request or issue a decision upon review, you may appeal to the insurance commissioner as described in paragraph II.C., below. Written Complaints and Requests for Action should be forwarded to: WCIRB, 525 Market Street, Suite 800, San Francisco, California 94105-2767, Attention: Complaints and Reconsiderations. The WCIRB's telephone number is 1-888-229-2472, and the fax number is 415-371-5204.

Copyright 2004 by the Workers' Compensation Insurance Rating Bureau of California.
All rights reserved.
From the WCIRB's California Workers' Compensation Insurance Forms Manual Copyright 2001.

Z0000589

C. **California Department of Insurance — Appeals to the Insurance Commissioner.** If, after you follow the appropriate dispute resolution process described above, we or the WCIRB decline to review your request, if you are dissatisfied with the decision upon review, or if we or the WCIRB fail to grant or reject your request or issue a decision upon review, you may appeal to the insurance commissioner pursuant to CIC Sections 11737, 11752.6, 11753.1 and Title 10, California Code of Regulations, Section 2509.40 et seq. You must file your appeal within 30 days after we or the WCIRB send you the notice rejecting review of your Complaint and Request for Action or the decision upon your Complaint and Request for Action. If no written decision regarding your Complaint and Request for Action is sent, your appeal must be filed within 120 days after you sent your Complaint and Request for Action to us or to the WCIRB. The filing address for all appeals to the insurance commissioner is:

> Administrative Hearing Bureau
> California Department of Insurance
> 45 Fremont Street, 22nd Floor
> San Francisco, California 94105

You have the right to a hearing before the insurance commissioner, and our action, or the action of the WCIRB, may be affirmed, modified, or reversed.

## III. RESOURCES AVAILABLE TO YOU IN OBTAINING INFORMATION AND PURSUING DISPUTES

A. **Policyholder Ombudsman.** Pursuant to California Insurance Code Section 11752.6, a policyholder ombudsman is available at the WCIRB to assist you in obtaining and evaluating the rating, policy, and claims information referenced in I.A. and I.B., above. The ombudsman may advise you on any dispute with us, the WCIRB, or on an appeal to the insurance commissioner pursuant to Section 11737 of the Insurance Code. The address of the policyholder ombudsman is WCIRB, 525 Market Street, Suite 800, San Francisco, California 94105-2767, Attention: Policyholder Ombudsman. The policyholder ombudsman can be reached by telephone at 415-777-0777 and by fax at 415-778-7007.

B. **California Department of Insurance — Information and Assistance.** Information and assistance on policy questions can be obtained from the Department of Insurance Consumer HOTLINE, 1-800-927-HELP (4357) or http://www.insurance.ca.gov. For questions and correspondence regarding appeals to the Administrative Hearing Bureau, see the contact information in paragraph II.C.

This notice does not change the policy to which it is attached.

Copyright 2004 by the Workers' Compensation Insurance Rating Bureau of California.
All rights reserved.
From the WCIRB's California Workers' Compensation Insurance Forms Manual Copyright 2001.

Z0000590

PN 04 99 02 B
(Ed. 5-02)

# POLICYHOLDER NOTICE

## CALIFORNIA WORKERS' COMPENSATION
## INSURANCE RATING LAWS

Pursuant to Section 11752.8 of the California Insurance Code, we are providing you with an explanation of the California workers' compensation rating laws.

1. We establish our own rates for workers' compensation. Our rates, rating plans, and related information are filed with the insurance commissioner and are open for public inspection.

2. The insurance commissioner can disapprove our rates, rating plans, or classifications only if he or she has determined after public hearing that our rates might jeopardize our ability to pay claims or might create a monopoly in the market. A monopoly is defined by law as a market where one insurer writes 20% or more of that part of the California workers' compensation insurance that is not written by the State Compensation Insurance Fund. If the insurance commissioner disapproves our rates, rating plans, or classifications, he or she may order an increase in the rates applicable to outstanding policies.

3. Rating organizations may develop pure premium rates that are subject to the insurance commissioner's approval. A pure premium rate reflects the anticipated cost and expenses of claims per $100 of payroll for a given classification. Pure premium rates are advisory only, as we are not required to use the pure premium rates developed by any rating organization in establishing our own rates.

4. We must adhere to a single, uniform experience rating plan. If you are eligible for experience rating under the plan, we will be required to adjust your premium to reflect your claim history. A better claim history generally results in a lower experience rating modification; more claims, or more expensive claims, generally result in a higher experience rating modification. The uniform experience rating plan, which is developed by the insurance rating organization designated by the insurance commissioner, is subject to approval by the insurance commissioner.

5. A standard classification system, developed by the insurance rating organization designated by the insurance commissioner, is subject to approval by the insurance commissioner. The standard classification system is a method of recognizing and separating policyholders into industry or occupational groups according to their similarities and/or differences. We can adopt and apply the standard classification system or develop and apply our own classification system, provided we can report the payroll, expenses, and other costs of claims in a way that is consistent with the uniform statistical plan or the standard classification system.

6. Our rates and classifications may not violate the Unruh Civil Rights Act or be unfairly discriminatory.

7. We will provide an appeal process for you to appeal the way we rate your insurance policy. The process requires us to respond to your written appeal within 30 days. If you are not satisfied with the result of your appeal, you may appeal our decision to the insurance commissioner.

## CALIFORNIA WORKERS' COMPENSATION INSURANCE
## NOTICE OF NONRENEWAL

Section 11664 of the California Insurance Code requires us, in most instances, to provide you with a notice of nonrenewal. Except as specified in paragraphs 1 through 6 below, if we elect to nonrenew your policy, we are required to deliver or mail to you a written notice stating the reason or reasons for the nonrenewal of the policy. The notice is required to be sent to you no earlier than 120 days before the end of the policy period and no later than 30 days before the end of the policy period. If we fail to provide you the required notice, we are required to continue the coverage under the policy with no change in the premium rate until 60 days after we provide you with the required notice.

PN 04 99 02 B
(Ed. 5-02)

Copyright 2002, by the Workers' Compensation Insurance Rating Bureau
of California. All rights reserved.

Page 1 of 2
Uniform

Z0000591

We are not required to provide you with a notice of nonrenewal in any of the following situations:

1.  Your policy was transferred or renewed without a change in its terms or conditions or the rate on which the premium is based to another insurer or other insurers who are members of the same insurance group as us.

2.  The policy was extended for 90 days or less and the required notice was given prior to the extension.

3.  You obtained replacement coverage or agreed, in writing, within 60 days of the termination of the policy, to obtain that coverage.

4.  The policy is for a period of no more than 60 days and you were notified at the time of issuance that it may not be renewed.

5.  You requested a change in the terms or conditions or risks covered by the policy within 60 days prior to the end of the policy period.

6.  We made a written offer to you to renew the policy at a premium rate increase of less than 25 percent.

    (A)  If the premium rate in your governing classification is to be increased 25 percent or greater and we intend to renew the policy, we shall provide a written notice of a renewal offer not less than 30 days prior to the policy renewal date. The governing classification shall be determined by the rules and regulations established in accordance with California Insurance Code Section 11750.3(c).

    (B)  For purposes of this Notice, "premium rate" means the cost of insurance per unit of exposure prior to the application of individual risk variations based on loss or expense considerations such as scheduled rating and experience rating.

This notice does not change the policy to which it is attached.

Copyright 2002, by the Workers' Compensation Insurance Rating Bureau of California. All rights reserved.

**PN 04 99 02 B**
**(Ed. 5-02)**

Z0000592

**WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY**   WC 02 06 01

**(Ed. 05-86)**

## ARIZONA CANCELLATION ENDORSEMENT

This endorsement applies only to the insurance provided by the policy because Arizona is shown in Item 3.A. of the Information Page.

The **Cancellation** Condition of the policy is replaced by this Condition:

**D.  Cancellation**

1.  You may cancel this policy. You must mail or deliver advance written notice to us stating when the cancellation is to take effect.

2.  We may cancel this policy if you fail to pay premium when due. We must mail or deliver to you and the Industrial Commission of Arizona not less than 30 days advance written notice stating when the cancellation is to take effect.  Mailing that notice to you at your mailing address shown in Item 1 of the Information Page will be sufficient to prove notice.

3.  The policy period will end on the day and hour stated in the cancelation notice.

This endorsement changes the policy to which it is attached and is effective on the date issued unless otherwise stated.
     **(The information below is required only when this endorsement is issued subsequent to preparation of the policy.)**

Endorsement Effective                    Policy No.                            Endorsement No.

Insured                                                                       Premium  $

Insurance Company                        Countersigned By _____

**WC 02 06 01**

**(Ed. 05-86)**

**Copyright 1986 National Council on Compensation Insurance.**

Z0000593

WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY                    WC 04 03 01 A

# POLICY AMENDATORY ENDORSEMENT--CALIFORNIA

It is agreed that, anything in the policy to the contrary notwithstanding, such insurance as is afforded by this policy by reason of the designation of California in Item 3 of the Information Page is subject to the following provisions:

1. **Minors Illegally Employed--Not Insured.** This policy does not cover liability for additional compensation imposed on you under Section 4557, Division IV, Labor Code of the State of California, by reason of injury to an employee under sixteen years of age and illegally employed at the time of injury.

2. **Punitive or Exemplary Damages--Uninsurable.** This policy does not cover punitive or exemplary damages where insurance of liability therefor is prohibited by law or contrary to public policy.

3. **Increase in Indemnity Payment--Reimbursement.** You are obligated to reimburse us for the amount of increase in indemnity payments made pursuant to Subdivision (d) of Section 4650 of the California Labor Code, if the late indemnity payment which gives rise to the increase in the amount of payment is due less than seven (7) days after we receive the completed claim form from you. You are obligated to reimburse us for any increase in indemnity payments not covered under this policy and will reimburse us for any increase in indemnity payment not covered under the policy when the aggregate total amount of the reimbursement payments paid in a policy year exceeds one hundred dollars ($100).

   If we notify you in writing, within 30 days of the payment, that you are obligated to reimburse us, we will bill you for the amount of increase in indemnity payment and collect it no later than the final audit. You will have 60 days, following notice of the obligation to reimburse, to appeal the decision of the insurer to the Department of Insurance.

4. **Application of Policy.** Part One, "Workers Compensation Insurance", A, "How This Insurance Applies", is amended to read as follows:

   This workers compensation insurance applies to bodily injury by accident or disease, including death resulting therefrom. Bodily injury by accident must occur during the policy period. Bodily injury by disease must be caused or aggravated by the conditions of your employment. Your employee's exposure to those conditions causing or aggravating such bodily injury by disease must occur during the policy period.

5. **Rate Changes.** The premium and rates with respect to the insurance provided by this policy by reason of the designation of California in Item 3 of the Information Page are subject to change if ordered by the Insurance Commissioner of the State of California pursuant to Section 11737 of the California Insurance Code.

Copyright 1998 by the Workers' Compensation Insurance Rating Bureau of California. All rights reserved.
From the WCIRB's California Workers' Compensation Insurance Forms Manual Copyright 1999

Z0000594

**WC 04  03 01 A**                         **WORKERS COMPENSATION  AND  EMPLOYERS LIABILITY INSURANCE POLICY**

6.   **Long Term Policy.**  If this policy  is written  for a period  longer  than one year, all  the provisions of this policy shall apply  separately to each  consecutive  twelve-month period  or,  if the first  or  last consecutive  period  is less  than twelve months,  to such period  of less  than twelve months,  in the same  manner as  if a separate  policy  had been written  for each consecutive  period.

7.   **Statutory Provision.**  Your  employee has a first  lien  upon any amount which becomes  owing to you by us on ac- count  of this policy, and in the case of  your legal  incapacity or  inability to receive  the  money  and  pay it to the claimant, we will pay it  directly to the claimant.

It  is further agreed that this  policy, including all endorsements  forming  a part thereof, constitutes the entire contract of insurance.  No condition,  provision,  agreement,  or  understanding  not  set  forth  in  this  policy  or  such endorsements shall  affect such contract or any rights, duties, or privileges arising  therefrom.

**Copyright 1998  by the Workers' Compensation Insurance Rating Bureau of California.  All  rights reserved.**                     Page 2 of 2
**From the WCIRB's  California Workers'  Compensation  Insurance Forms Manual Copyright 1999.**

Z0000595

**WORKERS' COMPENSATION AND EMPLOYERS' LIABILITY INSURANCE POLICY**　　　　**WC 04 03 06**

(Ed. 4-84)

# WAIVER OF OUR RIGHT TO RECOVER FROM OTHERS ENDORSEMENT— CALIFORNIA

We have the right to recover our payments from anyone liable for an injury covered by this policy. We will not enforce our right against the person or organization named in the Schedule. (This agreement applies only to the extent that you perform work under a written contract that requires you to obtain this agreement from us.)

You must maintain payroll records accurately segregating the remuneration of your employees while engaged in the work described in the Schedule.

The additional premium for this endorsement shall be　　**0.0**　% of the California workers' compensation premium otherwise due on such remuneration.

### Schedule

**Person or Organization**　　　　　　　　**Job Description**

　　　　　　　　　　　　　　　　　　　　　PER CONTRACT AGREEMENT

Z0000596

WORKERS COMPENSATION  AND EMPLOYERS LIABILITY INSURANCE POLICY                    WC 04 03 60 A

# EMPLOYERS' LIABILITY COVERAGE
# AMENDATORY ENDORSEMENT-CALIFORNIA

The insurance afforded by Part  Two (Employers' Liability Insurance) by reason of designation of California in item 3 of the information  page is subject to the following  provisions:

A.  **'How This Insurance  Applies,''** is  amended to read  as follows:

    A.  How  This Insurance Applies

    This employers' liability insurance  applies to bodily injury  by  accident or bodily injury by disease.  Bodily injury means a physical injury, including resulting  death.

    1.  The bodily injury  must  arise out of  and in the course of  the injured employee's  employment by  you.

    2.  The employment  must be necessary or  incidental to  your  work  in California.

    3.  Bodily injury by accident must occur during the policy period.

    4.  Bodily  injury  by disease must be caused  or aggravated by  the  conditions  of  your employment.   The employee's  last   day of last exposure to the conditions  causing or aggravating such bodily  injury by disease must occur during the policy period.

    5.  If  you  are sued, the original suit  and  any related  legal  actions for damages for bodily  injury  by accident or  by disease must  be brought  in the United States  of  America, its territories or  possessions, or Canada.

C.  The "Exclusions" section  is modified as follows (all  other exclusions in the "Exclusions" section  remain  as is):

    1.  Exclusion  1 is  amended to read as follows:

        1.  liability assumed under  a contract.

    2.  Exclusion  2  is  deleted.

    3.  Exclusion  7  is  amended to read  as follows:

        7.  damages   arising out   of coercion, criticism, demotion, evaluation, reassignment, discipline, defamation, harassment, humiliation, discrimination against or termination of any employee, termination of employment, or any personnel practices, policies, acts or omissions.

    4.  The following  exclusions are added:

        1.  bodily injury  to  any member of the  flying  crew of  any  aircraft.

        2.  bodily  injury to an employee when you  are deprived of statutory or common law defenses or are subject to  penalty because of  your failure to  secure your  obligations  under the workers' compensation law(s)  applicable to you or otherwise fail to comply with that  law.

Copyright 1999 by the Workers' Compensation Insurance Rating Bureau of California.  All rights reserved.
From the WCIRB's California  Workers' Compensation Insurance Forms Manual Copyright 2001.

Z0000597

**WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY**  **WC 04 04 21**

**(Ed. 1-08)**

---

## OPTIONAL PREMIUM INCREASE ENDORSEMENT – CALIFORNIA

You must provide us, or our authorized representative, access to records necessary to perform a payroll verification audit.  If you fail to provide access within 90 days after expiration of the policy, you are liable to pay a total premium equal to 3 times our current estimate of the annual premium for your policy.  In addition, if you fail to provide access after our third request within a 90 day or longer period, you are also liable for our costs in attempting to perform the audit unless you provide a compelling business reason for your failure.

We will contact you to schedule appointments during normal business hours.

We will notify you of your failure to provide access by mailing a certified, return-receipt document stating the increased premium and the total amount of our costs incurred in our attempt(s) to perform an audit.  In addition to any other obligations under this contract, 30 days after your receive the notification, you will be obligated to pay the total premium and costs referenced above.  If, thereafter, you provide access to your records within three years after the policy expires, or within another mutually agreed upon time, and we succeed in performing the audit to our satisfaction, we will revise your total premium and the costs due to reflect the results of the audit.

© 2007 by the Workers' Compensation Insurance Rating Bureau of California. All rights reserved.

WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY     WC 04 06 01 A

# CALIFORNIA CANCELATION ENDORSEMENT

This endorsement applies only to the insurance provided by the policy because California is shown in Item 3.A. of the information page.

The cancelation condition in Part Six (Conditions) of the policy is replaced by these conditions:

**Cancelation**

1.  You may cancel this policy. You must mail or deliver advance written notice to us stating when the cancelation is to take effect.

2.  We may cancel this policy for one or more of the following reasons:

    a.  Non-payment of premium;

    b.  Failure to report payroll;

    c.  Failure to permit us to audit payroll as required by the terms of this policy or of a previous policy issued by us;

    d.  Failure to pay any additional premium resulting from an audit of payroll required by the terms of this policy or any previous policy issued by us;

    e.  Material misrepresentation made by you or your agent;

    f.  Failure to cooperate with us in the investigation of a claim;

    g.  Failure to comply with Federal or State safety orders;

    h.  Failure to comply with written recommendations of our designated loss control representatives;

    i.  The occurrence of a material change in the ownership of your business;

    j.  The occurrence of any change in your business or operations that materially increases the hazard for frequency or severity of loss;

    k.  The occurrence of any change in your business or operation that requires additional or different classification for premium calculation;

    l.  The occurrence of any change in your business or operation which contemplates an activity excluded by our reinsurance treaties.

3.  If we cancel your policy for any of the reasons listed in **(a)** through **(f)**, we will give you 10 days advance written notice, stating when the cancelation is to take effect. Mailing that notice to you at your mailing address shown in item 1 of the Information Page will be sufficient to prove notice. If we cancel your policy for any of the reasons listed in items **(g)** through **(l)**, we will give you 30 days advance written notice; however, we agree that in the event of cancelation and reissuance of a policy effective upon a material change in ownership or operations, notice will not be provided.

4.  The policy period will end on the day and hour stated in the cancelation notice.

Z0000599

**WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY**   WC 09 03 03

## FLORIDA EMPLOYERS LIABILITY COVERAGE ENDORSEMENT

C.  Exclusion 5, Section C. of Part two of the policy, is replaced by the following:
This insurance does not cover

5.  bodily injury intentionally caused or aggravated by you or which is the result of your engaging in conduct equivalent to an intentional tort, however defined, or other tortious conduct, such that you lose your immunity from civil liability under the workers compensations laws.

© 2005 National Council on Compensation Insurance, Inc.                                            Page 1 of 1

**Z0000600**

**WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY**      **WC 09 04 01**

**(Ed. 06-87)**

---

### FLORIDA CONTRACTING CLASSIFICATION PREMIUM ADJUSTMENT ENDORSEMENT

The premium for the policy may be adjusted by a Florida Contracting Classification Premium Adjustment factor.  The factor was not available when the policy was issued.  If you qualify, we will issue an endorsement to show the premium adjustment factor after it is calculated.

This endorsement changes the policy to which it is attached and is effective on the date issued unless otherwise stated.
**(The information below is required only when this endorsement is issued subsequent to preparation of the policy.)**

Endorsement Effective                    Policy No.                              Endorsement No.

Insured                                                                          Premium  $

Insurance Company                        Countersigned By _____

**WC 09 04 01**

**(Ed. 06-87)**

**Copyright 1987 National Council on Compensation Insurance.**

Z0000601

WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY          WC 09 04 03 A

(Ed. 1-08)

**FLORIDA TERRORISM RISK INSURANCE PROGRAM REAUTHORIZATION ACT ENDORSEMENT**

This endorsement addresses requirements of the Terrorism Risk Insurance Act of 2002 as amended by the Terrorism Risk Insurance Program Reauthorization Act of 2007.

**Definitions**

The definitions provided in this endorsement are based on and have the same meaning as the definitions in the Act. If words or phrases not defined in this endorsement are defined in the Act, the definitions in the Act will apply.

1. "Act" means the Terrorism Risk Insurance Act of 2002, which took effect on November 26, 2002, and any amendments resulting from the Terrorism Risk Insurance Program Reauthorization Act of 2007.
2. "Act of Terrorism" means any act that is certified by the Secretary of the Treasury, in concurrence with the Secretary of State, and the Attorney General of the United States as meeting all of the following requirements:
   a. The act is an act of terrorism.
   b. The act is violent or dangerous to human life, property or infrastructure.
   c. The act resulted in damage within the United States, or outside of the United States in the case of the premises of United States missions or certain air carriers or vessels.
   d. The act has been committed by an individual or individuals as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.
3. "Insured Loss' means any loss resulting from an act of terrorism (including an act of war, in the case of workers compensation) that is covered by primary or excess property and casualty insurance issued by an insurer if the loss occurs in the United States or at the premises of United States missions or to certain air carriers or vessels.
4. "Insurer Deductible" means, for the period beginning on January 1, 2008, and ending on December 31, 2014, an amount equal to 20% of our direct earned premiums, over the calendar year immediately preceding the applicable Program Year.
5. "Program Year" refers to each calendar year between January 1, 2008 and December 31, 2014, as applicable.

**Limitation of Liability**

The Act may limit our liability to you under this policy. If aggregate Insured Losses exceed $100,000,000,000 in a Program Year and if we have met our Insurer Deductible, we may not be liable for the payment of any portion of the amount of Insured Losses that exceeds $100,000,000,000; and for aggregate Insured Losses up to $100,000,000,000, we may only have to pay a pro rata share of such Insured Losses as determined by the Secretary of the Treasury.

**WC 09 04 03 A**
(Ed. 1-08)

© 2007 National Council on Compensation Insurance, Inc. All Rights Reserved.

Z0000602

**WC 09 04 03 A**                    **WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY**

(Ed. 1-08)

---

**Policyholder Disclosure Notice**

1. Insured Losses would be partially reimbursed by the United States Government. If the aggregate industry Insured Losses exceeds $100,000,000 in a Program Year, the United States Government would pay 85% of our Insured Losses that exceed our Insurer Deductible.

2. Notwithstanding item 1 above, the United States Government may not have to make any payment under the Act for any portion of Insured Losses that exceeds $100,000,000,000.

3. The premium charged for the coverage for Insured Losses under this policy is included in the amount shown in Item 4 of the Information Page or the Schedule below.

**Schedule**

Rate per $100 of Remuneration

1.75000000000001E-02

© 2007 National Council on Compensation Insurance, Inc. All Rights Reserved.

Z0000603

Case 4:13-cv-05758-DMR   Document 57-2   Filed 08/05/14   Page 53 of 88

# FLORIDA EMPLOYMENT AND WAGE INFORMATION
# RELEASE ENDORSEMENT

This policy requires you to release certain employment and wage information maintained by the State of Florida pursuant to federal and state unemployment compensation laws except to the extent prohibited or limited under federal law. By entering into this policy, you consent to the release of the information.

We will safeguard the information and maintain its confidentiality.  We will limit use of the information to verifying compliance with the terms of the policy.

**Copyright 1998 National Council on Compensation Insurance.**

Z0000604

**WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY**

**WC 27 06 01 C**

(Ed. 10-08)

---

## NEVADA CANCELLATION AND NONRENEWAL ENDORSEMENT

This endorsement applies to the insurance provided by this policy, because Nevada is shown in Item 3.A. of the Information Page.

Part Six—Conditions, D. Cancellation of the policy is replaced by the following:

**A.   Midterm Cancellation**

1.   You may cancel this policy by mailing or delivering advance written notice to us stating when the cancellation is to take effect.

2.   We will provide you not less than 10 days notice if this policy is cancelled because you failed to pay a premium or remit an amount due because of an endorsement for a deductible when due.

3.   We will provide you not less than 30 days notice for any other cancellation reason permitted under Nevada law, including failure to pay additional premium charged due to an audit of any payroll under the terms of the current or previous policy.

4.   No policy of industrial insurance that has been in effect for at least 70 days or that has been renewed may be cancelled, except on any one of the following grounds:

   a.   A failure by the policyholder to pay a premium for the policy of industrial insurance when due, including the failure of  the policyholder to remit an amount due because of an endorsement for a deductible;

   b.   A failure by the policyholder to:

      (1)   Report any payroll;

      (2)   Allow the insurer to audit any payroll in accordance with the terms of the policy or any previous policy issued by the insurer; or

      (3)   Pay any additional premium charged because of an audit of any payroll as required by the terms of the policy or any previous policy issued by the insurer;

   c.   A material failure by the policyholder to comply with any federal or state order concerning safety or any written recommendation of the insurer's designated representative for loss prevention;

   d.   A material change in ownership of the policyholder or any change in the policyholder's business or operations that:

      (1)   Materially increases the hazard for frequency or severity of loss;

      (2)   Requires additional or different classifications for the calculation of premiums; or

      (3)   Contemplates an activity that is excluded by any reinsurance treaty of the insurer;

   e.   A material misrepresentation made by the policyholder; or

   f.   A failure by the policyholder to cooperate with the insurer in conducting an investigation of a claim.

5.   We cannot cancel the policy when the referenced reasons are corrected by you within the time specified in the written notice of cancellation.

**B.   Nonrenewal**

1.   We may elect not to renew the policy. We will provide to you a written notice of our intention not to renew at least 60 days before the expiration date.

2.   We need not provide notice of our intention not to renew if you have accepted replacement coverage, if you have requested or agreed to nonrenewal, or if the policy is expressly designated as nonrenewable.

**C.   Information About Claims Paid**

1.   If you request information for the renewal of the policy, we will provide you with information regarding claims paid on your behalf.

2.   We will provide the information within 30 working days after we receive your written request. We may charge a reasonable fee for providing the information.

© Copyright 2008 National Council on Compensation Insurance, Inc. All Rights Reserved.

Z0000605

**WC 27 06 01 C**          **WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY**

(Ed. 10-08)

**D.   Notices**

1.   We will provide advance written notice of cancellation or nonrenewal as provided in A and B above. This notice must be served personally on or sent by first-class mail or electronic transmission to the employer.

2.   Notices will state the effective date of the cancellation or nonrenewal and will be accompanied by a written explanation of the specific reasons for the cancellation or nonrenewal.

3.   A written notice of cancellation is not required if we mutually agree with you to cancel the policy and reissue a new policy based upon a material change in the ownership or operation of your business.

**E.   Compliance With Law**

1.   Any of these provisions that conflict with a law that controls the cancellation or renewal or nonrenewal of the insurance in this policy is changed by this statement to comply with the law.

© Copyright 2008 National Council on Compensation Insurance, Inc. All Rights Reserved.

Z0000606

WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY                    WC 42 03 01 F

# TEXAS AMENDATORY ENDORSEMENT

This endorsement applies only to the insurance provided by the policy because Texas is shown in Item 3.A. of the Information Page.

## GENERAL SECTION

B.  **Who Is Insured** is amended to read:

You are insured if you are an employer named in Item 1 of the Information Page.  If that employer is a partnership or joint venture, and if you are one of its partners or members, you are insured, but only in your capacity as an employer of the partnership's or joint venture's employees.

D.  **State** is amended to read:

State means any state or territory of the United States of America, and the District of Columbia.

## PART ONE-WORKERS COMPENSATION INSURANCE

E.  **Other Insurance** is amended by adding this sentence:

This Section only applies if you have other insurance or are self-insured for the same loss.

F.  **Payments You Must Make**

This Section is amended by deleting the words "workers compensation" from number 4.

H.  **Statutory Provisions**

This Section is amended by deleting the words "after an injury occurs" from number 2.

## PART TWO-EMPLOYERS LIABILITY INSURANCE

C.  **Exclusions**

Sections 2 and 3 are amended to add:

This exclusion does not apply unless the violation of law caused or contributed to the bodily injury.

Section 6 is amended to read:

6.  bodily injury occurring outside the United States of America, its territories or possessions, and Canada.  This exclusion does not apply to bodily injury to a citizen or resident of the United States of America, Mexico or Canada who is temporarily outside these countries.

D.  **We Will Defend**

This Section is amended by deleting the last sentence.

## PART FOUR-YOUR DUTIES IF INJURY OCCURS

Number 6 of this part is amended to read:

6.  Texas law allows you to make weekly payments to an injured employee in certain instances.  Unless authorized by law, do not voluntarily make payments, assume obligations or incur expenses, except at your own cost.

Page 1 of 3

Z0000607

WC 42 03 01 F                    WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY

## PART FIVE-PREMIUM

A. **Our Manuals** is amended by adding this sentence:

In this part, "our manuals" means manuals approved or prescribed by the Texas Department of Insurance.

C. **Remuneration**

Number 2 is amended to read:

2.  All other persons engaged in work that would make us liable under Part One (Workers Compensation Insurance) of this policy.  This paragraph 2 will not apply if you give us proof that the employers of these persons lawfully secured workers compensation insurance.

E. **Final Premium**

Number 2 is amended to read:

2.  If you cancel, final premium will be calculated pro rata based on the time this policy was in force.  Final premium will not be less than the pro rata share of the minimum premium.

## PART SIX-CONDITIONS

A. **Inspection** is amended by adding this sentence:

Your failure to comply with the safety recommendations made as a result of an inspection may cause the policy to be canceled by us.

C. **Transfer of Your Rights and Duties** is amended to read:

Your rights and duties under this policy may not be transferred without our written consent.  If you die, coverage will be provided for your surviving spouse or your legal representative.  This applies only with respect to their acting in the capacity as an employer and only for the workplaces listed in Items 1 and 4 on the Information Page.

D. **Cancelation** is amended to read:

1.  You may cancel this policy.  You must mail or deliver advance notice to us stating when the cancelation is to take effect.

2.  We may cancel this policy.  We may also decline to renew it.  We must give you written notice of cancelation or nonrenewal.  That notice will be sent certified mail or delivered to you in person.  A copy of the written notice will be sent to the Texas Workers' Compensation Commission.

3.  Notice of cancelation or nonrenewal must be sent to you not later than the 30th day before the date on which the cancelation or nonrenewal becomes effective, except that we may send the notice not later than the 10th day before the date on which the cancelation or nonrenewal becomes effective if we cancel or do not renew because of:

    a.  Fraud in obtaining coverage;

    b.  Misrepresentation of the amount of payroll for purposes of premium calculation;

    c.  Failure to pay a premium when payment was due;

    d.  An increase in the hazard for which you seek coverage that results from an action or omission and that would produce an increase in the rate, including an increase because of failure to comply with reasonable recommendations for loss control or to comply within a reasonable period with recommendations designed to reduce a hazard that is under your control;

    e.  A determination by the Commissioner of Insurance that the continuation of the policy would place us in violation of the law, or would be hazardous to the interests of subscribers, creditors, or the general public.

4.  If another insurance company notifies the Texas Workers' Compensation Commission that it is insuring you as an employer, such notice shall be a cancelation of this policy effective when the other policy starts.

Page 2 of 3

Z0000608

WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY                WC 42 03 01 F

## PART SEVEN–OUR DUTY TO YOU FOR CLAIM NOTIFICATION

A.  **Claims Notification**

We are required to notify you of any claim that is filed against your policy.  Thereafter we shall notify you of any proposal to settle a claim or, on receipt of a written request from you, of any administrative or judicial proceeding relating to the resolution of a claim, including a benefit review conference conducted by the Texas Workers' Compensation Commission.  You may, in writing, elect to waive this notification requirement.

We shall, on the written request from you, provide you with a list of claims charged against your policy, payments made and reserves established on each claim, and a statement explaining the effect of claims on your premium rates.  We must furnish the requested information to you in writing no later than the 30th day after the date we receive your request.  The information is considered to be provided on the date the information is received by the United States Postal Service or is personally delivered.

**COMPLAINT NOTICE:** SHOULD ANY DISPUTE ARISE ABOUT YOUR PREMIUM OR ABOUT A CLAIM THAT YOU HAVE FILED, CONTACT THE AGENT OR WRITE TO THE COMPANY THAT ISSUED THE POLICY.  IF THE PROBLEM IS NOT RESOLVED, YOU MAY ALSO WRITE THE TEXAS DEPARTMENT OF INSURANCE, P.O. BOX 149091, AUSTIN, TEXAS 78714-9091, FAX # (512) 475-1771.  THIS NOTICE OF COMPLAINT PROCEDURE IS FOR INFORMATION ONLY AND DOES NOT BECOME A PART OR CONDITION OF THIS POLICY.

Z0000609

**WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY**                    **WC 42 03 04 A**

(Ed. 1-00)

**TEXAS WAIVER OF OUR RIGHT TO RECOVER FROM OTHERS ENDORSEMENT**

This endorsement applies only to the insurance provided by the policy because Texas is shown in Item 3.A. of the Information Page.

We have the right to recover our payments from anyone liable for an injury covered by this policy. We will not enforce our right against the person or organization named in the Schedule, but this waiver applies only with respect to bodily injury arising out of the operations described in the Schedule where you are required by a written contract to obtain this waiver from us.

This endorsement shall not operate directly or indirectly to benefit anyone not named in the Schedule.

The premium for this endorsement is shown in the Schedule.

Schedule

1.  (       ) Specific Waiver
        Name of person or organization


    (**X**     ) Blanket Waiver
        Any person or organization for whom the Named Insured has agreed by written contract to furnish this waiver.
        **PER CONTRACT AGREEMENT**


2. Operations:



3. Premium:
    The premium charge for this endorsement shall be _____ percent  of  the  premium  developed  on  payroll  in connection  with  work  performed  for  the  above  person(s)  or  organization(s)  arising  out  of  the  operations described.

4. Advance Premium:

Z0000610

**WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY**                    **WC 42 04 07**

# TEXAS - AUDIT PREMIUM AND RETROSPECTIVE PREMIUM ENDORSEMENT

Section D. of Part Five of the policy is replaced by the following provision:

**PART FIVE - PREMIUM**

**D.**     **Premium Payments**

You will pay all premium when due.   You will pay the premium even if part or all of a workers compensation law is not valid.  The billing statement or invoice for audit additional premiums and/or retrospective additional premiums establishes the date that the premium is due.

Z0000611

## Large Deductible Endorsement - Florida
## Workers Compensation and Employers Liability Policy

**Insuring Company: AMERICAN ZURICH INSURANCE COMPANY**

**Named Insured: PETERSEN-DEAN, INC.**

**Policy Number: WC 9336968-00**

**Effective Date of Endorsement: 04-30-2011**

**Expiration Date: 04-30-2012**

This deductible endorsement applies between you and us. It does not affect or alter the rights of others under the policy. You will reimburse us for the deductible amounts that we pay on your behalf. This endorsement will remain in effect on renewals of this policy unless specifically not made a part of such or replaced by a similar endorsement. We will remain responsible for the full payment of all claims under this policy without regard to your ability or intention to reimburse us for the deductible amount.

**States Covered:** PER PROPOSAL

### SCHEDULE

| Coverage | Deductible Amount/Basis |
|---|---|
| Workers Compensation Bodily Injury By Accident: | each accident |
| Workers Compensation Bodily Injury By Disease: | each claim |
| Employers Liability Bodily Injury By Accident: | each accident |
| Employers Liability Bodily Injury By Disease: | each claim |

**Allocated Loss Adjustment Expense (ALAE)** Select One:

Option 1. ☐ ALAE is reimbursed and included in Deductible Amount

Option 2. ☐ ALAE is reimbursed in addition to Deductible Amount

Option 3. ☐ ALAE is not reimbursed

**A. How This Deductible Applies**

1. You agree to reimburse us for:

   a. Each Accident/each Claim, up to the deductible amount shown in the Schedule above, for the total of:

      (1) All benefits required of you by the Workers Compensation Law (including benefits payable under Other States Insurance or under any endorsement) and any Federal Act; plus

      (2) All sums you must pay as damages under Employers Liability Insurance and any Federal Act; plus

   b. All "allocated loss adjustment expense" as respects any "claim" or suit:

      (1) As a part of the total of 1. above when you have elected Option 1, "ALAE is reimbursed and included in the deductible amount" in the Schedule above; or

      (2) In addition to and not limited by the deductible amount when you have elected Option 2.

WC 99 06 15

U-WC-337-B FL (3/99)
Page 1 of 2

Z0000612

"ALAE is reimbursed and in addition to the deductible amount", in the Schedule above.

**2.** All claims for benefits or damages because of bodily injury by the same or related diseases to any one person will be considered as one claim when determining how the deductible amounts apply. Included are filings by your employee for such benefits with an agency authorized by law, and a suit or other proceeding brought by your employee for such benefits or damages. "By your employee" includes such action taken by others legally entitled to do so on his or her behalf.

**3.** Reimbursement of the deductible amount owed us by you does not affect our obligation to pay any and all losses covered by this policy.

**B. Effect of Deductible on Limits of Liability**

**1.** With respect to the Employers Liability Insurance provided by this policy, the applicable, "each claim", "each accident", or other similar limits of liability are reduced by the sum of all damages within the applicable deductible amount shown.

The payment of "allocated loss adjustment expense" will not affect the limits of liability. This provision applies whether the Employers Liability Insurance is provided by Part Two or by an endorsement to this policy.

**2.** In the event of a claim, our obligation to pay is the amount available for benefits or damages that remains after the application of the specific loss reimbursement amount.

**C. Definitions**

**1.** "Claim" means a written demand you receive for:

**a.** Benefits required of you by a Workers Compensation law; or

**b.** Damages covered by this policy.

**2.** "Allocated loss adjustment expense" means claim adjustment expense directly allocated by us to a particular "claim". Such expense shall include, but shall not be limited to: attorney's fees; independent adjusters fees; court and alternative dispute resolution costs; medical examinations; expert medical or other testimony; autopsies; witnesses and summonses; copies of documents; arbitration fees; surveillance; appeal bond costs and appeal filing fees; pre and post judgement interest; and medical cost containment expenses. Such expenses shall not include cost of investigation, the salaries and traveling expenses of our employees, other than those salaried employees who perform services which can be directly allocated to the handling of a particular claim.

**D. Conditions**

**1. Subrogation**

We have your rights and the rights of persons entitled to the benefits of this insurance to recover losses that are reimbursable under this endorsement and any deductible amount from anyone liable for the injury. You will do everything necessary to protect those rights for us and to help us enforce them.

If we recover any payment made under this policy from anyone liable for the injury, the amount we recover will first be applied to any payments made by us on this injury in excess of the deductible amount; only then will the remainder of that recovery, if any, be applied to reduce the deductible amount paid or reimbursed or reimbursable by you on this injury.

**2. Cancellation**

You must:

**a.** Promptly pay us all amounts for which you are responsible under this endorsement; and

**b.** Reimburse us for any such amounts that we pay upon receipt of a billing from us.

If you fail to do so, we will cancel either this endorsement or this policy by provisions of statute.

If this policy or endorsement is cancelled, we will abide by the statutory provisions which govern this policy and return the premium less uncollected advances paid for losses within the deductible including "allocated loss adjustment expenses."

**3. Your Duties**

**a.** The first Named Insured shown on the Information Page is authorized to pay all deductible amounts on behalf of all Named Insureds and to reimburse us for any such amounts that we advance.

**b.** Each Named Insured is jointly and severally liable for all deductible amounts under this policy.

**4. Other Rights and Duties (Ours and Yours)**

All other terms of this policy, including those which govern:

**a.** Our right and duty to defend any "claim", proceeding or suit against you; and

**b.** Your duties, if injury occurs;

apply regardless of application of this deductible endorsement.

Z0000613

# Arizona Large Deductible Endorsement

**Workers' Compensation and Employers Liability Policy**



**ZURICH**

**Insuring company**

| AMERICAN ZURICH INSURANCE COMPANY |
|---|

**Named Insured**

| PETERSEN-DEAN, INC. |
|---|

**Policy number**

| WC 9336968-00 |
|---|

**Effective date of endorsement**

| 04-30-2011 |
|---|

**Expiration date**

| 04-30-2012 |
|---|

This deductible endorsement applies between you and us. It does not affect or alter the rights of others under the policy. You will reimburse us for the deductible amounts that we pay on your behalf. This endorsement will remain in effect on renewals of this policy unless specifically not made a part of such or replaced by a similar endorsement.

**States covered**

| PER PROPOSAL |
|---|

**Schedule**

| Coverage | Deductible amount/basis |
|---|---|
| Workers' Compensation Bodily Injury By Accident | each accident |
| Workers' Compensation Bodily Injury By Disease | each claim |
| Employers Liability Bodily Injury By Accident | each accident |
| Employers Liability Bodily Injury By Disease | each claim |

**Allocated Loss Adjustment Expense (ALAE)**

Select one:

☐ Option 1. ALAE is reimbursed and included in Deductible Amount

☐ Option 2. ALAE is not reimbursed

**A. How This Deductible Applies**

1. You agree to reimburse us for each Accident/each Claim, up to the deductible amount including all "allocated loss adjustment expense" as respects any "claim" or suit as a part of the total of 1 above when you have elected Option 1, "ALAE is reimbursed and included in the deductible amount" shown in the Schedule above, for the total of:

   a. All benefits required of you by the Workers' Compensation Law (including benefits payable under Other States Insurance or under any endorsement) and any Federal Act; plus

   b. All sums you must pay as damages under Employers Liability Insurance and any Federal Act.

2. All claims for benefits or damages because of bodily injury by the same or related diseases to any one person will be considered as one claim when determining how the deductible amounts apply. Included are filings by your employee for such benefits with an agency authorized by law, and a suit or other proceeding brought by your employee for such benefits or damages. "By your employee" includes such action taken by others legally entitled to do so on his or her behalf.

Z0000614

B. **Effect of Deductible on Limits of Liability**
1. With respect to the Employers Liability Insurance provided by this policy, the applicable, "each claim", "each accident", or other similar amount or reimbursement is reduced by the sum of all damages within the applicable deductible amount shown.
2. In the event of a claim, our obligation to pay is the amount available for benefits or damages that remains after the application of the specific loss reimbursement amount.

C. **Definitions**
1. "Claim" means a written demand you receive for:
   a. Benefits required of you by a Workers' Compensation law; or
   b. Damages covered by this policy.
2. "Allocated loss adjustment expense" means claim adjustment expense directly allocated by us to a particular "claim". Such expense shall include, but shall not be limited to: attorney's fees; independent adjusters fees; court and alternative dispute resolution costs; medical examinations; expert medical or other testimony; autopsies; witnesses and summonses; copies of documents; arbitration fees; surveillance; appeal bond costs and appeal filing fees; pre and post judgement interest; and medical cost containment expenses. Such expenses shall not include cost of investigation, the salaries and traveling expenses of our employees, other than those salaried employees who perform services which can be directly allocated to the handling of a particular claim.

D. **Conditions**
1. **Subrogation**
   We have the rights and the rights of persons entitled to the benefits of this insurance to recover losses that are reimbursable under this endorsement and any deductible amount from anyone liable for the injury. You will do everything necessary to protect those rights for us and to help us enforce them.
   If we recover any payment made under this policy from anyone liable for the injury, the amount we recover will first be applied to any payments made by us on this injury in excess of the deductible amount; only then will the remainder of that recovery, if any, be applied to reduce the deductible amount paid or reimbursed or reimbursable by you on this injury.

2. **Cancellation**
   You must:
   a. Promptly pay us all amounts for which you are responsible under this endorsement; and
   b. Reimburse us for any such amounts that we pay upon receipt of billing from us.
   If you fail to do so, we will cancel either this endorsement or this policy by provisions of statute. If this policy or endorsement is cancelled we will abide by the statutory provision which govern this policy and return the premium less uncollected advances paid for losses within the deductible including "allocated loss adjustment expense".

3. **Your Duties**
   a. The first Named Insured shown on the Information Page is authorized to pay all deductible amounts on behalf of all Named Insureds and to reimburse us for any such amounts that we advance.
   b. Each Named Insured is jointly and severally liable for all deductible amounts under this policy.

4. **Other Rights and Duties (Ours and Yours)**
   All other terms of this policy, including those which govern:
   a. Our right and duty to defend any "claim", proceeding or suit against you; and
   b. Your duties, if injury occurs;
   apply regardless of application of this deductible endorsement.

Z0000615

# PRIVACY NOTICE



## For workers compensation claimants who live in California

We care about your privacy.

This Privacy Notice applies if you make a claim for benefits covered by a workers compensation policy issued by a member company of Zurich North America listed below.

We believe that you have a right to know what we do with the personal information ("PI") we collect to process your claim.

Your PI includes personal, privileged, and medical record information.

Personal information includes any individually identifiable information we collect.

Privileged information relates to a claim for insurance benefits or a civil or criminal proceeding.

Medical record information relates to your physical or mental condition, medical history or medical treatment.

We do not market or sell your PI.

This Privacy Notice is based on the laws of California.

### Types of PI We Collect
The PI we may collect includes: name; email and home addresses; phone number; social security number; date of birth; marital status; wages; income; bank and tax records and medical record information.

The medical record information we may collect includes: medical history, treatment, care, and doctor's records.

We may collect PI from you, or from other sources like your employer, investigative agencies, police, doctors, and medical care institutions.

We may also collect PI when you use our web sites to report a claim.  It may be obtained through online collecting devices known as "cookies" (see our Online Privacy Notice at ZURICHNA.COM).

### Types of PI We Share
We may disclose the PI we collect about you unless prohibited by law.

### Sharing of Your PI
Sharing of your PI is allowed without your permission for some purposes.

We will share your PI, as permitted or required by law, with employees and third parties who service your claim.

We also share your PI as follows:
- To insurance companies and others to detect or prevent criminal activity or fraud;
- To medical and service providers;
- To insurance regulatory and support organizations;
- To agents and brokers;
- To a law enforcement or other agency;
- In response to an administrative, or judicial order, including a subpoena;
- As part of a sale, transfer or merger, of our business;
- To the policy owner; and,
- As permitted or required by law.

We may also share your PI where authorized by you.

Z0000616

**Security of PI**
We control access to your PI.

We have physical, electronic, and procedural safeguards to protect against the misuse of your PI.

**Changes to this Privacy Notice**
We may change this Privacy Notice in the future.

We will provide you a new Privacy Notice when required by law.

If you want a copy of this Privacy Notice or have questions or concerns about this Privacy Notice, please write us at the following address:

Zurich North America, T-2-FL11 Corporate Responsibility and Compliance Office, 1400 American Lane, Schaumburg, IL. 60196-1056.

Please include your name, address, phone number and Zurich claim number.

**Privacy Notices from Other Zurich Affiliated Companies**
You may receive privacy notices from other companies, affiliates and subsidiaries of Zurich Financial Services.

Those privacy notices are separate and in addition to this Privacy Notice.

The terms of this Privacy Notice do not modify, revise, or amend the terms of other privacy notices received from other companies, affiliates and subsidiaries of Zurich Financial Services.

**Zurich North America Member Insurance Companies**

**American Guaranty and Liability Insurance Company**
Licensed in: All states including DC

**American Zurich Insurance Company**
Licensed in: All states including DC

**Assurance Company of America**
Licensed in: All states including DC, excluding NV

**Colonial American Casualty and Surety Company**
Licensed in: All states including DC, excluding NH

**Empire Fire and Marine Insurance Company**
Licensed in: All states including DC

**Empire Indemnity Insurance Company**
Licensed in Oklahoma

**The Fidelity and Deposit Company of Maryland**
Licensed in: All states including DC, PR, Guam, U.S. Virgin Islands

**Maine Bonding and Casualty Company**
Licensed in: AK, AR, DC, ME, MA, NE, NH, ND, OH, OR, RI, SD, VT, WA

**Maryland Casualty Company**
Licensed in: All states including DC, PR, U.S. Virgin Islands

**Maryland Insurance Company**
Licensed in: AL, AK, AR, DC, ID, IL, IA, KY, LA, NE, NM, ND, OK, OR, SD, TX, WA, WI

**National Standard Insurance Company**
Licensed in: AL, AK, AR, DC, ID, IA, KY, LA, NE, NM, ND, OH, OR, OK, SD, TX, WA

**Northern Insurance Company of New York**
Licensed in: All states including DC

**Steadfast Insurance Company**
Licensed in: DE

**UUBVI, Limited**
Licensed in: British Virgin Islands

**Universal Underwriters Insurance Company**
Licensed in: All states including DC, excluding TN

**Universal Underwriters Life Insurance Company**
Licensed in: All states except NY

**Universal Underwriters of Texas Insurance Company**
Licensed in: All states including DC, excluding AL, CA, CT, FL, GA, LA, MS, NC, OH, WY

**Zurich American Insurance Company of Illinois**
Licensed in: All states including DC, excluding AL, DE, HI, ME, MA, NH, NJ, NY, NC, PA, VT, WA, WY

**Zurich American Insurance Company**
Licensed in: All states including DC, PR, U.S. Virgin Islands

Not all products and services are provided by all insurance companies in all states; and are not available in a state in which an insurance company is not licensed; except as permitted by law.

Z0000617

# Privacy Notice



## For workers compensation claimants who do not live in California

We care about your privacy.

This Privacy Notice applies if you make a claim for benefits covered by a policy issued by a member company of Zurich North America which are listed below.

We believe that you have a right to know what we do with the personal information ("PI") we collect to process your claim. Your PI includes both non-public personal financial ("NPFI") and non-public personal health information ("NPHI").

NPFI includes personally identifiable information collected from you to process your claim transaction. NPHI relates to your physical, or mental condition, medical history, treatment, care and doctor's records.

We do not market or sell your PI.

Our Privacy Notice is based on the laws of your state.

### Types of PI We Collect

The NPFI we may collect includes name; e-mail address; home address; telephone number; social security number; date of birth; marital status; wages; income; bank records; and tax records.

The NPHI we may collect includes medical history, treatment, care and doctor's records.

We may collect PI directly from you, or from other sources such as your employer, investigative agencies, police, doctors and medical care institutions.

We may also collect PI when you use our websites to report a claim.  It may be obtained through online collecting devices known as "cookies" (see our Online Privacy Notice at www.zurichna.com).

### Types of PI We Share

We may disclose the PI we collect about you unless prohibited by law.

### Sharing of Your PI

Sharing of your PI is allowed without your permission for some purposes.

We will share your PI, as permitted or required by law, with employees and third parties who service your claim.

We also share your PI as follows:

- To insurance companies and others to detect or prevent criminal activity or fraud;
- To medical and service providers;
- To insurance regulatory and support organizations;
- To agents and brokers;
- To a law enforcement or other agency;
- In response to an administrative, or judicial order, including a subpoena;
- As part of a sale, transfer or merger, of our business;
- To the policy owner; and,
- As permitted or required by law.

We may also share your PI where authorized by you

### Security of Information

We control access to your PI.  We have physical, electronic and procedural safeguards to protect against the misuse of your PI.

Z0000618

**Changes to this Privacy Notice**

We may change this Privacy Notice in the future. We will provide you a new Privacy Notice when required by law.

If you want a copy of this Privacy Notice or have questions or concerns about this Privacy Notice, please write us at the following address:

Zurich North America, T-2-FL11 Corporate Responsibility and Compliance Office, 1400 American Lane, Schaumburg, IL 60196-1056.

Please include your name, address, phone number and Zurich claim number when contacting us.

**Privacy Notices from Other Zurich Affiliated Companies**

You may receive Privacy Notices from other companies, affiliates and subsidiaries of Zurich Financial Services. Those Privacy Notices are separate and in addition to this Privacy Notice.

The terms of this Privacy Notice do not modify, revise, or amend the terms of other privacy notices received from other companies, or subsidiaries of Zurich Financial Services.

## *Zurich North America Member Insurance Companies

**American Guaranty and Liability Insurance Company**
Licensed in: All states including DC

**American Zurich Insurance Company**
Licensed in: All states including DC

**Assurance Company of America**
Licensed in: All states including DC, excluding NV

**Colonial American Casualty and Surety Company**
Licensed in: All states including DC, excluding NH

**Empire Fire and Marine Insurance Company**
Licensed in: All states including DC

**Empire Indemnity Insurance Company**
Licensed in: Oklahoma

**The Fidelity and Deposit Company of Maryland**
Licensed in: All states including DC, PR, Guam, U.S. Virgin Islands

**Maine Bonding and Casualty Company**
Licensed in: AK, AR, DC, ME, MA, NE, NH, ND, OH, OR, RI, SD, VT, WA

**Maryland Casualty Company**
Licensed in: All states including DC, PR, U.S. Virgin Islands

**Maryland Insurance Company**
Licensed in: AL, AK, AR, DC, ID, IL, IA, KY, LA, NE, NM, ND, OK, OR, SD, TX, WA, WI

**National Standard Insurance Company**
Licensed in: AL, AK, AR, DC, ID, IA, KY, LA, NE, NM, ND, OH, OR, OK, SD, TX, WA

**Northern Insurance Company of New York**
Licensed in: All states including DC

**Steadfast Insurance Company**
Licensed in: DE

**UUBVI, Limited**
Licensed in: British Virgin Islands

**Universal Underwriters Insurance Company**
Licensed in: All states including DC, excluding TN

**Universal Underwriters Life Insurance Company**
Licensed in: All states except NY

**Universal Underwriters of Texas Insurance Company**
Licensed in: All states including DC, excluding AL, CA, CT, FL, GA, LA, MS, NC, OH, WY

**Zurich American Insurance Company of Illinois**
Licensed in: All states including DC, excluding DE, NC, MA, NY

**Zurich American Insurance Company**
Licensed in: All states including DC, PR, U.S. Virgin Islands and Guam

Not all products and services are provided by all insurance companies in all states; and are not available in a state in which an insurance company is not licensed; except as otherwise permitted by law.

Z0000619

# Workers Compensation and Employers Liability Insurance Policy



**ZURICH**®

AMERICAN ZURICH INSURANCE COMPANY

A stock insurance company
A member company of Zurich North America

Administrative office:
Zurich Towers
1400 American Lane
Schaumburg, Illinois  60195-1056

Insured

PETERSEN-DEAN, INC.
7980 ENTERPRISE DR
NEWARK CA 94560-3413

Producer

LOCKTON COMPANIES LLC
725 S FIGUEROA ST FL 35
LOS ANGELES CA 90017-5524

In return for the payment of premium, and subject to the terms of this policy, coverage is provided as stated in this policy.

IN WITNESS WHEREOF, this Company has executed and attested these presents and, where required by law, has caused this policy to be countersigned by its duly Authorized Representative(s).

President

Secretary

WC 99 00 01 A  (Ed. 04/10)

**Z0000620**

**WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY**  WC 99 06 01

(Ed. 1-08)

---

### TEXAS TERRORISM RISK INSURANCE PROGRAM REAUTHORIZATION ACT ENDORSEMENT

This endorsement addresses the requirements of the Terrorism Risk Insurance Act of 2002 as amended and extended by the Terrorism Risk Insurance Program Reauthorization Act of 2007.

**Definitions**

The definitions provided in this endorsement are based on and have the same meaning as the definitions in the Act.  If words or phrases not defined in this endorsement are defined in the Act, the definitions in the Act will apply.

"Act" means the Terrorism Risk Insurance Act of 2002, which took effect on November 26, 2002, and any amendments resulting from the Terrorism Risk Insurance Program Reauthorization Act of 2007.

"Act of Terrorism" means any act that is certified by the Secretary of the Treasury, in concurrence with the Secretary of State, and the Attorney General of the United States as meeting all of the following requirements:

  a.  The act is an act of terrorism.
  b.  The act is violent or dangerous to human life, property or infrastructure.
  c.  The act resulted in damage within the United States, or outside of the United States in the case of the premises of United States missions or certain air carriers or vessels.
  d.  The act has been committed by an individual or individuals as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

"Insured Loss' means any loss resulting from an act of terrorism (including an act of war, in the case of workers compensation) that is covered by primary or excess property and casualty insurance issued by an insurer if the loss occurs in the United States or at the premises of United States missions or to certain air carriers or vessels.

"Insurer Deductible" means, for the period beginning on January 1, 2008, and ending on December 31, 2014, an amount equal to 20% of our direct earned premiums, over the calendar year immediately preceding the applicable Program Year.

"Program Year" refers to each calendar year between January 1, 2008 and December 31, 2014, as applicable.

**Limitation of Liability**

The Act limits our liability to you under this policy. If aggregate Insured Losses exceed $100,000,000,000 in a Program Year and if we have met our Insurer Deductible, we are not liable for the payment of any portion of the amount of Insured Losses that exceeds $100,000,000,000; and for aggregate Insured Losses up to $100,000,000,000, we will pay only a pro rata share of such Insured Losses as determined by the Secretary of the Treasury.

© Copyright 2008 National Council on Compensation Insurance, Inc. All Rights Reserved.

Z0000621

**WC 99 06 01**                    WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY

(Ed. 1-08)

**Policyholder Disclosure Notice**

1. Insured Losses would be partially reimbursed by the United States Government.  If the aggregate industry Insured Losses exceeds $100,000,000 in a Program Year, the United States Government would pay 85% of our Insured Losses that exceed our Insurer Deductible.

2. Notwithstanding item 1 above, the United States Government will not make any payment under the Act for any portion of Insured Losses that exceeds $100,000,000,000.

3. The premium charged for the coverage for Insured Losses under this policy is included in the amounts shown in Item 4 of the Information Page or in the Schedules in the Texas Terrorism Premium Endorsement. (WC 99 06 02), attached to this policy.

© Copyright 2008 National Council on Compensation Insurance, Inc. All Rights Reserved.

Z0000622

WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY                    **WC 99 06 02**

(Ed. 1-08)

---

**TEXAS TERRORISM PREMIUM ENDORSEMENT**

This endorsement is notification that your insurance carrier is charging premium for losses that may occur in the event of an act of terrorism.

Your policy provides coverage for workers compensation losses caused by acts of terrorism, including workers compensation benefit obligations dictated by state law. Coverage for such losses is still subject to all terms, definitions, exclusions, and conditions in your policy, and any applicable federal and/or state laws, rules, or regulations.

For purposes of this endorsement, an "act of terrorism" is defined as:

   a.  Any act that is violent or dangerous to human life, property or infrastructure; and

   b.  The act has been committed by an individual or individuals as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

The premium charge for the coverage your policy provides for workers compensation losses caused by an act of terrorism is shown in Item 4 of the Information Page or in the Schedule below.

**Schedule**

| State | Rate per $100 of payroll |
|-------|--------------------------|
| TX    | .013                     |

**WC 99 06 02**
(Ed. 1-08)

© Copyright 2008 National Council on Compensation Insurance, Inc. All Rights Reserved.                    Page 1 of 1

Z0000623

# Large Deductible


**ZURICH**

| Policy No. | Eff. Date of Pol. | Exp. Date of Pol. |
|---|---|---|
| WC 9336968-00 | 04-30-2011 | 04-30-2012 |

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

This endorsement modifies insurance provided under the:
**Workers Compensation and Employers Liability Policy**

**DEDUCTIBLE SCHEDULE**

**The Deductible Amounts shown in the Deductible Schedule below apply separately to Workers Compensation and to Employers Liability as follows:**

| Coverage | Deductible Amount | Basis |
|---|---|---|
| Workers Compensation Bodily Injury By Accident | **PER** | Each Accident |
| Workers Compensation Bodily Injury By Disease | **PROPOSAL** | Each Employee |
| Employers Liability Bodily Injury By Accident | **PER** | Each Accident |
| Employers Liability Bodily Injury By Disease | **PROPOSAL** | Each Employee |

| Aggregate Deductible Amount | | Adjustable at a rate of |
|---|---|---|
| | | per |
| | | of |
| | | Flat |
| Estimated Exposure | | |
| Minimum Aggregate Deductible Amount | | |

WC 99 06 16 (12/07)
Page 1 of 5

Portions copyrighted © 2007 National Council on Compensation Insurance, Inc.  Used with Permission.

Z0000624

**ALLOCATED LOSS ADJUSTMENT EXPENSE SELECTION SCHEDULE**

| Select One | |
|---|---|
| Option 1 ☐ | As respects each Deductible Amount, you will reimburse us for all "allocated loss adjustment expense", even if there is no payment for other than "allocated loss adjustment expense". "Allocated loss adjustment expense" reimbursements will contribute toward your Deductible Amount as shown in the **Deductible Schedule** and your Combined Aggregate Deductible Amount as shown in the **Combined Aggregate Deductible Schedule**. |
| Option 2 ☐ | As respects each Deductible Amount, you will reimburse us for "allocated loss adjustment expense" as follows: |
| | (a) If the total amount payable for other than "allocated loss adjustment expense" as respects the basis for each Deductible Amount is equal to or less than the Deductible Amounts or if there is no amount payable other than "allocated loss adjustment expense", then you will reimburse us for all "allocated loss adjustment expense". "Allocated loss adjustment expense" reimbursements will not contribute toward either your Deductible Amount as shown in the **Deductible Schedule** or your Combined Aggregate Deductible Amount as shown in the **Combined Aggregate Deductible Schedule**; or |
| | (b) If the total amount payable for other than "allocated loss adjustment expense" exceeds the Deductible Amount, you will reimburse us a pro-rata share of total "allocated loss adjustment expense" based on the ratio of the Deductible Amount divided by the total amount payable for other than "allocated loss adjustment expense" as respects the basis for each Deductible Amount. "Allocated loss adjustment expense" reimbursements will not contribute toward either your Deductible Amount as shown in the **Deductible Schedule** or your Combined Aggregate Deductible Amount as shown in the **Combined Aggregate Deductible Schedule**. |
| Option 3 ☐ | As respects each Deductible Amount, you will reimburse us for all "allocated loss adjustment expense", even if there is no payment for other than "allocated loss adjustment expense". "Allocated loss adjustment expense" reimbursements will not contribute toward either your Deductible Amount as shown in the **Deductible Schedule** or your Combined Aggregate Deductible Amount as shown in the **Combined Aggregate Deductible Schedule**. |

If no option is selected, Option 3 will apply.

**A. How the Deductible Amount Applies**

In consideration of the deductible credit applied to your policy premium, you agree to reimburse us for the Deductible Amounts shown in the **Deductible Schedule** and for "allocated loss adjustment expense" incurred based on the **Allocated Loss Adjustment Expense Selection Schedule**. The Deductible Amounts apply separately, as follows:

1. The Deductible Amount for Workers Compensation Bodily Injury By Accident is the most you must reimburse us for benefits required of you by the Workers Compensation law(s) because of bodily injury to one or more employees as the result of any one accident. Benefits required of you by the Workers Compensation law(s) include benefits payable under Part Three — Other States Insurance or under any endorsement to this policy.

2. The Deductible Amount for Workers Compensation Bodily Injury By Disease is the most you must reimburse us for benefits required of you by the Workers Compensation law(s) because of bodily injury by one or more diseases to any one employee. Benefits required of you by the Workers Compensation law(s) include benefits payable under Part Three — Other States Insurance or under any endorsement to this policy. Bodily injury by disease does not include disease that results directly from a bodily injury by accident.

3. The Deductible Amount for Employers Liability Bodily Injury By Accident is the most you must reimburse us for damages covered under Employers Liability Insurance because of bodily injury to one or more employees as the result of any one accident. Damages covered under Employers Liability Insurance include all sums covered under Part Two — Employers Liability Insurance or under any endorsement to this policy.

WC 99 06 16 (12/07)
Page 2 of 5

Portions copyrighted © 2007 National Council on Compensation Insurance, Inc. Used with Permission.

Z0000625

4. The Deductible Amount for Employers Liability Bodily Injury By Disease is the most you must reimburse us for damages covered under Employers Liability Insurance because of bodily injury by one or more diseases to any one employee. Damages covered under Employers Liability Insurance include all sums covered under Part Two — Employers Liability Insurance or under any endorsement to this policy. Bodily injury by disease does not include disease that results directly from a bodily injury by accident.

**B.   Large Deductible Provisions**

1. The Deductible Amounts shown in the **Deductible Schedule** apply separately to Workers Compensation and to Employers Liability. If more than one Deductible Amount applies, you will be responsible for both applicable Deductible Amounts.

2. Your obligation to pay the Deductible Amounts shown on this policy is not fulfilled by:

    a.   The payment of a Deductible Amount under any other policy; or

    b.   Any payment made by us or another insurance company;

    even if 2.a. or 2.b. above applies to the same accident or employee as the Deductible Amount due under this policy.

3. If more than one policy issued by us applies to sums payable for the same accident or employee, the Deductible Amounts apply separately to each policy that we issue to which this endorsement or a similar Large Deductible Endorsement applies. Deductible Amounts also apply separately to each annual policy period and any remaining period of less than 12 months.

**C.   Aggregate Deductible Amount**

1. The Aggregate Deductible Amount shown in the **Deductible Schedule** is the most you must reimburse us for the sum of:

    a.   all applicable Deductible Amounts as shown in the **Deductible Schedule**; and

    b.   all applicable "allocated loss adjustment expense" in accordance with the **Allocated Loss Adjustment Expense Selection Schedule**, above.

    This single Aggregate Deductible Amount applies to the entire policy period and to any remaining extension period.

2. If an Aggregate Deductible Amount is shown in the **Deductible Schedule** and is designated as adjustable, the final Aggregate Deductible Amount will be determined at the end of the policy period by an audit of your records, and will be based upon the Rate shown in the **Deductible Schedule** multiplied by the final audited Exposure. The amount shown in the **Deductible Schedule** as the Aggregate Deductible Amount is an estimated amount, and is based on an estimate of what the audit of your records will develop.

    In no event will the final audited Aggregate Deductible Amount be less than the Aggregate Deductible Amount shown in the **Deductible Schedule**, unless a Minimum Aggregate Deductible Amount is shown in the **Deductible Schedule**. If a Minimum Aggregate Deductible Amount is shown, the final audited Aggregate Deductible Amount will not be less than the Minimum Aggregate Deductible Amount.

3. If an Aggregate Deductible Amount is shown in the **Deductible Schedule** and is designated as Flat, the Aggregate Deductible Amount will not be adjusted. In no event will the Flat Aggregate Deductible Amount be less than or more than the Aggregate Deductible Amount shown in the **Deductible Schedule**.

4. If no Aggregate Deductible Amount is stated in the **Deductible Schedule**, then your obligation to reimburse us for the sum of all applicable Deductible Amounts as shown in the **Deductible Schedule** and all applicable "allocated loss adjustment expense" in accordance with the **Allocated Loss Adjustment Expense Selection Schedule** above, is unlimited.

**D.   Allocated Loss Adjustment Expense Reimbursement**

In accordance with the **Allocated Loss Adjustment Expense Selection Schedule**:

1. If Option 1 is selected, "allocated loss adjustment expense" reimbursements made by you contribute to your Deductible Amount and Aggregate Deductible Amount.

Portions copyrighted © 2007 National Council on Compensation Insurance, Inc. Used with Permission.

Z0000626

2.  If Option 2 or Option 3 is selected, then you will reimburse us for all or pro-rata "allocated loss adjustment expense", as may apply in accordance with the **Allocated Loss Adjustment Expense Selection Schedule** above, even if the Deductible Amount, or the Aggregate Deductible Amount if applicable, is exceeded.

**E.  Application of Amounts Reimbursable by You**

1.  You will reimburse us for "allocated loss adjustment expense" according to the option selected in the **Allocated Loss Adjustment Expense Selection Schedule**.

2.  Upon settlement or final adjudication of a claim, we will apply the amounts reimbursable by you to the Deductible Amount as follows:

   a.  Sums other than those attributable to "allocated loss adjustment expense"; then

   b.  "Allocated loss adjustment expense" already reimbursed by you; then

   c.  "Allocated loss adjustment expense" yet to be reimbursed by you, if applicable.

**F.  Effect of Deductible Amount on Limits of Insurance**

The applicable limits of liability for the coverage part to which a Deductible Amount applies will be reduced only by that portion of the Deductible Amount that is not attributable to "allocated loss adjustment expense".

With respect to limits of liability, this section does not apply to any claim under Part Two - Employers' Liability Insurance for bodily injury to your employees if the bodily injury arises out of and in the course of employment that is subject to and is compensable under the Workers' Compensation Law of New York.

**G.  Conditions**

**1.  Voluntary Payments**

If you voluntarily make any payment, assume any obligation or incur any expense, without our consent, then you do so at your own cost.  Any such voluntary payment, assumed obligation or incurred expense does not contribute towards any applicable Deductible Amounts or Aggregate Deductible Amount under this policy.

**2.  Application of Recovered Amounts**

In addition to our rights of Recovery From Others as provided for in Part One and Part Two of this policy, we have your rights and the rights of persons entitled to the benefits of this insurance to recover sums that are reimbursable under this endorsement.  You will do everything necessary to protect those rights for us and to help us enforce them.

If we recover any payment made under this policy from anyone liable for injury or from any workers compensation funds, the recovered amount will first be applied to any payments made by us for this injury in excess of the Deductible Amount.  The remainder of the recovery, if any, will then be applied to reduce the Deductible Amount reimbursed or reimbursable by you as respects that injury.

**3.  Payment of Amounts Owed Under This Endorsement**

   a.  We will pay any part or all of any Deductible Amounts or "allocated loss adjustment expense" to effect settlement of any claim and, upon notification of the action taken, you will reimburse us for such part of any Deductible Amounts or "allocated loss adjustment expense" as shown on the billing from us. You must pay us for all amounts for which you are responsible under this endorsement and reimburse us for any such amounts that we pay by the due date shown on the billing from us.

   b.  We will remain responsible for the payment of claims covered under this policy without regard to your ability or intention to reimburse us for the Deductible Amounts.

   c.  If you fail to reimburse us for any amounts as required by this endorsement, we may cancel this policy as provided in Part Six (Conditions), Section D. Cancelation or as amended, or in accordance with the provisions of statute.  We will remain responsible for the amount of all claims covered under this policy incurred prior to the effective date of cancellation.  Cancellation of this policy does not relieve you from any deductible obligations reimbursable by you.  We may keep the amount of unearned premium that will reimburse us for the payments we made.  These rights are in addition to other rights we have to be reimbursed.

Portions copyrighted © 2007 National Council on Compensation Insurance, Inc.  Used with Permission.

Z0000627

    d. The insured first named in Item 1 of the Information Page is authorized to and will reimburse us for all amounts due to us under this endorsement with respect to all reimbursable amounts paid by us on behalf of all Insureds.

    e. Each Named Insured is jointly and severally liable for all reimbursements due to us under this endorsement, whether or not that Named Insured is involved in the claim, proceeding or suit causing any such amount to be due to us.

## H. Definitions

1. "Allocated loss adjustment expense" is an expense directly allocable to a specific claim including but not limited to: all supplementary payments; all court costs, fees and expenses; all costs, fees and expenses for or incurred in connection with all attorneys, witnesses, experts, depositions, reported or recorded statements, summonses, service of process, legal transcripts or testimony, copies of any public records; alternative dispute resolution proceedings; interest; investigative services, non-employee adjusters, medical examinations, autopsies, medical cost containment; declaratory judgment, subrogation claims and proceedings, and any other fees, costs or expenses reasonably chargeable to the investigation, negotiation, settlement or defense of a claim or a loss under this policy.

## I. Other Terms

1. The terms of this insurance apply irrespective of the application of any Deductible Amounts, including those with respect to:

    a. Our right and duty to defend any claim, proceeding or suit against you; and

    b. Your duties if injury occurs.

2. You understand that all claims covered by this policy shall be included in experience data used to determine the experience rating for your policy, regardless of the eligibility of such claims for full or partial reimbursement under the deductible provisions of this policy.

3. You understand that your duties under this endorsement may continue after this policy expires or is cancelled.

Portions copyrighted © 2007 National Council on Compensation Insurance, Inc.  Used with Permission.

Z0000628

**FLORIDA CONTRACTING CLASSIFICATION PREMIUM ADJUSTMENT PROGRAM**
**WORKERS COMPENSATION PREMIUM CREDIT APPLICATION**

```
PETERSEN-DEAN, INC.
7980 ENTERPRISE DR
NEWARK CA 94560-3413
```

**FLORIDA CONTRACTING CLASSIFICATION PREMIUM ADJUSTMENT PROGRAM**
**WORKERS COMPENSATION PREMIUM CREDIT APPLICATION**

The Florida Contracting Classification Premium Adjustment Program is applicable to qualifying employers engaged in contracting operations.

A special premium calculation, which may result in a premium credit for you, will be based on average hourly pay rates for each classification of contracting operations. In order that your premium may be correctly established, please return the completed premium credit application, as set out on the reverse side of this letter, to the:

> National Council on Compensation Insurance, Inc.
> Customer Service Center
> 901 Peninsula Corporate Circle
> Boca Raton, Florida 33487

They will advise us of any premium credit applicable.

**If NCCI does not receive this application during the policy period or within three (3) years after the policy period ends, your premium calculation will not reflect any possible premium credit.**

For each applicable classification (both contracting and non-contracting) covering your company's operations in the state of Florida, report the *total* Florida payroll (excluding overtime premium pay, pay in excess of the maximum individual payroll for executive officers or the pay in excess of payroll amount charged to partners and sole proprietors as shown on the state rate pages, as well as the entire pay for any exempt sole proprietor, partner, or officer) and the corresponding *total* number of hours worked, *for the third calendar quarter (July, August, September) of the prior calendar year as reported to taxing authorities.*

  Note #1.  If you did not engage in contracting operations during the third quarter of the prior calendar year, the requested information to be provided should then be for the last complete calendar quarter prior to the effective date of your workers compensation policy.

  Note #2.  If you are a new business submit the requested information, *for the first complete calendar quarter following the effective date of your workers compensation policy,* when available.

  Note #3.  In the absence of specific records for salaried employees, you should assume that each individual worked forty (40) hours per week.

Please preserve your payroll records that formed the basis for this declaration as we will be required to verify the reported information in order for any premium credit to be applied.

Thank you for your cooperation.

Sincerely,

TURN PAGE OVER FOR PREMIUM CREDIT APPLICATION

Form 09-4C (CCPAP)

© Copyright 2008 National Council on Compensation Insurance, Inc. All Rights Reserved.

Z0000629

**WORKERS COMPENSATION—PREMIUM CREDIT APPLICATION**

**INSURED:** PETERSEN-DEAN, INC.

**POLICY NO.:** WC 9336968-00          **EFFECTIVE DATE:** 04-30-2011

**CARRIER NAME:** AMERICAN ZURICH INSURANCE COMPANY

*Notice:*  Unless code(s), total wages paid, total hours worked, and calendar quarter reported are indicated and application is signed, it cannot be processed. **Contact your agent** if assistance is desired.

**Is this a new business?**      No ☐      Yes ☐

**If no,**      submit information for the **THIRD** calendar quarter (July, August, September) of the prior calendar year as reported to taxing authorities.

**If yes,**      submit information for the **FIRST** complete calendar quarter following the effective date of your workers compensation policy.

The following is based on actual wages and hours worked, as reflected in our payroll records, for the complete calendar quarter ending _____.

"Contracting classifications" are those classifications subject to the following code numbers:

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 0042 | 5040 | 5215 | 5472 | 5535 | 6006F | 6233 | 7538 |
| 0050 | 5057 | 5221 | 5473 | 5537 | 6017 | 6235 | 7605 |
| 2799 | 5059 | 5222 | 5474 | 5551 | 6018 | 6236 | 7855 |
| 1322 | 5069 | 5223 | 5478 | 5606 | 6045 | 6237 | 8227 |
| 3365 | 5102 | 5348 | 5479 | 5610 | 6204 | 6251 | 9534 |
| 3719 | 5146 | 5402 | 5480 | 5613 | 6206 | 6252 | 9554 |
| 3724 | 5160 | 5403 | 5491 | 5645 | 6213 | 6260 | |
| 3726 | 5183 | 5437 | 5506 | 5651 | 6214 | 6306 | |
| 5020 | 5188 | 5443 | 5507 | 5703 | 6216 | 6319 | |
| 5022 | 5190 | 5445 | 5508 | 5705 | 6217 | 6325 | |
| 5037 | 5213 | 5462 | 5509 | 6004 | 6229 | 6400 | |

| CLASSIFICATION | CODE | TOTAL FLORIDA WAGES PAID[1] | TOTAL HOURS WORKED[2] |
|---|---|---|---|
| Example: Electrical Wiring | 5190 | $8,000 | 520.00 |
| Contracting Classifications: | | | |
| | | | |
| | | | |
| | | | |
| Non-Contracting Classifications: | | | |
| | | | |
| | | | |

[1] These figures are to exclude overtime premium pay (e.g., employee makes $16/hour and is paid time and one-half, only report the payroll based upon the $16/hour), pay in excess of the maximum individual payroll for executive officers or the pay in excess of payroll amount charged to partners and sole proprietors as shown on the state rate pages, and as well as the entire pay for any exempt sole proprietor, partner, or officer. For each classification code, combine all wages for that code in a single entry. Employee names are not required.

[2] Including overtime hours.

Any person who knowingly, and with intent to injure, defraud, or deceive any insurer, files a statement or claim or an application containing any false, incomplete, or misleading information, is guilty of a felony of the third degree.

**SIGNATURE:** _____      **POSITION:** _____      **DATE:** _____

Form 09-4C (CCPAP)

© Copyright 2008 National Council on Compensation Insurance, Inc. All Rights Reserved.

Z0000630



# Important Notice to Florida Policyholders

In the event you need to contact someone about this policy, for any reason, please contact your agent. If you have additional questions, you may contact the Zurich U.S. office at the following address and telephone number:

> Customer Inquiry Center
> Zurich North America
> 1400 American Lane
> Schaumburg, IL 60196
> 800-382-2150

If you have been unable to contact or obtain satisfaction from your agent or company, you may contact the Florida Office of Insurance Regulation at:

> Office of Insurance Regulation
> 200 East Gaines Street
> Tallahassee, Florida 32399
> 850-413-3140

ATTACH THIS NOTICE TO YOUR POLICY:
This notice is for information only and does not become a part or condition of the attached document.

Z0000631



# Important Notice
# California Loss Control Consultation Services

California law (Labor Code Section 6354.5) requires workers' compensation insurers to maintain and provide occupational safety and health loss control consultation services to insured policyholder places of employment that may pose hazards. We are committed to helping California employers provide safe and health workplaces for their employees through loss control services appropriate to their individual businesses. This notice is provided to you as a *Zurich* policyholder and describes our loss control consultation services, which are available upon request **at no additional charge.**

- ♦ Evaluation of the employer's loss control needs.
- ♦ Assistance in evaluating illness and injury experience.
- ♦ Health and safety surveys.
- ♦ Assistance with evaluating, obtaining, and maintaining personal protective equipment.
- ♦ Assistance in evaluating safety management practices.
- ♦ Assistance in evaluating first aid procedures.
- ♦ Assistance in identifying health and safety training needs and resources.
- ♦ A written report and offer of follow-up services.
- ♦ Evaluation of the adequacy of Section 3203 IIPP.

To request loss control consultation services visit **www.zurichservices.com**, or please provide the information requested below and return this Notice to:

**Zurich Services Corporation**
Risk Engineering
1400 American Lane
Schaumburg, IL 60196-1056
1-800-982-5964

---

I request Loss Control consultation services for my California Location(s):

Insured's name: _____

Contact's name: _____

Address: _____

City: _____  State: _____  Zip code: _____

Telephone number: _____  Policy Number: _____

_____

Workers' Compensation insurance policyholders may direct questions or complaints about the insurer's loss control consultation services by contacting:

State of California
Department of Industrial Relations
Loss Control Services Coordinator
The Commission on Health
Safety & Workers Compensation
1515 Clay Street, Room 901
Oakland, CA  94612
(510) 622-3959

Z0000632

**NOTICE TO EMPLOYER**:  If you have a Drug-Free Workplace Program established and maintained in accordance with Florida law, and you would like to apply for the 5% premium credit that is available, please complete this form and forward it to your insurer. Re-certification is required annually.

### APPLICATION FOR DRUG-FREE WORKPLACE PREMIUM CREDIT PROGRAM

Name of Employer:  _____

Date Program Implemented:  _____

**Testing:**

Procedures for drug testing have been established and/or drug testing has been conducted in the following areas:

- ☐ Job applicant
- ☐ Reasonable suspicion
- ☐ Routine fitness for duty
- ☐ Follow-up testing to Employee Assistance Program

**Notice of Employer's Drug Testing Policy:**

- ☐ Copy to all employees prior to testing
- ☐ Posted on employer's premises
- ☐ Copy to job applicants prior to testing
- ☐ General notice given 60 days prior to testing
- ☐ Show notice of drug testing on vacancy announcements
- ☐ Copies available in personnel office or other suitable locations
- ☐ No notice required because the employer had a drug testing program in place prior to July 1, 1990

**Education:**

- ☐ Resource file on providers
- ☐ Employee Assistance Program
- ☐ Education

Name of Medical Review Officer:  _____

A.  Name of approved Agency for Health Care Administration Lab or United States Department of Health and Human Services Certified Laboratory:  _____

B.  Phone No.: (          )  _____

C.  Address:  _____

Your certification is subject to physical verification by the insurer. Your policy is subject to additional premium for reimbursement of premium credit, and cancellation provisions of the policy if it is determined that you misrepresented your compliance with Florida law. Any person who knowingly and with intent to injure, defraud, or deceive any insurer files a statement of claim or an application containing any false, incomplete, or misleading information is guilty of a felony of the third degree.

| _____ | _____ | _____ |
|---|---|---|
| Employer Name | Date | Officer / Owner Signature* |

_____
Title

\* Application must be signed by an officer or owner.

THE ABOVE SIGNED CERTIFIES THAT THIS INFORMATION IS A TRUE AND FACTUAL DEPICTION OF THEIR CURRENT PROGRAM.

| _____ | _____ | _____ |
|---|---|---|
| Notary Public's Signature | Date | Expiration of Commission |

Copyright, 2004 National Council on Compensation Insurance, Inc.

**UNIFORM WC 8093C (7-04)**

Z0000633



THE COMPANIES OF ZURICH NORTH AMERICA ARE REQUIRED BY LAW TO PROVIDE ITS POLICYHOLDERS WITH CERTAIN ACCIDENT PREVENTION SERVICES AS REQUIRED BY SECTION 411.066 OF THE TEXAS LABOR CODE AT NO ADDITIONAL CHARGE AND RETURN-TO-WORK COORDINATION SERVICES AS REQUIRED BY TEXAS LABOR CODE 413.021.

IF YOU WOULD LIKE MORE INFORMATION CALL OUR RISK ENGINEERING DIVISION AT 1-800-982-5964, OR VISIT www.zurichservices.com   IF YOU HAVE ANY QUESTIONS ABOUT THIS REQUIREMENT, CALL TEXAS DEPARTMENT OF INSURANCE, DIVISION OF WORKERS' COMPENSATION AT 1-800-452-9595.

Z0000634

# DIVIDER

# PAGE

```
Producer No:   09377000         SAN:          WC910319000000
Pol Eff Dt:    04-30-2011       Office:       KGCM

Date Printed: 06-22-2011
Time Printed: 10:15:13

Trans Eff Dt: 04-30-2011
Insured Name: PETERSEN-DEAN, INC.
Policy No:    WC933696800
Trans Seq No: 002
Trans Type:   Change Endorsement
Oper Init:    USZSCP2
Company Abbr: ZA
Release Version: 1.80.0.0

User-Selected Sets    Copies Printer
INSURED-FULL POLICY W 01     SACRAMENTO CENTRAL PRINT - OMAHA
AGENT-FULL POLICY W/O 01     SACRAMENTO CENTRAL PRINT - OMAHA
BRANCH-FULL POLICY W/ 01     SACRAMENTO CENTRAL PRINT - OMAHA
ZDW                   01     Don't print
```

Z0000635

LOCKTON COMPANIES LLC
725 S FIGUEROA ST FL 35
LOS ANGELES, CA 90017-5524

Z0000636

# POLICYWRITING INDEX

INSURANCE FOR THIS COVERAGE PART PROVIDED BY:
AMERICAN ZURICH INSURANCE COMPANY

COMPANY CODE: 02

| ACCOUNT NUMBER | POLICY NUMBER | PREVIOUS POLICY NUMBER | EFFECTIVE DATE - EXPIRATION DATE |
|---|---|---|---|
| 9336968000 | WC 9336968-00 | NEW | 04-30-2011     04-30-2012 |

NAMED INSURED PETERSEN-DEAN, INC.

| MISCELLANEOUS INFORMATION | | TRANSACTION INFORMATION | |
|---|---|---|---|
| PAYMENT PLAN | MONTHLY | TRANS. TYPE | ENDORSEMENT |
| OPERATOR I.D. | USZSCP2 | TRANS. SEQ. # | 002 |
| UNDERWRITER I.D. | USZMMB4 | DATE PROCESSED | 06-22-11 |
| COUNTERSIGNATURE | N | TRANS. DATE | 04-30-11 |
| COMPULSORY AUTO | | ENDORSEMENT # | 001 |
| WORK. COMP. FEDERAL I.D. # 77-0051446 | | CANC/REIN REASON | |
| AUDIT INDICATOR | A | | |
| UPC CODE | 0000 | | |
| | | | |
| SIC CODE | 1761 | | |
| ROOFING, SHEET METAL WORK | | | |

LINE OF BUSINESS/ COMMISSIONS:

| LINE OF BUSINESS | COMMISSION % |
|---|---|
| WORKERS' COMPENSATION | VRS |

FULL ANNUAL PREMIUM     $    700,084.00
BILLED PREMIUM     NO CHARGE

| NAMED INSURED MAILING ADDRESS | PRODUCER INFORMATION          CODE 09377-000 |
|---|---|
| PETERSEN-DEAN, INC. | LOCKTON COMPANIES LLC |
| | 725 S FIGUEROA ST FL 35 |
| 7980 ENTERPRISE DR | |
| NEWARK                    CA   94560-3413 | LOS ANGELES                    CA   90017-5524 |

ASSEMBLY INFORMATION

STAMPS/ STICKERS

MAILING INSTRUCTIONS

Z0000637

# POLICYWRITING INDEX

| ACCOUNT NUMBER | POLICY NUMBER | PREVIOUS POLICY NUMBER | EFFECTIVE DATE - EXPIRATION DATE |
|---|---|---|---|
| 9336968000 | WC 9336968-00 | NEW | 04-30-2011        04-30-2012 |

## COMPUTER PRODUCED FORMS

U-WC-317-A                    07-94 WORKERS COMPENSATION CHANGE ENDORSEMENT

Z0000638

**WORKERS COMPENSATION CHANGE ENDORSEMENT**

Insurance for this coverage part provided by:        Policy Number:**WC 9336968-00**
**AMERICAN ZURICH INSURANCE COMPANY**

NCCI Company No.17965

| NAMED INSURED | ENDORSEMENT EFFECTIVE DATE | POLICY NUMBER |
|---|---|---|
| PETERSEN-DEAN, INC. | 04-30-11 | WC 9336968-00 |
| **POLICY TERM:** 04-30-2011 **TO** 04-30-2012 | ENDORSEMENT NUMBER 001 | |

<table>
<tr><td align="center"><strong>Change Description</strong></td></tr>
<tr><td>

AMENDING THE NUMBER OF EMPLOYEES PER STATE AS FOLLOWS:

CA - 637
NV - 64
AZ - 71
TX - 72
FL - 252
TOTAL - 1,096

</td></tr>
</table>

**PREMIUM CHANGE**

PRO-RATA FACTOR

| | | | |
|---|---|---|---|
| Additional Coverage Premium | _____ | Return Coverage Premium | _____ |
| Additional Taxes & Surcharges | _____ | Return Taxes & Surcharges | _____ |
| Total Additional Premium | _____ | Total Return Premium | _____ |

Countersigned:  Date_____  By_____

U-WC-317-A (07-94)

Z0000639