# DIVIDER

# PAGE

| | | | |
|---|---|---|---|
| Producer No: | 09377000 | SAN: | WC910319000000 |
| Pol Eff Dt: | 04-30-2011 | Office: | KGCM |

Date Printed: 08-24-2011
Time Printed: 14:29:41

Trans Eff Dt: 04-30-2011
Insured Name: PETERSEN-DEAN, INC.
Policy No:    WC933696800
Trans Seq No: 003
Trans Type:   Change Endorsement
Oper Init:    USZSCP2
Company Abbr: ZA
Release Version: 1.85.5.0  Service Pack 85

| User-Selected Sets | Copies | Printer |
|---|---|---|
| INSURED-FULL POLICY W | 01 | PDF ONLY |
| AGENT-FULL POLICY W/O | 01 | PDF ONLY |
| ZDW | 01 | Don't print |

Z0000640

LOCKTON INSURANCE BROKERS LLC
725 S FIGUEROA ST FL 35
LOS ANGELES, CA 90017-5524

Z0000641

# POLICYWRITING INDEX

INSURANCE FOR THIS COVERAGE PART PROVIDED BY:
AMERICAN ZURICH INSURANCE COMPANY

COMPANY CODE: 02

| ACCOUNT NUMBER | POLICY NUMBER | PREVIOUS POLICY NUMBER | EFFECTIVE DATE - EXPIRATION DATE |
|---|---|---|---|
| 9336968000 | WC 9336968-00 | NEW | 04-30-2011      04-30-2012 |

NAMED INSURED PETERSEN-DEAN, INC.

| MISCELLANEOUS INFORMATION | | TRANSACTION INFORMATION | |
|---|---|---|---|
| PAYMENT PLAN | MONTHLY | TRANS. TYPE | ENDORSEMENT |
| OPERATOR I.D. | USZSCP2 | TRANS. SEQ. # | 003 |
| UNDERWRITER I.D. | USZMMB4 | DATE PROCESSED | 08-24-11 |
| COUNTERSIGNATURE | N | TRANS. DATE | 04-30-11 |
| COMPULSORY AUTO | | ENDORSEMENT # | 002 |
| WORK. COMP. FEDERAL I.D. # 77-0051446 | | CANC/REIN REASON | |
| AUDIT INDICATOR | A | | |
| UPC CODE | 0000 | | |
| SIC CODE | 1761 | | |
| ROOFING, SHEET METAL WORK | | | |

LINE OF BUSINESS/ COMMISSIONS:

| LINE OF BUSINESS | COMMISSION % |
|---|---|
| WORKERS' COMPENSATION | VRS |

FULL ANNUAL PREMIUM   $   700,084.00
BILLED PREMIUM   NO CHARGE

| NAMED INSURED MAILING ADDRESS | PRODUCER INFORMATION          CODE 09377-000 |
|---|---|
| PETERSEN-DEAN, INC. | LOCKTON INSURANCE BROKERS LLC |
| | 725 S FIGUEROA ST FL 35 |
| 7980 ENTERPRISE DR | |
| NEWARK               CA  94560-3413 | LOS ANGELES               CA  90017-5524 |

ASSEMBLY INFORMATION

STAMPS/ STICKERS

MAILING INSTRUCTIONS

Z0000642

# POLICYWRITING INDEX

| ACCOUNT NUMBER<br>9336968000 | POLICY NUMBER<br>WC 9336968-00 | PREVIOUS POLICY NUMBER<br>NEW | EFFECTIVE DATE - EXPIRATION DATE<br>04-30-2011      04-30-2012 |
|---|---|---|---|

### COMPUTER PRODUCED FORMS

U-WC-317-A                07-94 WORKERS COMPENSATION CHANGE ENDORSEMENT
U-WC-178-C                08-93 BROAD FORM NAMED INSURED ENDORSEMENT

Z0000643

**WORKERS COMPENSATION CHANGE ENDORSEMENT**

Insurance for this coverage part provided by:                                    Policy Number: **WC 9336968-00**
**AMERICAN ZURICH INSURANCE COMPANY**

NCCI Company No. 17965

| NAMED INSURED | ENDORSEMENT EFFECTIVE DATE | POLICY NUMBER |
|---|---|---|
| PETERSEN-DEAN, INC. | 04-30-11 | WC 9336968-00 |
| **POLICY TERM:** 04-30-2011 **TO** 04-30-2012 | ENDORSEMENT NUMBER 002 | |

| Change Description |
|---|
| PRODUCER NAME HAS BEEN AMENDED TO LOCKTON INSURANCE BROKERS LLC.<br><br>THE FOLLOWING FORM(S) HAS BEEN ADDED:<br>MAN-CA001     08-93     BROAD FORM NAMED INSURED ENDORSEMENT |

| PREMIUM CHANGE |
|---|

PRO-RATA FACTOR

| | | | |
|---|---|---|---|
| Additional Coverage Premium | NO CHARGE | Return Coverage Premium | NO CHARGE |
| Additional Taxes & Surcharges | | Return Taxes & Surcharges | |
| Total Additional Premium | | Total Return Premium | |

Countersigned: Date_____  By_____

U-WC-317-A (07-94)

Z0000644

**ENDORSEMENT**

This endorsement is issued by the company named on the Information Page.  It forms a part of the policy as of the effective date, at the hour stated on the Information Page.

This endorsement changes the insurance as is afforded by the policy relating to the following:

---

BROAD FORM NAMED INSURED ENDORSEMENT

THE EMPLOYER NAMED IN ITEM 1 OF THE INFORMATION PAGE INCLUDES ANY CORPORATION, SUBSIDIARY, FIRM, ORGANIZATION, PARTNERSHIP OR ANY OTHER ENTITY AS EXISTED, AS NOW EXISTS, OR MAY HEREAFTER BE CONTROLLED, FORMED OR ACQUIRED WHERE THE EMPLOYER NAMED IN ITEM 1 OF THE INFORMATION PAGE HAS OWNERSHIP AND/OR MANAGEMENT CONTROL FOR PROVIDING INSURANCE.

THIS ENDORSEMENT DOES NOT APPLY TO BODILY INJURY BY ACCIDENT OR BODILY INJURY BY DISEASE:

A.  IF AN INSURED UNDER THIS POLICY IS ALSO AN INSURED UNDER ANOTHER POLICY OR WOULD BE AN INSURED UNDER SUCH POLICY BUT FOR ITS TERMINATION OR UPON THE EXHAUSTION OF ITS LIMITS OF INSURANCE; OR

B.  THAT RESULTS FROM AN ACCIDENT OR DISEASE THAT OCCURRED BEFORE YOU ACQUIRED OR FORMED THE ORGANIZATION.

---

U-WC-178-C (8/93)

Z0000645

# D I V I D E R

# P A G E

```
Producer No:   09377000          SAN:          WC910319000000
Pol Eff Dt:    04-30-2011        Office:       KGCM

Date Printed: 09-29-2011
Time Printed: 14:56:22

Trans Eff Dt: 04-30-2011
Insured Name: PETERSEN-DEAN, INC.
Policy No:    WC933696800
Trans Seq No: 004
Trans Type:   Change Endorsement
Oper Init:    USZSCP2
Company Abbr: ZA
Release Version: 1.87.4.0  Service Pack 87

User-Selected Sets   Copies Printer
ZDW                  01    Don't print
```

Z0000646

LOCKTON INSURANCE BROKERS LLC
725 S FIGUEROA ST FL 35
LOS ANGELES, CA 90017-5524

Z0000647

# POLICYWRITING INDEX

INSURANCE FOR THIS COVERAGE PART PROVIDED BY:
**AMERICAN ZURICH INSURANCE COMPANY**

COMPANY CODE: 02

| ACCOUNT NUMBER | POLICY NUMBER | PREVIOUS POLICY NUMBER | EFFECTIVE DATE - EXPIRATION DATE |
|---|---|---|---|
| 9336968000 | WC 9336968-00 | NEW | 04-30-2011      04-30-2012 |

NAMED INSURED  **PETERSEN-DEAN, INC.**

| MISCELLANEOUS INFORMATION | | TRANSACTION INFORMATION | |
|---|---|---|---|
| PAYMENT PLAN | **MONTHLY** | TRANS. TYPE | **ENDORSEMENT** |
| OPERATOR I.D. | **USZSCP2** | TRANS. SEQ. # | **004** |
| UNDERWRITER I.D. | **USZMMB4** | DATE PROCESSED | **09-29-11** |
| COUNTERSIGNATURE | **N** | TRANS. DATE | **04-30-11** |
| COMPULSORY AUTO | | ENDORSEMENT # | **003** |
| WORK. COMP. FEDERAL I.D. # **77-0051446** | | CANC/REIN REASON | |
| AUDIT INDICATOR | **A** | | |
| UPC CODE | **0000** | | |
| SIC CODE | **1761** | | |
| **ROOFING, SHEET METAL WORK** | | | |

LINE OF BUSINESS/ COMMISSIONS:

| LINE OF BUSINESS | COMMISSION % |
|---|---|
| WORKERS' COMPENSATION | VRS |

FULL ANNUAL PREMIUM   $   700,084.00
BILLED PREMIUM   **NO CHARGE**

| NAMED INSURED MAILING ADDRESS | PRODUCER INFORMATION          CODE 09377-000 |
|---|---|
| PETERSEN-DEAN, INC. | LOCKTON INSURANCE BROKERS LLC |
| | 725 S FIGUEROA ST FL 35 |
| 7980 ENTERPRISE DR | |
| NEWARK                    CA   94560-3413 | LOS ANGELES                    CA   90017-5524 |

ASSEMBLY INFORMATION

STAMPS/ STICKERS

MAILING INSTRUCTIONS

Z0000648

# POLICYWRITING INDEX

| ACCOUNT NUMBER<br>9336968000 | POLICY NUMBER<br>WC 9336968-00 | PREVIOUS POLICY NUMBER<br>NEW | EFFECTIVE DATE - EXPIRATION DATE<br>04-30-2011        04-30-2012 |
|---|---|---|---|

## COMPUTER PRODUCED FORMS

U-WC-317-A                    07-94 WORKERS COMPENSATION CHANGE ENDORSEMENT

Z0000649

**WORKERS COMPENSATION CHANGE ENDORSEMENT**

Insurance for this coverage part provided by:

**AMERICAN ZURICH INSURANCE COMPANY**

Policy Number **WC 9336968-00**

NCCI Company No. 17965

| NAMED INSURED | ENDORSEMENT EFFECTIVE DATE | POLICY NUMBER |
|---|---|---|
| PETERSEN-DEAN, INC. | 04-30-11 | WC 9336968-00 |
| POLICY TERM: 04-30-2011 TO 04-30-2012 | ENDORSEMENT NUMBER 003 | |

| Change Description |
|---|

```
THE FOLLOWING LOCATION OF OPERATION ADDRESS HAS BEEN ADDED:
LOC NO  6  NAME:  PETERSEN-DEAN, INC.
ADDRESS:  1011 FAIRFIELD DR
          WEST PALM BEACH,      FL  33407
FEIN:     650762571 U / I:
```

| PREMIUM CHANGE |
|---|

PRO-RATA FACTOR

| | | | |
|---|---|---|---|
| Additional Coverage Premium | NO CHARGE | Return Coverage Premium | NO CHARGE |
| Additional Taxes & Surcharges | | Return Taxes & Surcharges | |
| Total Additional Premium | | Total Return Premium | |

Countersigned: Date_____ By_____

U-WC-317-A (07-94)

Z0000650

# DIVIDER

# PAGE

```
Producer No:   09377000          SAN:          WC910319000000
Pol Eff Dt:    04-30-2011        Office:       KGCM

Date Printed: 10-12-2011
Time Printed: 10:02:34

Trans Eff Dt: 04-30-2011
Insured Name: PETERSEN-DEAN, INC.
Policy No:    WC933696800
Trans Seq No: 005
Trans Type:   Change Endorsement
Oper Init:    USZSCP2
Company Abbr: ZA
Release Version: 1.87.4.0  Service Pack 87

User-Selected Sets   Copies Printer
INSURED-FULL POLICY W 01      PDF ONLY
AGENT-FULL POLICY W/O 01      PDF ONLY
ZDW                  01      Don't print
```

Z0000651

LOCKTON INSURANCE BROKERS LLC
725 S FIGUEROA ST FL 35
LOS ANGELES, CA 90017-5524

Z0000652

# POLICYWRITING INDEX

INSURANCE FOR THIS COVERAGE PART PROVIDED BY:
**AMERICAN ZURICH INSURANCE COMPANY**

COMPANY CODE: 02

| ACCOUNT NUMBER | POLICY NUMBER | PREVIOUS POLICY NUMBER | EFFECTIVE DATE - EXPIRATION DATE |
|---|---|---|---|
| 9336968000 | WC 9336968-00 | NEW | 04-30-2011      04-30-2012 |

NAMED INSURED **PETERSEN-DEAN, INC.**

| MISCELLANEOUS INFORMATION | | TRANSACTION INFORMATION | |
|---|---|---|---|
| PAYMENT PLAN | **MONTHLY** | TRANS. TYPE | **ENDORSEMENT** |
| OPERATOR I.D. | **USZSCP2** | TRANS. SEQ. # | **005** |
| UNDERWRITER I.D. | **USZMMB4** | DATE PROCESSED | **10-12-11** |
| COUNTERSIGNATURE | **N** | TRANS. DATE | **04-30-11** |
| COMPULSORY AUTO | | ENDORSEMENT # | **004** |
| WORK. COMP. FEDERAL I.D. # **77-0051446** | | CANC/REIN REASON | |
| AUDIT INDICATOR | **A** | | |
| UPC CODE | **0000** | | |
| | | | |
| SIC CODE | **1761** | | |
| **ROOFING, SHEET METAL WORK** | | | |

LINE OF BUSINESS/ COMMISSIONS:

LINE OF BUSINESS                              COMMISSION %

**WORKERS' COMPENSATION**                           **VRS**

FULL ANNUAL PREMIUM   **$   700,084.00**
BILLED PREMIUM   **NO CHARGE**

| NAMED INSURED MAILING ADDRESS | PRODUCER INFORMATION               CODE 09377-000 |
|---|---|
| PETERSEN-DEAN, INC. | LOCKTON INSURANCE BROKERS LLC |
| | 725 S FIGUEROA ST FL 35 |
| 7980 ENTERPRISE DR | |
| NEWARK                CA   94560-3413 | LOS ANGELES                CA   90017-5524 |

ASSEMBLY INFORMATION

STAMPS/ STICKERS

MAILING INSTRUCTIONS

Z0000653

# POLICYWRITING INDEX

| ACCOUNT NUMBER | POLICY NUMBER | PREVIOUS POLICY NUMBER | EFFECTIVE DATE - EXPIRATION DATE |
|---|---|---|---|
| 9336968000 | WC 9336968-00 | NEW | 04-30-2011      04-30-2012 |

### COMPUTER PRODUCED FORMS

U-WC-317-A            07-94 WORKERS COMPENSATION CHANGE ENDORSEMENT
WC 00 03 02          04-84 DESIGNATED WORKPLACES EXCLUSION ENDT

Z0000654

**WORKERS COMPENSATION CHANGE ENDORSEMENT**

Insurance for this coverage part provided by:

Policy Number **WC 9336968-00**

**AMERICAN ZURICH INSURANCE COMPANY**

NCCI Company No. 17965

| NAMED INSURED | ENDORSEMENT EFFECTIVE DATE | POLICY NUMBER |
|---|---|---|
| PETERSEN-DEAN, INC. | 04-30-11 | WC 9336968-00 |
| **POLICY TERM:** 04-30-2011 **TO** 04-30-2012 | ENDORSEMENT NUMBER 004 | |

**Change Description**

THE FOLLOWING FORM(S) HAS BEEN AMENDED:
WC 00 03 02    04-84    DESIGNATED WORKPLACES EXCLUSION ENDT

**PREMIUM CHANGE**

PRO-RATA FACTOR

| | | | |
|---|---|---|---|
| Additional Coverage Premium | NO CHARGE | Return Coverage Premium | NO CHARGE |
| Additional Taxes & Surcharges | | Return Taxes & Surcharges | |
| Total Additional Premium | | Total Return Premium | |

Countersigned: Date_____ By_____

U-WC-317-A (07-94)

Z0000655

**WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY**

**WC 00 03 02**

(Ed. 4-84)

---

### DESIGNATED WORKPLACES EXCLUSION ENDORSEMENT

The policy does not cover work conducted at or from

"THIS POLICY DOES NOT COVER WORK CONDUCTED AT OR FROM ANY JOB SITE
WHERE A NAMED INSURED IS COVERED FOR WORKER'S COMPENSATION INSURANCE
UNDER A SEPARATE WRAP-UP INSURANCE PROGRAM"

This endorsement changes the policy to which it is attached and is effective on the date issued unless otherwise stated.
**(The information below is required only when this endorsement is issued subsequent to preparation of the policy.)**

Endorsement Effective                          Policy No.                          Endorsement No.

Insured                                                                            Premium $

Insurance Company                                          Countersigned By  _____

**WC 00 03 02**

(Ed. 4-84)

**Copyright 1983 National Council on Compensation Insurance.**

**Z0000656**

# D I V I D E R

# P A G E

```
Producer No:   09377000          SAN:            WC910319000000
Pol Eff Dt:    04-30-2011        Office:         KGCM

Date Printed: 10-28-2011
Time Printed: 11:22:47

Trans Eff Dt: 04-30-2011
Insured Name: PETERSEN-DEAN, INC.
Policy No:    WC933696800
Trans Seq No: 006
Trans Type:   Change Endorsement
Oper Init:    USZSCP2
Company Abbr: ZA
Release Version: 1.89.3.0  Service Pack 89

User-Selected Sets    Copies Printer
INSURED-FULL POLICY W 01      PDF ONLY
AGENT-FULL POLICY W/O 01      PDF ONLY
ZDW                   01      Don't print
```

Z0000657

LOCKTON INSURANCE BROKERS LLC
725 S FIGUEROA ST FL 35
LOS ANGELES, CA 90017-5524

Z0000658

# POLICYWRITING INDEX

INSURANCE FOR THIS COVERAGE PART PROVIDED BY:
**AMERICAN ZURICH INSURANCE COMPANY**

COMPANY CODE: 02

| ACCOUNT NUMBER<br>9336968000 | POLICY NUMBER<br>WC 9336968-00 | PREVIOUS POLICY NUMBER<br>NEW | EFFECTIVE DATE - EXPIRATION DATE<br>04-30-2011        04-30-2012 |
|---|---|---|---|

NAMED INSURED **PETERSEN-DEAN, INC.**

| MISCELLANEOUS INFORMATION | TRANSACTION INFORMATION |
|---|---|
| PAYMENT PLAN                **MONTHLY**<br>OPERATOR I.D.               **USZSCP2**<br>UNDERWRITER I.D.           **USZMMB4**<br>COUNTERSIGNATURE      **N**<br>COMPULSORY AUTO<br>WORK. COMP. FEDERAL I.D. # **77-0051446**<br>AUDIT INDICATOR           **A**<br>UPC CODE                       **0000**<br><br>SIC CODE                        **1761**<br>          **ROOFING, SHEET METAL WORK** | TRANS. TYPE        **ENDORSEMENT**<br>TRANS. SEQ. #      **006**<br>DATE PROCESSED  **10-28-11**<br>TRANS. DATE         **04-30-11**<br>ENDORSEMENT #   **005**<br>CANC/REIN REASON |

LINE OF BUSINESS/ COMMISSIONS:

| LINE OF BUSINESS | COMMISSION % |
|---|---|
| WORKERS' COMPENSATION | VRS |

FULL ANNUAL PREMIUM   $   700,084.00
BILLED PREMIUM   **NO CHARGE**

| NAMED INSURED MAILING ADDRESS<br>PETERSEN-DEAN, INC.<br><br>7980 ENTERPRISE DR<br>NEWARK                            CA   94560-3413 | PRODUCER INFORMATION                    CODE 09377-000<br>LOCKTON INSURANCE BROKERS LLC<br>725 S FIGUEROA ST FL 35<br><br>LOS ANGELES                        CA   90017-5524 |
|---|---|

ASSEMBLY INFORMATION

STAMPS/ STICKERS

MAILING INSTRUCTIONS

Z0000659

# POLICYWRITING INDEX

| ACCOUNT NUMBER | POLICY NUMBER | PREVIOUS POLICY NUMBER | EFFECTIVE DATE - EXPIRATION DATE |
|---|---|---|---|
| 9336968000 | WC 9336968-00 | NEW | 04-30-2011          04-30-2012 |

## COMPUTER PRODUCED FORMS

U-WC-317-A                 07-94 WORKERS COMPENSATION CHANGE ENDORSEMENT

U-WC-337-B FL              03-99 FL - LARGE DEDUCTIBLE ENDORSEMENT

U-WC-348-B                 11-02 LARGE DEDUCTIBLE ENDT AZ

Z0000660

**WORKERS COMPENSATION CHANGE ENDORSEMENT**

Insurance for this coverage part provided by:

Policy Number: **WC 9336968-00**

**AMERICAN ZURICH INSURANCE COMPANY**

NCCI Company No. 17965

| NAMED INSURED | ENDORSEMENT EFFECTIVE DATE | POLICY NUMBER |
|---|---|---|
| PETERSEN-DEAN, INC. | 04-30-11 | WC 9336968-00 |
| **POLICY TERM:** 04-30-2011 **TO** 04-30-2012 | **ENDORSEMENT NUMBER** 005 | |

**Change Description**

```
THE FOLLOWING FORM(S) HAS BEEN AMENDED:
U-WC-337-B FL   03-99    FL - LARGE DEDUCTIBLE ENDORSEMENT
U-WC-348-B      11-02    LARGE DEDUCTIBLE ENDT AZ
```

**PREMIUM CHANGE**

PRO-RATA FACTOR

| | | | |
|---|---|---|---|
| Additional Coverage Premium | NO CHARGE | Return Coverage Premium | NO CHARGE |
| Additional Taxes & Surcharges | | Return Taxes & Surcharges | |
| Total Additional Premium | | Total Return Premium | |

Countersigned: Date_____ By_____

U-WC-317-A (07-94)

Z0000661

## Large Deductible Endorsement - Florida
## Workers Compensation and Employers Liability Policy

**Insuring Company:** AMERICAN ZURICH INSURANCE COMPANY

**Named Insured:** PETERSEN-DEAN, INC.

**Policy Number:** WC 9336968-00

**Effective Date of Endorsement:** 04-30-2011

**Expiration Date:** 04-30-2012

This deductible endorsement applies between you and us. It does not affect or alter the rights of others under the policy. You will reimburse us for the deductible amounts that we pay on your behalf. This endorsement will remain in effect on renewals of this policy unless specifically not made a part of such or replaced by a similar endorsement. We will remain responsible for the full payment of all claims under this policy without regard to your ability or intention to reimburse us for the deductible amount.

**States Covered:** FLORIDA

### SCHEDULE

| Coverage | Deductible Amount/Basis | |
|---|---|---|
| Workers Compensation Bodily Injury By Accident: | $500,000 | each accident |
| Workers Compensation Bodily Injury By Disease: | $500,000 | each claim |
| Employers Liability Bodily Injury By Accident: | $500,000 | each accident |
| Employers Liability Bodily Injury By Disease: | $500,000 | each claim |

**Allocated Loss Adjustment Expense (ALAE)** Select One:

Option 1.  [X]   ALAE is reimbursed and included in Deductible Amount

Option 2.  [ ]   ALAE is reimbursed in addition to Deductible Amount

Option 3.  [ ]   ALAE is not reimbursed

**A.  How This Deductible Applies**

  1. You agree to reimburse us for:

    a. Each Accident/each Claim, up to the deductible amount shown in the Schedule above, for the total of:

      (1) All benefits required of you by the Workers Compensation Law (including benefits payable under Other States Insurance or under any endorsement) and any Federal Act; plus

      (2) All sums you must pay as damages under Employers Liability Insurance and any Federal Act; plus

    b. All "allocated loss adjustment expense" as respects any "claim" or suit:

      (1) As a part of the total of 1. above when you have elected Option 1, "ALAE is reimbursed and included in the deductible amount" in the Schedule above; or

      (2) In addition to and not limited by the deductible amount when you have elected Option 2.

WC 99 06 15

U-WC-337-B FL (3/99)
Page 1 of 2

Z0000662

"ALAE is reimbursed and in addition to the deductible amount", in the Schedule above.

**2.** All claims for benefits or damages because of bodily injury by the same or related diseases to any one person will be considered as one claim when determining how the deductible amounts apply. Included are filings by your employee for such benefits with an agency authorized by law, and a suit or other proceeding brought by your employee for such benefits or damages. "By your employee" includes such action taken by others legally entitled to do so on his or her behalf.

**3.** Reimbursement of the deductible amount owed us by you does not affect our obligation to pay any and all losses covered by this policy.

**B. Effect of Deductible on Limits of Liability**

**1.** With respect to the Employers Liability Insurance provided by this policy, the applicable, "each claim", "each accident", or other similar limits of liability are reduced by the sum of all damages within the applicable deductible amount shown.

The payment of "allocated loss adjustment expense" will not affect the limits of liability. This provision applies whether the Employers Liability Insurance is provided by Part Two or by an endorsement to this policy.

**2.** In the event of a claim, our obligation to pay is the amount available for benefits or damages that remains after the application of the specific loss reimbursement amount.

**C. Definitions**

**1.** "Claim" means a written demand you receive for:

**a.** Benefits required of you by a Workers Compensation law; or

**b.** Damages covered by this policy.

**2.** "Allocated loss adjustment expense" means claim adjustment expense directly allocated by us to a particular "claim". Such expense shall include, but shall not be limited to: attorney's fees; independent adjusters fees; court and alternative dispute resolution costs; medical examinations; expert medical or other testimony; autopsies; witnesses and summonses; copies of documents; arbitration fees; surveillance; appeal bond costs and appeal filing fees; pre and post judgement interest; and medical cost containment expenses. Such expenses shall not include cost of investigation, the salaries and traveling expenses of our employees, other than those salaried employees who perform services which can be directly allocated to the handling of a particular claim.

**D. Conditions**

**1. Subrogation**

We have your rights and the rights of persons entitled to the benefits of this insurance to recover losses that are reimbursable under this endorsement and any deductible amount from anyone liable for the injury. You will do everything necessary to protect those rights for us and to help us enforce them.

If we recover any payment made under this policy from anyone liable for the injury, the amount we recover will first be applied to any payments made by us on this injury in excess of the deductible amount; only then will the remainder of that recovery, if any, be applied to reduce the deductible amount paid or reimbursed or reimbursable by you on this injury.

**2. Cancellation**

You must:

**a.** Promptly pay us all amounts for which you are responsible under this endorsement; and

**b.** Reimburse us for any such amounts that we pay upon receipt of a billing from us.

If you fail to do so, we will cancel either this endorsement or this policy by provisions of statute.

If this policy or endorsement is cancelled, we will abide by the statutory provisions which govern this policy and return the premium less uncollected advances paid for losses within the deductible including "allocated loss adjustment expenses."

**3. Your Duties**

**a.** The first Named Insured shown on the Information Page is authorized to pay all deductible amounts on behalf of all Named Insureds and to reimburse us for any such amounts that we advance.

**b.** Each Named Insured is jointly and severally liable for all deductible amounts under this policy.

**4. Other Rights and Duties (Ours and Yours)**

All other terms of this policy, including those which govern:

**a.** Our right and duty to defend any "claim", proceeding or suit against you; and

**b.** Your duties, if injury occurs;

apply regardless of application of this deductible endorsement.

WC 99 06 15

Z0000663

# Arizona Large Deductible Endorsement

**Workers' Compensation and Employers Liability Policy**



**Insuring company**

AMERICAN ZURICH INSURANCE COMPANY

**Named Insured**

PETERSEN-DEAN, INC.

**Policy number**

WC 9336968-00

**Effective date of endorsement**

04-30-2011

**Expiration date**

04-30-2012

This deductible endorsement applies between you and us. It does not affect or alter the rights of others under the policy. You will reimburse us for the deductible amounts that we pay on your behalf. This endorsement will remain in effect on renewals of this policy unless specifically not made a part of such or replaced by a similar endorsement.

**States covered**

ARIZONA

**Schedule**

| Coverage | Deductible amount/basis | |
|---|---|---|
| Workers' Compensation Bodily Injury By Accident | $500,000 | each accident |
| Workers' Compensation Bodily Injury By Disease | $500,000 | each claim |
| Employers Liability Bodily Injury By Accident | $500,000 | each accident |
| Employers Liability Bodily Injury By Disease | $500,000 | each claim |

**Allocated Loss Adjustment Expense (ALAE)**

Select one:

[X] Option 1. ALAE is reimbursed and included in Deductible Amount

[ ] Option 2. ALAE is not reimbursed

A. **How This Deductible Applies**

1. You agree to reimburse us for each Accident/each Claim, up to the deductible amount including all "allocated loss adjustment expense" as respects any "claim" or suit as a part of the total of 1 above when you have elected Option 1, "ALAE is reimbursed and included in the deductible amount" shown in the Schedule above, for the total of:

   a. All benefits required of you by the Workers' Compensation Law (including benefits payable under Other States Insurance or under any endorsement) and any Federal Act; plus

   b. All sums you must pay as damages under Employers Liability Insurance and any Federal Act.

2. All claims for benefits or damages because of bodily injury by the same or related diseases to any one person will be considered as one claim when determining how the deductible amounts apply. Included are filings by your employee for such benefits with an agency authorized by law, and a suit or other proceeding brought by your employee for such benefits or damages. "By your employee" includes such action taken by others legally entitled to do so on his or her behalf.

**Z0000664**

B. **Effect of Deductible on Limits of Liability**
1. With respect to the Employers Liability Insurance provided by this policy, the applicable, "each claim", "each accident", or other similar amount or reimbursement is reduced by the sum of all damages within the applicable deductible amount shown.
2. In the event of a claim, our obligation to pay is the amount available for benefits or damages that remains after the application of the specific loss reimbursement amount.

C. **Definitions**
1. "Claim" means a written demand you receive for:
   a. Benefits required of you by a Workers' Compensation law; or
   b. Damages covered by this policy.
2. "Allocated loss adjustment expense" means claim adjustment expense directly allocated by us to a particular "claim". Such expense shall include, but shall not be limited to: attorney's fees; independent adjusters fees; court and alternative dispute resolution costs; medical examinations; expert medical or other testimony; autopsies; witnesses and summonses; copies of documents; arbitration fees; surveillance; appeal bond costs and appeal filing fees; pre and post judgement interest; and medical cost containment expenses. Such expenses shall not include cost of investigation, the salaries and traveling expenses of our employees, other than those salaried employees who perform services which can be directly allocated to the handling of a particular claim.

D. **Conditions**
1. **Subrogation**
   We have the rights and the rights of persons entitled to the benefits of this insurance to recover losses that are reimbursable under this endorsement and any deductible amount from anyone liable for the injury. You will do everything necessary to protect those rights for us and to help us enforce them.

   If we recover any payment made under this policy from anyone liable for the injury, the amount we recover will first be applied to any payments made by us on this injury in excess of the deductible amount; only then will the remainder of that recovery, if any, be applied to reduce the deductible amount paid or reimbursed or reimbursable by you on this injury.

2. **Cancellation**
   You must:
   a. Promptly pay us all amounts for which you are responsible under this endorsement; and
   b. Reimburse us for any such amounts that we pay upon receipt of billing from us.
   If you fail to do so, we will cancel either this endorsement or this policy by provisions of statute. If this policy or endorsement is cancelled we will abide by the statutory provision which govern this policy and return the premium less uncollected advances paid for losses within the deductible including "allocated loss adjustment expense".

3. **Your Duties**
   a. The first Named Insured shown on the Information Page is authorized to pay all deductible amounts on behalf of all Named Insureds and to reimburse us for any such amounts that we advance.
   b. Each Named Insured is jointly and severally liable for all deductible amounts under this policy.

4. **Other Rights and Duties (Ours and Yours)**
   All other terms of this policy, including those which govern:
   a. Our right and duty to defend any "claim", proceeding or suit against you; and
   b. Your duties, if injury occurs;
   apply regardless of application of this deductible endorsement.

Z0000665

# DIVIDER

# PAGE

```
Producer No:   09377000          SAN:         WC910319000000
Pol Eff Dt:    04-30-2011        Office:      KGCM

Date Printed: 01-04-2012
Time Printed: 11:22:43

Trans Eff Dt: 04-30-2011
Insured Name: PETERSEN-DEAN, INC.
Policy No:    WC933696800
Trans Seq No: 007
Trans Type:   Change Endorsement
Oper Init:    USZSCP2
Company Abbr: ZA
Release Version: 1.92.4.0  Service Pack 92

User-Selected Sets   Copies Printer
INSURED-FULL POLICY W 01      PDF ONLY
AGENT-FULL POLICY W/O 01      PDF ONLY
ZDW                   01      Don't print
```

Z0000666

LOCKTON INSURANCE BROKERS LLC
725 S FIGUEROA ST FL 35
LOS ANGELES, CA 90017-5524

Z0000667

# POLICYWRITING INDEX

INSURANCE FOR THIS COVERAGE PART PROVIDED BY:
**AMERICAN ZURICH INSURANCE COMPANY**

COMPANY CODE: 02

| ACCOUNT NUMBER | POLICY NUMBER | PREVIOUS POLICY NUMBER | EFFECTIVE DATE - EXPIRATION DATE |
|---|---|---|---|
| 9336968000 | WC 9336968-00 | NEW | 04-30-2011    04-30-2012 |

NAMED INSURED  **PETERSEN-DEAN, INC.**

| MISCELLANEOUS INFORMATION | | TRANSACTION INFORMATION | |
|---|---|---|---|
| PAYMENT PLAN | **MONTHLY** | TRANS. TYPE | **ENDORSEMENT** |
| OPERATOR I.D. | **USZSCP2** | TRANS. SEQ. # | **007** |
| UNDERWRITER I.D. | **USZMMB4** | DATE PROCESSED | **01-04-12** |
| COUNTERSIGNATURE | **N** | TRANS. DATE | **04-30-11** |
| COMPULSORY AUTO | | ENDORSEMENT # | **006** |
| WORK. COMP. FEDERAL I.D. # **77-0051446** | | CANC/REIN REASON | |
| AUDIT INDICATOR | **A** | | |
| UPC CODE | **0000** | | |
| SIC CODE | **1761** | | |
| **ROOFING, SHEET METAL WORK** | | | |

LINE OF BUSINESS/ COMMISSIONS:

| LINE OF BUSINESS | COMMISSION % |
|---|---|
| **WORKERS' COMPENSATION** | **VRS** |

FULL ANNUAL PREMIUM  $    **700,084.00**
BILLED PREMIUM  **NO CHARGE**

| NAMED INSURED MAILING ADDRESS | PRODUCER INFORMATION          CODE 09377-000 |
|---|---|
| PETERSEN-DEAN, INC. | LOCKTON INSURANCE BROKERS LLC |
| | 725 S FIGUEROA ST FL 35 |
| 7980 ENTERPRISE DR | |
| NEWARK                    CA   94560-3413 | LOS ANGELES                    CA   90017-5524 |

### ASSEMBLY INFORMATION

STAMPS/ STICKERS

MAILING INSTRUCTIONS

Z0000668

# POLICYWRITING INDEX

| ACCOUNT NUMBER 9336968000 | POLICY NUMBER WC 9336968-00 | PREVIOUS POLICY NUMBER NEW | EFFECTIVE DATE - EXPIRATION DATE 04-30-2011     04-30-2012 |
|---|---|---|---|

### COMPUTER PRODUCED FORMS

| | | |
|---|---|---|
| U-WC-317-A | 07-94 | WORKERS COMPENSATION CHANGE ENDORSEMENT |
| WC 00 03 13     ADL | 04-84 | WAIVER OF RIGHTS TO RECOVER FROM OTHERS |
| WC 04 03 03 | 01-85 | CA OFFICERS & DIRECTORS COV/EXCL |

Z0000669

**WORKERS COMPENSATION CHANGE ENDORSEMENT**

Insurance for this coverage part provided by:
Policy Number: **WC 9336968-00**

**AMERICAN ZURICH INSURANCE COMPANY**

NCCI Company No. 17965

| NAMED INSURED | ENDORSEMENT EFFECTIVE DATE | POLICY NUMBER |
|---|---|---|
| PETERSEN-DEAN, INC. | 04-30-11 | WC 9336968-00 |
| **POLICY TERM:** 04-30-2011 **TO** 04-30-2012 | ENDORSEMENT NUMBER 006 | |

### Change Description

THE FOLLOWING FORM(S) HAS BEEN ADDED:
WC 04 03 03   01-85    CA OFFICERS & DIRECTORS COV/EXCL

THE FOLLOWING FORM(S) HAS BEEN AMENDED:
WC 00 03 13   04-84    WAIVER OF RIGHTS TO RECOVER FROM OTHERS

### PREMIUM CHANGE

PRO-RATA FACTOR

| | | |
|---|---|---|
| Additional Coverage Premium | NO CHARGE | Return Coverage Premium | NO CHARGE |
| Additional Taxes & Surcharges | | Return Taxes & Surcharges | |
| Total Additional Premium | | Total Return Premium | |

Countersigned: Date_____ By_____

U-WC-317-A (07-94)

Z0000670

**WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY**                                                     **WC 00 03 13**

(Ed. 4-84)

## WAIVER OF OUR RIGHT TO RECOVER FROM OTHERS ENDORSEMENT

We have the right to recover our payments from anyone liable for an injury covered by this policy. We will not enforce our right against the person or organization named in the Schedule. (This agreement applies only to the extent that you perform work under a written contract that requires you to obtain this agreement from us.)

This agreement shall not operate directly or indirectly to benefit anyone not named in the Schedule.

Schedule

**"AS PER WRITTEN CONTRACT"**

This endorsement changes the policy to which it is attached and is effective on the date issued unless otherwise stated.

**(The information below is required only when this endorsement is issued subsequent to preparation of the policy.)**

Endorsement Effective                          Policy No.                              Endorsement No.

Insured                                                                Premium $

Insurance Company                                        Countersigned By _____

**WC 00 03 13**
(Ed. 4-84)

Copyright 1983 National Council on Compensation Insurance

Z0000671

**WORKERS' COMPENSATION AND EMPLOYERS' LIABILITY INSURANCE POLICY**          **WC 04 03 03**
(Ed. 1-85)

# OFFICERS AND DIRECTORS COVERAGE/EXCLUSION ENDORSEMENT—CALIFORNIA

If the employer named in item 1 of the Information Page is a private corporation whose officers and directors are the sole shareholders, this policy applies to all such officers and directors, as employees, except those excluded below or named as excluded in item 4 of the Information Page.

| Officers and Directors Excluded | Title |
|---|---|
| DAVID HARRIS | AVP |
| RON VINCENT | VP |
| BRIAN OWEN | VP OF PCR |
| DAVID VAN BEEK | CFO |
| JAMES PETERSEN | CEO/PRESIDENT |

WC 249a (1-85)
WC 04 03 03 (Ed. 1-85)                                                                    Page 1 of 1

Z0000672

LOCKTON INSURANCE BROKERS LLC
725 S FIGUEROA ST FL 35
LOS ANGELES, CA 90017-5524

Z0000673

**WORKERS COMPENSATION CHANGE ENDORSEMENT**

Insurance for this coverage part provided by:
**AMERICAN ZURICH INSURANCE COMPANY**

Policy Number: **WC 9336968-00**

NCCI Company No. 17965

| NAMED INSURED | ENDORSEMENT EFFECTIVE DATE | POLICY NUMBER |
|---|---|---|
| PETERSEN-DEAN, INC. | 04-30-11 | WC 9336968-00 |
| **POLICY TERM:** 04-30-2011 **TO** 04-30-2012 | ENDORSEMENT NUMBER 006 | |

| Change Description |
|---|

THE FOLLOWING FORM(S) HAS BEEN ADDED:
WC 04 03 03   01-85     CA OFFICERS & DIRECTORS COV/EXCL

THE FOLLOWING FORM(S) HAS BEEN AMENDED:
WC 00 03 13   04-84     WAIVER OF RIGHTS TO RECOVER FROM OTHERS

| PREMIUM CHANGE |
|---|

PRO-RATA FACTOR

| | | | |
|---|---|---|---|
| Additional Coverage Premium | NO CHARGE | Return Coverage Premium | NO CHARGE |
| Additional Taxes & Surcharges | | Return Taxes & Surcharges | |
| Total Additional Premium | | Total Return Premium | |

Countersigned: Date_____ By_____

U-WC-317-A (07-94)

Insured Copy

**Z0000674**

**WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY**      **WC 00 03 13**

(Ed. 4-84)

### WAIVER OF OUR RIGHT TO RECOVER FROM OTHERS ENDORSEMENT

We have the right to recover our payments from anyone liable for an injury covered by this policy. We will not enforce our right against the person or organization named in the Schedule. (This agreement applies only to the extent that you perform work under a written contract that requires you to obtain this agreement from us.)

This agreement shall not operate directly or indirectly to benefit anyone not named in the Schedule.

Schedule

`"AS PER WRITTEN CONTRACT"`

This endorsement changes the policy to which it is attached and is effective on the date issued unless otherwise stated.

**(The information below is required only when this endorsement is issued subsequent to preparation of the policy.)**

Endorsement Effective                    Policy No.                              Endorsement No.

Insured                                                                          Premium $

Insurance Company                              Countersigned By _____

**WC 00 03 13**
(Ed. 4-84)

Copyright 1983 National Council on Compensation Insurance                    Insured Copy

**Z0000675**

**WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY**            **WC 00 03 13**
                                                                              (Ed. 04-84)

# WAIVER OF OUR RIGHT TO RECOVER FROM OTHERS ENDORSEMENT

We have the right to recover our payments from anyone liable for an injury covered by this policy. We will not enforce our right against the person or organization named in the Schedule. (This agreement applies only to the extent that you perform work under a written contract that requires you to obtain this agreement from us.)

This agreement shall not operate directly or indirectly to benefit anyone not named in the Schedule.

Schedule

Coastal Construction of Monroe, Inc. dba Coastal Construction Company, RRC 57th Avenue, LLC, Wells Fargo Bank, N.A., Red Road Properties, LLC, Equity Residential, ERP Operating Limited Partnership, WP South Builders (Florida S), LLC, Wood Red Road, LLC, Wood Partners, Their Officers, Directors, Employees and Agents.

Project: Red Roads Commons (01-5771), Miami, FL.

This endorsement changes the policy to which it is attached and is effective on the date issued unless otherwise stated.

  **(The information below is required only when this endorsement is issued subsequent to preparation of the policy.)**

Endorsement                    Effective Policy No.              Endorsement No.

Insured                                                          Premium $

Insurance Company                             Countersigned by _____

**WC124 (4-84)**                                                          Page 1 of 1
**WC 00 03 13**          Copyright 1983 National Council on Compensation Insurance, Inc.     Uniform Forms<sup>TM</sup>

**Z0000676**

**WORKERS' COMPENSATION AND EMPLOYERS' LIABILITY INSURANCE POLICY**   **WC 04 03 03**
(Ed. 1-85)

# OFFICERS AND DIRECTORS COVERAGE / EXCLUSION ENDORSEMENT——CALIFORNIA

If the employer named in item 1 of the Information Page is a private corporation whose officers and directors are the sole shareholders, this policy applies to all such officers and directors, as employees, except those excluded below or named as excluded in item 4 of the Information Page.

| Officers and Directors Excluded | Title |
|---|---|
| DAVID HARRIS | AVP |
| RON VINCENT | VP |
| BRIAN OWEN | VP OF PCR |
| DAVID VAN BEEK | CFO |
| JAMES PETERSEN | CEO/PRESIDENT |

Insured Copy

Z0000677

LOCKTON INSURANCE BROKERS LLC
725 S FIGUEROA ST FL 35
LOS ANGELES, CA 90017-5524

Z0000678

**WORKERS COMPENSATION CHANGE ENDORSEMENT**

Insurance for this coverage part provided by:                    Policy Number **WC 9336968-00**
**AMERICAN ZURICH INSURANCE COMPANY**

NCCI Company No. 17965

| NAMED INSURED | ENDORSEMENT EFFECTIVE DATE | POLICY NUMBER |
|---|---|---|
| PETERSEN-DEAN, INC. | 04-30-11 | WC 9336968-00 |
| **POLICY TERM:** 04-30-2011 **TO** 04-30-2012 | ENDORSEMENT NUMBER 006 | |

### Change Description

THE FOLLOWING FORM(S) HAS BEEN ADDED:
WC 04 03 03   01-85    CA OFFICERS & DIRECTORS COV/EXCL

THE FOLLOWING FORM(S) HAS BEEN AMENDED:
WC 00 03 13   04-84    WAIVER OF RIGHTS TO RECOVER FROM OTHERS

### PREMIUM CHANGE

PRO-RATA FACTOR

| | | | |
|---|---|---|---|
| Additional Coverage Premium | NO CHARGE | Return Coverage Premium | NO CHARGE |
| Additional Taxes & Surcharges | | Return Taxes & Surcharges | |
| Total Additional Premium | | Total Return Premium | |

Countersigned:  Date_____  By_____

U-WC-317-A (07-94)

Agent Copy

Z0000679

**WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY**     **WC 00 03 13**

(Ed. 4-84)

## WAIVER OF OUR RIGHT TO RECOVER FROM OTHERS ENDORSEMENT

We have the right to recover our payments from anyone liable for an injury covered by this policy. We will not enforce our right against the person or organization named in the Schedule. (This agreement applies only to the extent that you perform work under a written contract that requires you to obtain this agreement from us.)

This agreement shall not operate directly or indirectly to benefit anyone not named in the Schedule.

Schedule

`"AS PER WRITTEN CONTRACT"`

This endorsement changes the policy to which it is attached and is effective on the date issued unless otherwise stated.

**(The information below is required only when this endorsement is issued subsequent to preparation of the policy.)**

Endorsement Effective                    Policy No.                                Endorsement No.

Insured                                                                      Premium $

Insurance Company                              Countersigned By _____

**WC 00 03 13**
(Ed. 4-84)

Copyright 1983 National Council on Compensation Insurance          Agent Copy

**Z0000680**

**WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY**          **WC 00 03 13**
(Ed. 04-84)

# WAIVER OF OUR RIGHT TO RECOVER FROM OTHERS ENDORSEMENT

We have the right to recover our payments from anyone liable for an injury covered by this policy. We will not enforce our right against the person or organization named in the Schedule. (This agreement applies only to the extent that you perform work under a written contract that requires you to obtain this agreement from us.)

This agreement shall not operate directly or indirectly to benefit anyone not named in the Schedule.

Schedule

Coastal Construction of Monroe, Inc. dba Coastal Construction Company, RRC 57th Avenue, LLC, Wells Fargo Bank, N.A., Red Road Properties, LLC, Equity Residential, ERP Operating Limited Partnership, WP South Builders (Florida S), LLC, Wood Red Road, LLC, Wood Partners, Their Officers, Directors, Employees and Agents.

Project: Red Roads Commons (01-5771), Miami, FL.

This endorsement changes the policy to which it is attached and is effective on the date issued unless otherwise stated.

**(The information below is required only when this endorsement is issued subsequent to preparation of the policy.)**

Endorsement                    Effective Policy No.                    Endorsement No.

Insured                                                                Premium $

Insurance Company                              Countersigned by _____

**WC124 (4-84)**                                                       **Page 1 of 1**
**WC 00 03 13**          Copyright 1983 National Council on Compensation Insurance, Inc.          Uniform Forms™

Z0000681

**WORKERS' COMPENSATION AND EMPLOYERS' LIABILITY INSURANCE POLICY**                     **WC 04 03 03**
                                                                                        (Ed. 1-85)

# OFFICERS AND DIRECTORS COVERAGE/EXCLUSION
# ENDORSEMENT—CALIFORNIA

If the employer named in item 1 of the Information Page is a private corporation whose officers and directors are the sole shareholders, this policy applies to all such officers and directors, as employees, except those excluded below or named as excluded in item 4 of the Information Page.

| Officers and Directors Excluded | Title |
|---|---|
| DAVID HARRIS | AVP |
| RON VINCENT | VP |
| BRIAN OWEN | VP OF PCR |
| DAVID VAN BEEK | CFO |
| JAMES PETERSEN | CEO/PRESIDENT |

WC 249a (1-85)
WC 04 03 03 (Ed. 1-85)                                                                  Page 1 of 1

Z0000682

LOCKTON INSURANCE BROKERS LLC
725 S FIGUEROA ST FL 35
LOS ANGELES, CA 90017-5524

Z0000683

## WORKERS COMPENSATION CHANGE ENDORSEMENT

Insurance for this coverage part provided by:                    Policy Number: WC  9336968-00
**AMERICAN ZURICH INSURANCE COMPANY**

NCCI Company No. 17965

| NAMED INSURED | ENDORSEMENT EFFECTIVE DATE | POLICY NUMBER |
|---|---|---|
| PETERSEN-DEAN, INC. | 04-30-11 | WC 9336968-00 |
| POLICY TERM: 04-30-2011 TO 04-30-2012 | ENDORSEMENT NUMBER 007 | |

### Change Description

THE FOLLOWING FORM(S) HAS BEEN ADDED:
WC990635      05-10      NOTIF TO OTHERS OF CANC OR NONRENEWAL

THE FOLLOWING FORM(S) HAS BEEN AMENDED:
WC 00 03 13      04-84      WAIVER OF RIGHTS TO RECOVER FROM OTHERS

### PREMIUM CHANGE

PRO-RATA FACTOR

| | | | |
|---|---|---|---|
| Additional Coverage Premium | NO CHARGE | Return Coverage Premium | NO CHARGE |
| Additional Taxes & Surcharges | | Return Taxes & Surcharges | |
| Total Additional Premium | | Total Return Premium | |

Countersigned: Date_____    By_____

U-WC-317-A (07-94)

Insured Copy

Z0000684

WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY WC 00 03 13

(Ed. 4-84)

### WAIVER OF OUR RIGHT TO RECOVER FROM OTHERS ENDORSEMENT

We have the right to recover our payments from anyone liable for an injury covered by this policy. We will not enforce our right against the person or organization named in the Schedule. (This agreement applies only to the extent that you perform work under a written contract that requires you to obtain this agreement from us.)

This agreement shall not operate directly or indirectly to benefit anyone not named in the Schedule.

Schedule

ANY PERSON OR ORGANIZATION FOR WHOM YOU ARE PERFORMING OPERATIONS WHEN YOU ARE SPECIFCALLY REQUIRED BY A WRITTEN CONTRACT OR AGREEMENT

This endorsement changes the policy to which it is attached and is effective on the date issued unless otherwise stated.

**(The information below is required only when this endorsement is issued subsequent to preparation of the policy.)**

Endorsement Effective                   Policy No.                          Endorsement No.

Insured                                                                     Premium $

Insurance Company                                       Countersigned By _____

**WC 00 03 13**
(Ed. 4-84)

Copyright 1983 National Council on Compensation Insurance          Insured Copy

**Z0000685**

**WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY**

WC 00 03 13
(Ed. 04-84)

# WAIVER OF OUR RIGHT TO RECOVER FROM OTHERS ENDORSEMENT

We have the right to recover our payments from anyone liable for an injury covered by this policy. We will not enforce our right against the person or organization named in the Schedule. (This agreement applies only to the extent that you perform work under a written contract that requires you to obtain this agreement from us.)

This agreement shall not operate directly or indirectly to benefit anyone not named in the Schedule.

Schedule

NAME OF PERSON OR ORGANIZATION:  ALL SHAREHOLDERS, OFFICERS, DIRECTORS, EMPLOYEES AND REPRESENTATIVES OF SBI BUILDERS, INC. AND THE TAHACHAPI HOUSING INVESTORS.

LOCATION: THE VILLAGE OF TAHACHAPI PHASE ALL AND VILLA VALENCIA PHASE ALL

This endorsement changes the policy to which it is attached and is effective on the date issued unless otherwise stated.

**(The information below is required only when this endorsement is issued subsequent to preparation of the policy.)**

Endorsement                          Effective Policy No.  WC 9385332 00        Endorsement No.  004
Insured  CONDON-JOHNSON & ASSOCIATES, INC                                        Premium $ INCL.

Insurance Company  ZURICH AMERICAN INSURANCE        Countersigned by _____

Z0000686

**WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY**          WC 99 06 35

---

### NOTIFICATION TO OTHERS OF CANCELLATION OR NONRENEWAL ENDORSEMENT

This endorsement is used to add the following to Part Six of the policy.

### PART SIX
### CONDITIONS

**A.** If we cancel or non-renew this policy by written notice to you for any reason other than nonpayment of premium, we will mail or deliver a copy of such written notice of cancellation or non-renewal to the name and address corresponding to each person or organization shown in the Schedule below. Notification to such person or organization will be provided at least 10 days prior to the effective date of the cancellation or non-renewal, as advised in our notice to you, or the longer number of days notice if indicated in the Schedule below.

**B.** If we cancel this policy by written notice to you for nonpayment of premium, we will mail or deliver a copy of such written notice of cancellation to the name and address corresponding to each person or organization shown in the Schedule below at least 10 days prior to the effective date of such cancellation.

**C.** If notice as described in Paragraphs **A.** or **B.** of this endorsement is mailed, proof of mailing will be sufficient proof of such notice.

| SCHEDULE | |
|---|---|
| **Name and Address of Other Person(s) / Organization(s):** | **Number of Days Notice:** |
| **PER CERTIFICATE HOLDER SCHEDULE ON FILES WITH COMPANY** | 30 |
| | |
| | |
| | |
| | |
| | |
| | |

All other terms and conditions of this policy remain unchanged.

This endorsement changes the policy to which it is attached and is effective on the date issued unless otherwise stated.
**(The information below is required only when this endorsement is issued subsequent to preparation of the policy.)**

Endorsement Effective                    Policy No.                    Endorsement No.
Insured                                                                 Premium $

Insurance Company

**WC 99 06 35**
(Ed. 05-10)      Includes copyrighted material of National Council on Compensation Insurance, Inc. with its permission.      **Page 1 of 1**

Z0000687

LOCKTON INSURANCE BROKERS LLC
725 S FIGUEROA ST FL 35
LOS ANGELES, CA 90017-5524

Z0000688

**WORKERS COMPENSATION CHANGE ENDORSEMENT**

Insurance for this coverage part provided by:      Policy Number: WC  9336968-00
**AMERICAN ZURICH INSURANCE COMPANY**

NCCI Company No. 17965

| NAMED INSURED | ENDORSEMENT EFFECTIVE DATE | POLICY NUMBER |
|---|---|---|
| PETERSEN-DEAN, INC. | 04-30-11 | WC 9336968-00 |
| POLICY TERM: 04-30-2011 TO 04-30-2012 | ENDORSEMENT NUMBER 007 | |

**Change Description**

```
THE FOLLOWING FORM(S) HAS BEEN ADDED:
WC990635      05-10     NOTIF TO OTHERS OF CANC OR NONRENEWAL

THE FOLLOWING FORM(S) HAS BEEN AMENDED:
WC 00 03 13   04-84     WAIVER OF RIGHTS TO RECOVER FROM OTHERS
```

**PREMIUM CHANGE**

PRO-RATA FACTOR

| | | | |
|---|---|---|---|
| Additional Coverage Premium | NO CHARGE | Return Coverage Premium | NO CHARGE |
| Additional Taxes & Surcharges | | Return Taxes & Surcharges | |
| Total Additional Premium | | Total Return Premium | |

Countersigned: Date_____ By _____

U-WC-317-A (07-94)

Agent Copy

**Z0000689**

**WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY**          WC 00 03 13

(Ed. 4-84)

### WAIVER OF OUR RIGHT TO RECOVER FROM OTHERS ENDORSEMENT

We have the right to recover our payments from anyone liable for an injury covered by this policy. We will not enforce our right against the person or organization named in the Schedule. (This agreement applies only to the extent that you perform work under a written contract that requires you to obtain this agreement from us.)

This agreement shall not operate directly or indirectly to benefit anyone not named in the Schedule.

Schedule

ANY PERSON OR ORGANIZATION FOR WHOM YOU ARE PERFORMING OPERATIONS
WHEN YOU ARE SPECIFCALLY REQUIRED BY A WRITTEN CONTRACT OR AGREEMENT

This endorsement changes the policy to which it is attached and is effective on the date issued unless otherwise stated.

**(The information below is required only when this endorsement is issued subsequent to preparation of the policy.)**

Endorsement Effective                    Policy No.                    Endorsement No.

Insured                                                                Premium $

Insurance Company                                    Countersigned By _____

**WC 00 03 13**
(Ed. 4-84)

Copyright 1983 National Council on Compensation Insurance          Agent Copy

**Z0000690**

**WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY**         WC 00 03 13
(Ed. 04-84)

# WAIVER OF OUR RIGHT TO RECOVER FROM OTHERS ENDORSEMENT

We have the right to recover our payments from anyone liable for an injury covered by this policy. We will not enforce our right against the person or organization named in the Schedule. (This agreement applies only to the extent that you perform work under a written contract that requires you to obtain this agreement from us.)

This agreement shall not operate directly or indirectly to benefit anyone not named in the Schedule.

Schedule

NAME OF PERSON OR ORGANIZATION:  ALL SHAREHOLDERS, OFFICERS, DIRECTORS, EMPLOYEES AND REPRESENTATIVES OF SBI BUILDERS, INC. AND THE TAHACHAPI HOUSING INVESTORS.

LOCATION: THE VILLAGE OF TAHACHAPI PHASE ALL AND VILLA VALENCIA PHASE ALL

This endorsement changes the policy to which it is attached and is effective on the date issued unless otherwise stated.

**(The information below is required only when this endorsement is issued subsequent to preparation of the policy.)**

Endorsement                            Effective Policy No.  WC 9385332 00       Endorsement No.  004
Insured  CONDON-JOHNSON & ASSOCIATES, INC                                        Premium $ INCL

Insurance Company  ZURICH AMERICAN INSURANCE          Countersigned by  _____

Copyright 1983 National Council on Compensation Insurance, Inc.

WC124 (4-84)                                                                     **Page 1 of 1**
WC 00 03 13                                                                      Uniform Forms™

Z0000691

WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY                 WC 99 06 35

---

### NOTIFICATION TO OTHERS OF CANCELLATION OR NONRENEWAL ENDORSEMENT

This endorsement is used to add the following to Part Six of the policy.

### PART SIX
### CONDITIONS

**A.** If we cancel or non-renew this policy by written notice to you for any reason other than nonpayment of premium, we will mail or deliver a copy of such written notice of cancellation or non-renewal to the name and address corresponding to each person or organization shown in the Schedule below.  Notification to such person or organization will be provided at least 10 days prior to the effective date of the cancellation or non-renewal, as advised in our notice to you, or the longer number of days notice if indicated in the Schedule below.

**B.** If we cancel this policy by written notice to you for nonpayment of premium, we will mail or deliver a copy of such written notice of cancellation to the name and address corresponding to each person or organization shown in the Schedule below at least 10 days prior to the effective date of such cancellation.

**C.** If notice as described in Paragraphs **A.** or **B.** of this endorsement is mailed, proof of mailing will be sufficient proof of such notice.

| SCHEDULE | |
| --- | --- |
| **Name and Address of Other Person(s) / Organization(s):** | **Number of Days Notice:** |
| **PER CERTIFICATE HOLDER SCHEDULE ON FILES WITH COMPANY** | **30** |
| | |
| | |
| | |
| | |
| | |
| | |

All other terms and conditions of this policy remain unchanged.

This endorsement changes the policy to which it is attached and is effective on the date issued unless otherwise stated.
**(The information below is required only when this endorsement is issued subsequent to preparation of the policy.)**

Endorsement Effective                           Policy No.                           Endorsement No.
Insured                                                                                          Premium $

Insurance Company

**WC 99 06 35**
(Ed. 05-10)      Includes copyrighted material of National Council on Compensation Insurance, Inc. with its permission.      **Page 1 of 1**

Z0000692

# D I V I D E R

# P A G E

```
Producer No:   09377000          SAN:          WC910319000000
Pol Eff Dt:    04-30-2011        Office:       KGCM

Date Printed: 05-18-2012
Time Printed: 17:12:27

Trans Eff Dt: 04-30-2011
Insured Name: PETERSEN-DEAN, INC.
Policy No:    WC933696800
Trans Seq No: 010
Trans Type:   Change Endorsement
Oper Init:    USMDC64
Company Abbr: ZA
Release Version: 12.08

User-Selected Sets    Copies Printer
INSURED-FULL POLICY W 01      PDF ONLY
AGENT-FULL POLICY W/W 01      PDF ONLY
ZDW                   01      Don't print
```

Z0000693

LOCKTON INSURANCE BROKERS, LLC
725 S FIGUEROA ST FL 35
LOS ANGELES, CA 90017-5524

Z0000694

# POLICYWRITING INDEX

INSURANCE FOR THIS COVERAGE PART PROVIDED BY:
**AMERICAN ZURICH INSURANCE COMPANY**

COMPANY CODE: 02

| ACCOUNT NUMBER | POLICY NUMBER | PREVIOUS POLICY NUMBER | EFFECTIVE DATE - EXPIRATION DATE |
|---|---|---|---|
| 9336968000 | WC 9336968-00 | NEW | 04-30-2011    04-30-2012 |

NAMED INSURED **PETERSEN-DEAN, INC.**

| MISCELLANEOUS INFORMATION | TRANSACTION INFORMATION |
|---|---|
| PAYMENT PLAN **MONTHLY** | TRANS. TYPE **ENDORSEMENT** |
| OPERATOR I.D. **USMDC64** | TRANS. SEQ. # **010** |
| UNDERWRITER I.D. **USZMMB4** | DATE PROCESSED **05-18-12** |
| COUNTERSIGNATURE **N** | TRANS. DATE **04-30-11** |
| COMPULSORY AUTO | ENDORSEMENT # **009** |
| WORK. COMP. FEDERAL I.D. # **77-0051446** | CANC/REIN REASON |
| AUDIT INDICATOR **A** | |
| UPC CODE **0000** | |
| SIC CODE **1761** | |
| **ROOFING, SHEET METAL WORK** | |

LINE OF BUSINESS/ COMMISSIONS:

| LINE OF BUSINESS | COMMISSION % |
|---|---|
| **WORKERS' COMPENSATION** | **VRS** |

FULL ANNUAL PREMIUM $ **700,084.00**
BILLED PREMIUM **NO CHARGE**

| NAMED INSURED MAILING ADDRESS | PRODUCER INFORMATION            CODE 09377-000 |
|---|---|
| **PETERSEN-DEAN, INC.** | **LOCKTON INSURANCE BROKERS, LLC** |
|  | **725 S FIGUEROA ST FL 35** |
| **7980 ENTERPRISE DR** | |
| **NEWARK              CA   94560-3413** | **LOS ANGELES              CA   90017-5524** |

## ASSEMBLY INFORMATION

### STAMPS/ STICKERS

### MAILING INSTRUCTIONS

Z0000695

# POLICYWRITING INDEX

| ACCOUNT NUMBER<br>9336968000 | POLICY NUMBER<br>WC 9336968-00 | PREVIOUS POLICY NUMBER<br>NEW | EFFECTIVE DATE - EXPIRATION DATE<br>04-30-2011          04-30-2012 |
|---|---|---|---|

## COMPUTER PRODUCED FORMS

U-WC-317-A                    07-94 WORKERS COMPENSATION CHANGE ENDORSEMENT

Z0000696

**WORKERS COMPENSATION CHANGE ENDORSEMENT**

Insurance for this coverage part provided by:

Policy Number: **WC 9336968-00**

**AMERICAN ZURICH INSURANCE COMPANY**

NCCI Company No. 17965

| NAMED INSURED | ENDORSEMENT EFFECTIVE DATE | POLICY NUMBER |
|---|---|---|
| PETERSEN-DEAN, INC. | 04-30-11 | WC 9336968-00 |
| POLICY TERM: 04-30-2011 TO 04-30-2012 | ENDORSEMENT NUMBER 009 | |

### Change Description

THE FOLLOWING ENTITY NAME(S) HAVE BEEN ADDED: 5050 TIMBER CREEK, LLC

THE FOLLOWING ENTITY NAME(S) HAVE BEEN ADDED: BRC SHEET METAL, INC.

THE FOLLOWING ENTITY NAME(S) HAVE BEEN ADDED: BRINKMANN INVESTMENTS, INC.

THE FOLLOWING ENTITY NAME(S) HAVE BEEN ADDED: BRINKMANN INVESTMENTS, INC. DBA BRINKMANN ROOFING COMPANY

THE FOLLOWING ENTITY NAME(S) HAVE BEEN ADDED: CALIFORNIA EQUIPMENT LEASING ASSOCATION, INC.

THE FOLLOWING ENTITY NAME(S) HAVE BEEN ADDED: CLEAR LAKE LEASING, INC.

THE FOLLOWING ENTITY NAME(S) HAVE BEEN ADDED: MDF HOLDING CORP.

THE FOLLOWING ENTITY NAME(S) HAVE BEEN ADDED: OCR EQUIPMENT, LLC

THE FOLLOWING ENTITY NAME(S) HAVE BEEN ADDED: OCR SERVICES, INC.

THE FOLLOWING ENTITY NAME(S) HAVE BEEN ADDED: OCR SOLAR & ROOFING, INC.

THE FOLLOWING ENTITY NAME(S) HAVE BEEN ADDED: OCR SOLAR & ROOFING NV, INC.

THE FOLLOWING ENTITY NAME(S) HAVE BEEN ADDED: P & VB ASSOCIATES, INC.

THE FOLLOWING ENTITY NAME(S) HAVE BEEN ADDED: PACIFIC COAST ROOFING & CONSTRUCTION, INC.

### PREMIUM CHANGE

PRO-RATA FACTOR

| | | | |
|---|---|---|---|
| Additional Coverage Premium | STA | Return Coverage Premium | STA |
| Additional Taxes & Surcharges | | Return Taxes & Surcharges | |
| Total Additional Premium | STA | Total Return Premium | STA |

Countersigned: Date_____ By_____

U-WC-317-A (07-94)

Z0000697

**WORKERS COMPENSATION CHANGE ENDORSEMENT**

Insurance for this coverage part provided by:                     Policy Number: **WC 9336968-00**
**AMERICAN ZURICH INSURANCE COMPANY**

NCCI Company No. 17965

| NAMED INSURED | ENDORSEMENT EFFECTIVE DATE | POLICY NUMBER |
|---|---|---|
| PETERSEN-DEAN, INC. | 04-30-11 | WC 9336968-00 |
| POLICY TERM: 04-30-2011 TO 04-30-2012 | ENDORSEMENT NUMBER 009 | |

### Change Description

THE FOLLOWING ENTITY NAME(S) HAVE BEEN ADDED: PARAMOUNT HOLDINGS, INC.

THE FOLLOWING ENTITY NAME(S) HAVE BEEN ADDED: PD SOLAR, INC.

THE FOLLOWING ENTITY NAME(S) HAVE BEEN ADDED: PD SOLAR, INC. DBA PETERSENDEAN ROOFING AND SOLAR SYSTEMS

THE FOLLOWING ENTITY NAME(S) HAVE BEEN ADDED: PETERSEN-DEAN COMMERCIAL, INC.

THE FOLLOWING ENTITY NAME(S) HAVE BEEN ADDED: PETERSEN-DEAN COMMERCIAL, INC. DBA PETERSENDEAN ROOFING AND SOLAR SYSTEMS

THE FOLLOWING ENTITY NAME(S) HAVE BEEN ADDED: PETERSEN-DEAN COMMERCIAL, INC. DBA PETERSENDEAN ROOFING SYSTEMS, COMMERCIAL DIVISION

THE FOLLOWING ENTITY NAME(S) HAVE BEEN ADDED: PETERSEN-DEAN, INC. DBA PETERSENDEAN

THE FOLLOWING ENTITY NAME(S) HAVE BEEN ADDED: PETERSEN-DEAN, INC. DBA PETERSENDEAN ROOFING AND SOLAR SYSTEMS

THE FOLLOWING ENTITY NAME(S) HAVE BEEN ADDED: PETERSEN-DEAN, INC. DBA PETERSENDEAN ROOFING SYSTEMS

THE FOLLOWING ENTITY NAME(S) HAVE BEEN ADDED: PETERSENDEAN ROOFING AND SOLAR SYSTEMS, INC.

THE FOLLOWING ENTITY NAME(S) HAVE BEEN ADDED: PETERSENDEAN ROOFING AND SOLAR SYSTEMS, INC. FKA ROOF TILE SPECIALISTS, INC.-PALM CITY

THE FOLLOWING ENTITY NAME(S) HAVE BEEN ADDED: PVO INVESTMENTS, INC.

### PREMIUM CHANGE

PRO-RATA FACTOR

| | | | |
|---|---|---|---|
| Additional Coverage Premium | STA | Return Coverage Premium | STA |
| Additional Taxes & Surcharges | | Return Taxes & Surcharges | |
| Total Additional Premium | STA | Total Return Premium | STA |

Countersigned: Date_____ By_____

U-WC-317-A (07-94)

**Z0000698**

**WORKERS COMPENSATION CHANGE ENDORSEMENT**

Insurance for this coverage part provided by:

**AMERICAN ZURICH INSURANCE COMPANY**

Policy Number **WC 9336968-00**

NCCI Company No. 17965

| NAMED INSURED | ENDORSEMENT EFFECTIVE DATE | POLICY NUMBER |
|---|---|---|
| PETERSEN-DEAN, INC. | 04-30-11 | WC 9336968-00 |
| POLICY TERM: 04-30-2011 TO 04-30-2012 | ENDORSEMENT NUMBER 009 | |

## Change Description

THE FOLLOWING ENTITY NAME(S) HAVE BEEN ADDED: RED ROSE, INC.

THE FOLLOWING ENTITY NAME(S) HAVE BEEN ADDED: RED ROSE, INC. DBA PETERSENDEAN ROOFING AND SHEET METAL

THE FOLLOWING ENTITY NAME(S) HAVE BEEN ADDED: ROOF TILE SPECIALISTS, INC.

THE FOLLOWING ENTITY NAME(S) HAVE BEEN ADDED: ROOF TILE SPECIALISTS, INC.-MIAMI (DISSOLVED 12/01/06)

THE FOLLOWING ENTITY NAME(S) HAVE BEEN ADDED: ROOF TILE SPECIALISTS, INC.-WEST PALM (DISSOLVED 11/26/07)

THE FOLLOWING ENTITY NAME(S) HAVE BEEN ADDED: SONOMA ROOFING SERVICES, INC.

THE FOLLOWING ENTITY NAME(S) HAVE BEEN ADDED: SONOMA ROOFING SERVICES, INC. DBA PETERSENDEAN ROOFING AND SOLAR SYSTEMS

THE FOLLOWING ENTITY NAME(S) HAVE BEEN ADDED: SONOMA ROOFING SERVICES, INC. DBA ROOFING SERVICES, INC.

THE FOLLOWING ENTITY NAME(S) HAVE BEEN ADDED: THERMA SEAL ROOF SYSTEMS, INC. (DISSOLVED 3/22/10)

THE FOLLOWING ENTITY NAME(S) HAVE BEEN ADDED: TRI VALLEY SUPPLY, INC.

THE FOLLOWING ENTITY NAME(S) HAVE BEEN ADDED: TRI VALLEY SUPPLY, INC. DBA TRI VALLEY CONTRACTORS

THE FOLLOWING ENTITY NAME(S) HAVE BEEN ADDED: TRI VALLEY SUPPLY, INC. DBA TRI VALLEY WHOLESALE

## PREMIUM CHANGE

PRO-RATA FACTOR

| | | | |
|---|---|---|---|
| Additional Coverage Premium | STA | Return Coverage Premium | STA |
| Additional Taxes & Surcharges | | Return Taxes & Surcharges | |
| Total Additional Premium | STA | Total Return Premium | STA |

Countersigned: Date_____ By_____

U-WC-317-A (07-94)

Z0000699

**WORKERS COMPENSATION CHANGE ENDORSEMENT**

Insurance for this coverage part provided by:                   Policy Number **WC  9336968-00**
**AMERICAN ZURICH INSURANCE COMPANY**

NCCI Company No. 17965

| NAMED INSURED | ENDORSEMENT EFFECTIVE DATE | POLICY NUMBER |
|---|---|---|
| PETERSEN-DEAN, INC. | 04-30-11 | WC 9336968-00 |
| POLICY TERM: 04-30-2011 TO 04-30-2012 | ENDORSEMENT NUMBER 009 | |

### Change Description

THE FOLLOWING ENTITY NAME(S) HAVE BEEN ADDED: TRI VALLEY WHOLESALE

THE FOLLOWING LOCATION OF OPERATION ADDRESS HAS BEEN ADDED:
LOC NO  7  NAME:  5050 TIMBER CREEK, LLC
ADDRESS:  7980 ENTERPRISE DR
          NEWARK,    CA  94560
FEIN:    392054253 U / I:

THE FOLLOWING LOCATION OF OPERATION ADDRESS HAS BEEN ADDED:
LOC NO  8  NAME:  BRC SHEET METAL, INC.
ADDRESS:  JOBSITE LOCATION
          DALLAS,    TX  75221
FEIN:    760699049 U / I:

THE FOLLOWING LOCATION OF OPERATION ADDRESS HAS BEEN ADDED:
LOC NO  9  NAME:  BRINKMANN INVESTMENTS, INC.
ADDRESS:  JOBSITE LOCATION
          DALLAS,    TX  75221
FEIN:    760214538 U / I:

THE FOLLOWING LOCATION OF OPERATION ADDRESS HAS BEEN ADDED:
LOC NO  10  NAME:  BRINKMANN INVESTMENTS, INC. DBA BRINKMANN ROOFING
COMPANY
ADDRESS:  JOBSITE LOCATION
          DALLAS,    TX  75221
FEIN:    760214538 U / I:

THE FOLLOWING LOCATION OF OPERATION ADDRESS HAS BEEN ADDED:
LOC NO  11  NAME:  CALIFORNIA EQUIPMENT LEASING ASSOCATION, INC.
ADDRESS:  7980 ENTERPRISE DR
          NEWARK,    CA  94560
FEIN:    953564490 U / I:

### PREMIUM CHANGE

PRO-RATA FACTOR

| | | | |
|---|---|---|---|
| Additional Coverage Premium | STA | Return Coverage Premium | STA |
| Additional Taxes & Surcharges | | Return Taxes & Surcharges | |
| Total Additional Premium | STA | Total Return Premium | STA |

Countersigned: Date_____ By_____

U-WC-317-A (07-94)

Z0000700

**WORKERS COMPENSATION CHANGE ENDORSEMENT**

Insurance for this coverage part provided by:                                                      Policy Number **WC 9336968-00**

**AMERICAN ZURICH INSURANCE COMPANY**

NCCI Company No. 17965

| NAMED INSURED | ENDORSEMENT EFFECTIVE DATE | POLICY NUMBER |
|---|---|---|
| PETERSEN-DEAN, INC. | 04-30-11 | WC 9336968-00 |
| POLICY TERM: 04-30-2011 TO 04-30-2012 | ENDORSEMENT NUMBER 009 | |

**Change Description**

THE FOLLOWING LOCATION OF OPERATION ADDRESS HAS BEEN ADDED:
LOC NO  12  NAME:  CLEAR LAKE LEASING, INC.
ADDRESS:  JOBSITE LOCATION
          DALLAS,    TX  75221
FEIN:    760419895 U / I:

THE FOLLOWING LOCATION OF OPERATION ADDRESS HAS BEEN ADDED:
LOC NO  13  NAME:  MDF HOLDING CORP.
ADDRESS:  7980 ENTERPRISE DR
          NEWARK,    CA  94560
FEIN:    261088479 U / I:

THE FOLLOWING LOCATION OF OPERATION ADDRESS HAS BEEN ADDED:
LOC NO  14  NAME:  OCR EQUIPMENT, LLC
ADDRESS:  7980 ENTERPRISE DR
          NEWARK,    CA  94560
FEIN:    261258681 U / I:

THE FOLLOWING LOCATION OF OPERATION ADDRESS HAS BEEN ADDED:
LOC NO  15  NAME:  OCR SERVICES, INC.
ADDRESS:  7980 ENTERPRISE DR
          NEWARK,    CA  94560
FEIN:    261144972 U / I:

THE FOLLOWING LOCATION OF OPERATION ADDRESS HAS BEEN ADDED:
LOC NO  16  NAME:  OCR SOLAR & ROOFING, INC.
ADDRESS:  7980 ENTERPRISE DR
          NEWARK,    CA  94560
FEIN:    261177725 U / I:

THE FOLLOWING LOCATION OF OPERATION ADDRESS HAS BEEN ADDED:
LOC NO  17  NAME:  OCR SOLAR & ROOFING NV, INC.
ADDRESS:  7980 ENTERPRISE DR
          NEWARK,    CA  94560
FEIN:    261177725 U / I:

**PREMIUM CHANGE**

PRO-RATA FACTOR

| | | | |
|---|---|---|---|
| Additional Coverage Premium | STA | Return Coverage Premium | STA |
| Additional Taxes & Surcharges | | Return Taxes & Surcharges | |
| Total Additional Premium | STA | Total Return Premium | STA |

Countersigned: Date_____   By_____

U-WC-317-A (07-94)

Z0000701

**WORKERS COMPENSATION CHANGE ENDORSEMENT**

Insurance for this coverage part provided by:                                       Policy Number **WC  9336968-00**
**AMERICAN  ZURICH  INSURANCE  COMPANY**

NCCI Company No. 17965

| NAMED INSURED | ENDORSEMENT EFFECTIVE DATE | POLICY NUMBER |
|---|---|---|
| PETERSEN-DEAN, INC. | 04-30-11 | WC 9336968-00 |
| POLICY TERM: 04-30-2011 TO 04-30-2012 | ENDORSEMENT NUMBER 009 | |

### Change Description

```
THE FOLLOWING LOCATION OF OPERATION ADDRESS HAS BEEN ADDED:
LOC NO  18  NAME:  P & VB ASSOCIATES, INC.
ADDRESS:  7980 ENTERPRISE DR
          NEWARK,    CA  94560
FEIN:     943333079 U / I:

THE FOLLOWING LOCATION OF OPERATION ADDRESS HAS BEEN ADDED:
LOC NO  19  NAME:  PACIFIC COAST ROOFING & CONSTRUCTION, INC.
ADDRESS:  7980 ENTERPRISE DR
          NEWARK,    CA  94560
FEIN:     330121985 U / I:

THE FOLLOWING LOCATION OF OPERATION ADDRESS HAS BEEN ADDED:
LOC NO  20  NAME:  PARAMOUNT HOLDINGS, INC.
ADDRESS:  7980 ENTERPRISE DR
          NEWARK,    CA  94560
FEIN:     943333080 U / I:

THE FOLLOWING LOCATION OF OPERATION ADDRESS HAS BEEN ADDED:
LOC NO  21  NAME:  PD SOLAR, INC.
ADDRESS:  7980 ENTERPRISE DR
          NEWARK,    CA  94560
FEIN:     264083699 U / I:

THE FOLLOWING LOCATION OF OPERATION ADDRESS HAS BEEN ADDED:
LOC NO  22  NAME:  PD SOLAR, INC. DBA PETERSENDEAN ROOFING AND SOLAR
SYSTEMS
ADDRESS:  7980 ENTERPRISE DR
          NEWARK,    CA  94560
FEIN:     264083699 U / I:

THE FOLLOWING LOCATION OF OPERATION ADDRESS HAS BEEN ADDED:
LOC NO  23  NAME:  PETERSEN-DEAN COMMERCIAL, INC.
ADDRESS:  7980 ENTERPRISE DR
          NEWARK,    CA  94560
```

### PREMIUM CHANGE

PRO-RATA FACTOR

| | | | |
|---|---|---|---|
| Additional Coverage Premium | STA | Return Coverage Premium | STA |
| Additional Taxes & Surcharges | | Return Taxes & Surcharges | |
| Total Additional Premium | STA | Total Return Premium | STA |

Countersigned: Date_____   By_____

U-WC-317-A (07-94)

Z0000702

**WORKERS COMPENSATION CHANGE ENDORSEMENT**

Insurance for this coverage part provided by:                          Policy Number **WC 9336968-00**

**AMERICAN ZURICH INSURANCE COMPANY**

NCCI Company No. 17965

| NAMED INSURED | ENDORSEMENT EFFECTIVE DATE | POLICY NUMBER |
|---|---|---|
| PETERSEN-DEAN, INC. | 04-30-11 | WC 9336968-00 |
| POLICY TERM: 04-30-2011 TO 04-30-2012 | ENDORSEMENT NUMBER 009 | |

**Change Description**

```
FEIN:     200130134 U / I:

THE FOLLOWING LOCATION OF OPERATION ADDRESS HAS BEEN ADDED:
LOC NO  24  NAME:  PETERSEN-DEAN COMMERCIAL, INC. DBA PETERSENDEAN
ROOFING AND SOLAR SYSTEMS
ADDRESS:  7980 ENTERPRISE DR
          NEWARK,    CA  94560
FEIN:     200130134 U / I:

THE FOLLOWING LOCATION OF OPERATION ADDRESS HAS BEEN ADDED:
LOC NO  25  NAME:  PETERSEN-DEAN COMMERCIAL, INC. DBA PETERSENDEAN
ROOFING SYSTEMS, COMMERCIAL DIVISION
ADDRESS:  7980 ENTERPRISE DR
          NEWARK,    CA  94560
FEIN:     200130134 U / I:

THE FOLLOWING LOCATION OF OPERATION ADDRESS HAS BEEN ADDED:
LOC NO  26  NAME:  PETERSEN-DEAN, INC. DBA PETERSENDEAN
ADDRESS:  7980 ENTERPRISE DR
          NEWARK,    CA  94560
FEIN:     770051446 U / I:

THE FOLLOWING LOCATION OF OPERATION ADDRESS HAS BEEN ADDED:
LOC NO  27  NAME:  PETERSEN-DEAN, INC. DBA PETERSENDEAN ROOFING AND
SOLAR SYSTEMS
ADDRESS:  7980 ENTERPRISE DR
          NEWARK,    CA  94560
FEIN:     770051446 U / I:

THE FOLLOWING LOCATION OF OPERATION ADDRESS HAS BEEN ADDED:
LOC NO  28  NAME:  PETERSEN-DEAN, INC. DBA PETERSENDEAN ROOFING
SYSTEMS
ADDRESS:  7980 ENTERPRISE DR
          NEWARK,    CA  94560
FEIN:     770051446 U / I:
```

**PREMIUM CHANGE**

PRO-RATA FACTOR

| | | | |
|---|---|---|---|
| Additional Coverage Premium | STA | Return Coverage Premium | STA |
| Additional Taxes & Surcharges | | Return Taxes & Surcharges | |
| Total Additional Premium | STA | Total Return Premium | STA |

Countersigned: Date_____ By_____

U-WC-317-A (07-94)

Z0000703

**WORKERS COMPENSATION CHANGE ENDORSEMENT**

Insurance for this coverage part provided by:                              Policy Number **WC 9336968-00**
**AMERICAN ZURICH INSURANCE COMPANY**

NCCI Company No. 17965

| NAMED INSURED | ENDORSEMENT EFFECTIVE DATE | POLICY NUMBER |
|---|---|---|
| PETERSEN-DEAN, INC. | 04-30-11 | WC 9336968-00 |
| POLICY TERM: 04-30-2011 TO 04-30-2012 | ENDORSEMENT NUMBER 009 | |

**Change Description**

THE FOLLOWING LOCATION OF OPERATION ADDRESS HAS BEEN ADDED:
LOC NO  29  NAME:  PETERSENDEAN ROOFING AND SOLAR SYSTEMS, INC.
ADDRESS:  JOBSITE LOCATION
       MIAMI,    FL  33101
FEIN:    650762571 U / I:

THE FOLLOWING LOCATION OF OPERATION ADDRESS HAS BEEN ADDED:
LOC NO  30  NAME:  PETERSENDEAN ROOFING AND SOLAR SYSTEMS, INC. FKA
ROOF TILE SPECIALISTS, INC.-PALM CITY
ADDRESS:  JOBSITE LOCATION
       MIAMI,    FL  33101
FEIN:    650762571 U / I:

THE FOLLOWING LOCATION OF OPERATION ADDRESS HAS BEEN ADDED:
LOC NO  31  NAME:  PVO INVESTMENTS, INC.
ADDRESS:  7980 ENTERPRISE DR
       NEWARK,    CA  94560
FEIN:    201749962 U / I:

THE FOLLOWING LOCATION OF OPERATION ADDRESS HAS BEEN ADDED:
LOC NO  32  NAME:  RED ROSE, INC.
ADDRESS:  JOBSITE LOCATION
       LAS VEGAS,    NV  89125
FEIN:    880137048 U / I:

THE FOLLOWING LOCATION OF OPERATION ADDRESS HAS BEEN ADDED:
LOC NO  33  NAME:  RED ROSE, INC. DBA PETERSENDEAN ROOFING AND SHEET
METAL
ADDRESS:  JOBSITE LOCATION
       LAS VEGAS,    NV  89125
FEIN:    880137048 U / I:

THE FOLLOWING LOCATION OF OPERATION ADDRESS HAS BEEN ADDED:
LOC NO  34  NAME:  ROOF TILE SPECIALISTS, INC.
ADDRESS:  JOBSITE LOCATION

**PREMIUM CHANGE**

PRO-RATA FACTOR

| | | | |
|---|---|---|---|
| Additional Coverage Premium | STA | Return Coverage Premium | STA |
| Additional Taxes & Surcharges | | Return Taxes & Surcharges | |
| Total Additional Premium | STA | Total Return Premium | STA |

Countersigned: Date_____  By_____

U-WC-317-A (07-94)

Z0000704

**WORKERS COMPENSATION CHANGE ENDORSEMENT**

Insurance for this coverage part provided by:

Policy Number **WC 9336968-00**

**AMERICAN ZURICH INSURANCE COMPANY**

NCCI Company No. 17965

| NAMED INSURED | ENDORSEMENT EFFECTIVE DATE | POLICY NUMBER |
|---|---|---|
| PETERSEN-DEAN, INC. | 04-30-11 | WC 9336968-00 |
| POLICY TERM: 04-30-2011 TO 04-30-2012 | ENDORSEMENT NUMBER 009 | |

<strong>Change Description</strong>

```
         MIAMI,    FL  33101
FEIN:    592706214 U / I:


THE FOLLOWING LOCATION OF OPERATION ADDRESS HAS BEEN ADDED:
LOC NO  35  NAME:  ROOF TILE SPECIALISTS, INC.-MIAMI (DISSOLVED
12/01/06)
ADDRESS:  JOBSITE LOCATION
          MIAMI,    FL  33101
FEIN:    650933740 U / I:


THE FOLLOWING LOCATION OF OPERATION ADDRESS HAS BEEN ADDED:
LOC NO  36  NAME:  ROOF TILE SPECIALISTS, INC.-WEST PALM (DISSOLVED
11/26/07)
ADDRESS:  1011 FAIRFIELD DR
          WEST PALM BEACH,    FL  33407
FEIN:    650898382 U / I:


THE FOLLOWING LOCATION OF OPERATION ADDRESS HAS BEEN ADDED:
LOC NO  37  NAME:  SONOMA ROOFING SERVICES, INC.
ADDRESS:  7980 ENTERPRISE DR
          NEWARK,    CA  94560
FEIN:    680127998 U / I:


THE FOLLOWING LOCATION OF OPERATION ADDRESS HAS BEEN ADDED:
LOC NO  38  NAME:  SONOMA ROOFING SERVICES, INC. DBA PETERSENDEAN
ROOFING AND SOLAR SYSTEMS
ADDRESS:  7980 ENTERPRISE DR
          NEWARK,    CA  94560
FEIN:    680127998 U / I:


THE FOLLOWING LOCATION OF OPERATION ADDRESS HAS BEEN ADDED:
LOC NO  39  NAME:  SONOMA ROOFING SERVICES, INC. DBA ROOFING
SERVICES, INC.
ADDRESS:  7980 ENTERPRISE DR
          NEWARK,    CA  94560
```

<strong>PREMIUM CHANGE</strong>

PRO-RATA FACTOR

| | | | |
|---|---|---|---|
| Additional Coverage Premium | STA | Return Coverage Premium | STA |
| Additional Taxes & Surcharges | | Return Taxes & Surcharges | |
| Total Additional Premium | STA | Total Return Premium | STA |

Countersigned: Date_____  By_____

U-WC-317-A (07-94)

Z0000705

**WORKERS COMPENSATION CHANGE ENDORSEMENT**

Insurance for this coverage part provided by:                                    Policy Number **WC 9336968-00**
**AMERICAN ZURICH INSURANCE COMPANY**

NCCI Company No. 17965

| NAMED INSURED | ENDORSEMENT EFFECTIVE DATE | POLICY NUMBER |
|---|---|---|
| PETERSEN-DEAN, INC. | 04-30-11 | WC 9336968-00 |
| POLICY TERM: 04-30-2011 TO 04-30-2012 | ENDORSEMENT NUMBER 009 | |

### Change Description

```
FEIN:     680127998 U / I:

THE FOLLOWING LOCATION OF OPERATION ADDRESS HAS BEEN ADDED:
LOC NO  40  NAME:  THERMA SEAL ROOF SYSTEMS, INC. (DISSOLVED 3/22/10)
ADDRESS:  JOBSITE LOCATION
          MIAMI,     FL  33101
FEIN:     721546177 U / I:

THE FOLLOWING LOCATION OF OPERATION ADDRESS HAS BEEN ADDED:
LOC NO  41  NAME:  TRI VALLEY SUPPLY, INC.
ADDRESS:  7980 ENTERPRISE DR
          NEWARK,    CA  94560
FEIN:     943199898 U / I:

THE FOLLOWING LOCATION OF OPERATION ADDRESS HAS BEEN ADDED:
LOC NO  42  NAME:  TRI VALLEY SUPPLY, INC. DBA TRI VALLEY CONTRACTORS
ADDRESS:  7980 ENTERPRISE DR
          NEWARK,    CA  94560
FEIN:     943199898 U / I:

THE FOLLOWING LOCATION OF OPERATION ADDRESS HAS BEEN ADDED:
LOC NO  43  NAME:  TRI VALLEY SUPPLY, INC. DBA TRI VALLEY WHOLESALE
ADDRESS:  7980 ENTERPRISE DR
          NEWARK,    CA  94560
FEIN:     943199898 U / I:

THE FOLLOWING LOCATION OF OPERATION ADDRESS HAS BEEN ADDED:
LOC NO  44  NAME:  TRI VALLEY WHOLESALE
ADDRESS:  7980 ENTERPRISE DR
          NEWARK,    CA  94560
FEIN:     943199898 U / I:
```

### PREMIUM CHANGE

PRO-RATA FACTOR

| | | | |
|---|---|---|---|
| Additional Coverage Premium | STA | Return Coverage Premium | STA |
| Additional Taxes & Surcharges | | Return Taxes & Surcharges | |
| Total Additional Premium | STA | Total Return Premium | STA |

Countersigned: Date_____ By_____

U-WC-317-A (07-94)

**Z0000706**

# D I V I D E R

# P A G E

```
Producer No:  09377000          SAN:          WC910319000000
Pol Eff Dt:   04-30-2011        Office:       KGCM

Date Printed: 05-24-2012
Time Printed: 11:01:54

Trans Eff Dt: 04-30-2011
Insured Name: PETERSEN-DEAN, INC.
Policy No:    WC933696800
Trans Seq No: 011
Trans Type:   Change Endorsement
Oper Init:    USEJROD
Company Abbr: ZA
Release Version: 12.08

User-Selected Sets    Copies Printer
INSURED-FULL POLICY W 01     PDF ONLY
AGENT-FULL POLICY W/O 01     PDF ONLY
ZDW                   01     Don't print
```

Z0000707

LOCKTON INSURANCE BROKERS, LLC
725 S FIGUEROA ST FL 35
LOS ANGELES, CA 90017-5524

Z0000708

# POLICYWRITING INDEX

INSURANCE FOR THIS COVERAGE PART PROVIDED BY:
**AMERICAN ZURICH INSURANCE COMPANY**

COMPANY CODE: 02

| ACCOUNT NUMBER | POLICY NUMBER | PREVIOUS POLICY NUMBER | EFFECTIVE DATE - EXPIRATION DATE |
|---|---|---|---|
| 9336968000 | WC 9336968-00 | NEW | 04-30-2011    04-30-2012 |

NAMED INSURED **PETERSEN-DEAN, INC.**

| MISCELLANEOUS INFORMATION | | TRANSACTION INFORMATION | |
|---|---|---|---|
| PAYMENT PLAN | **MONTHLY** | TRANS. TYPE | **ENDORSEMENT** |
| OPERATOR I.D. | **USEJROD** | TRANS. SEQ. # | **011** |
| UNDERWRITER I.D. | **USZMMB4** | DATE PROCESSED | **05-24-12** |
| COUNTERSIGNATURE | **N** | TRANS. DATE | **04-30-11** |
| COMPULSORY AUTO | | ENDORSEMENT # | **010** |
| WORK. COMP. FEDERAL I.D. # **77-0051446** | | CANC/REIN REASON | |
| AUDIT INDICATOR | **A** | | |
| UPC CODE | **0000** | | |
| SIC CODE | **1761** | | |
| **ROOFING, SHEET METAL WORK** | | | |

LINE OF BUSINESS/ COMMISSIONS:

| LINE OF BUSINESS | COMMISSION % |
|---|---|
| WORKERS' COMPENSATION | VRS |

FULL ANNUAL PREMIUM    **$   694,981.00**
BILLED PREMIUM    **NO CHARGE**

| NAMED INSURED MAILING ADDRESS | PRODUCER INFORMATION          CODE 09377-000 |
|---|---|
| **PETERSEN-DEAN, INC.** | **LOCKTON INSURANCE BROKERS, LLC** |
|  | **725 S FIGUEROA ST FL 35** |
| **7980 ENTERPRISE DR** | |
| **NEWARK                CA   94560-3413** | **LOS ANGELES                CA   90017-5524** |

ASSEMBLY INFORMATION

STAMPS/ STICKERS

MAILING INSTRUCTIONS

Z0000709

# POLICYWRITING INDEX

| ACCOUNT NUMBER | POLICY NUMBER | PREVIOUS POLICY NUMBER | EFFECTIVE DATE - EXPIRATION DATE |
|---|---|---|---|
| 9336968000 | WC 9336968-00 | NEW | 04-30-2011          04-30-2012 |

## COMPUTER PRODUCED FORMS

U-WC-317-A                     07-94 WORKERS COMPENSATION CHANGE ENDORSEMENT

Z0000710

**WORKERS COMPENSATION CHANGE ENDORSEMENT**

Insurance for this coverage part provided by:                                        Policy Number: **WC 9336968-00**
**AMERICAN ZURICH INSURANCE COMPANY**

NCCI Company No. 17965

| NAMED INSURED | ENDORSEMENT EFFECTIVE DATE | POLICY NUMBER |
|---|---|---|
| PETERSEN-DEAN, INC. | 04-30-11 | WC 9336968-00 |
| POLICY TERM: 04-30-2011 TO 04-30-2012 | ENDORSEMENT NUMBER 010 | |

| Change Description |
|---|
| EXPERIENCE MODIFICATION HAS BEEN MODIFIED TO 0.87  FOR THE STATE OF CA.<br><br><br><br>PREMIUM SUBJECT TO AUDIT<br>ALL OTHER TERMS & CONDITIONS REMAIN THE SAME |

| PREMIUM CHANGE | | | |
|---|---|---|---|
| PRO-RATA FACTOR | | | |
| Additional Coverage Premium | STA | Return Coverage Premium | STA |
| Additional Taxes & Surcharges | | Return Taxes & Surcharges | |
| Total Additional Premium | STA | Total Return Premium | STA |

Countersigned: Date_____ By_____

U-WC-317-A (07-94)

Z0000711

# DIVIDER

# PAGE

```
Producer No:   09377000          SAN:           WC910319000000
Pol Eff Dt:    04-30-2011        Office:        KGCM

Date Printed: 08-09-2012
Time Printed: 10:23:00

Trans Eff Dt: 04-30-2011
Insured Name: PETERSEN-DEAN, INC.
Policy No:    WC933696800
Trans Seq No: 013
Trans Type:   Void Endorsement
Oper Init:    USZSCP2
Company Abbr: ZA
Release Version: 12.12

User-Selected Sets    Copies Printer
INSURED-FULL POLICY W 01      PDF ONLY
AGENT-FULL POLICY W/O 01      PDF ONLY
ZDW                   01      Don't print
```

Z0000712

LOCKTON INSURANCE BROKERS, LLC
725 S FIGUEROA ST FL 35
LOS ANGELES, CA 90017-5524

Z0000713

# POLICYWRITING INDEX

INSURANCE FOR THIS COVERAGE PART PROVIDED BY:

## American Zurich Insurance Company

COMPAY CODE: 02

| ACCOUNT NUMBER | POLICY NUMBER | PREVIOUS POLICY NUMBER | EFFECTIVE DATE - EXPIRATION DATE | |
|---|---|---|---|---|
| 9336968000 | WC 9336968-00 | NEW | 04-30-2011 | 04-30-2012 |

NAMED INSURED   PETERSEN-DEAN, INC.

| **MISCELLANEOUS INFORMATION** | | **TRANSACTION INFORMATION** | |
|---|---|---|---|
| PAYMENT PLAN | MONTHLY | TRANS. TYPE | ENDORSEMENT |
| OPERATOR I.D. | USZSCP2 | TRANS. SEQ. # | 013 |
| UNDERWRITER I.D. | USZMMB4 | DATE PROCESSED | 08-09-12 |
| COUNTERSIGNATURE | N | TRANS. DATE | 04-30-11 |
| COMPULSORY AUTO | | ENDORSEMENT # | 011 |
| WORK. COMP. FEDERAL I.D # | 77-0051446 | CANC/REIN REASON | |
| AUDIT INDICATOR | A | | |
| UPC CODE | 0000 | | |
| ZEROES - DEFAULT | | | |
| SIC CODE | 1761 | | |
| ROOFING, SHEET METAL WORK | | | |

LINES OF BUSINESS

| LINE OF BUSINESS | COMMISSION % |
|---|---|
| WORKERS' COMPENSATION | VRS |

FULL ANNUAL  PREMIUM  $   694,981.00
BILLED PREMIUM    NO CHARGE

| **NAMED INSURED MAILING ADDRESS** | **PRODUCER  INFORMATION**        CODE   09377-000 |
|---|---|
| PETERSEN-DEAN, INC. | LOCKTON INSURANCE BROKERS, LLC |
| | 725 S FIGUEROA ST FL 35 |
| 7980 ENTERPRISE DR | |
| NEWARK                    CA        94560-3413 | LOS ANGELES                    CA        90017-5524 |

### ASSEMBLY INFORMATION

#### STAMPS/STICKERS

#### MAILING INSTRUCTIONS

Z0000714

# POLICYWRITING INDEX

| ACCOUNT NUMBER | POLICY NUMBER | PREVIOUS POLICY NUMBER | EFFECTIVE DATE - EXPIRATION DATE |
|---|---|---|---|
| 9336968000 | WC 9336968-00 | NEW | 04-30-2011          04-30-2012 |

### COMPUTER PRODUCED FORMS

U-WC-317-A                    07-94 WORKERS COMPENSATION CHANGE ENDORSEMENT

Z0000715

**WORKERS COMPENSATION CHANGE ENDORSEMENT**

Insurance for this coverage part provided by:

Policy Number **WC 9336968-00**

**AMERICAN ZURICH INSURANCE COMPANY**

NCCI Company No. 17965

| NAMED INSURED | ENDORSEMENT EFFECTIVE DATE | POLICY NUMBER |
|---|---|---|
| PETERSEN-DEAN, INC. | 04-30-11 | WC 9336968-00 |
| **POLICY TERM:** 04-30-2011 **TO** 04-30-2012 | ENDORSEMENT NUMBER 011 | |

### Change Description

ENDORSEMENT # 11, EFFECTIVE 4/30/2011, IS HEREBY DECLARED NULL AND VOID.

THE FOLLOWING LOCATION OF OPERATION ADDRESS HAS BEEN DELETED:
LOC NO  45  NAME:  NATIONAL RISK AND SAFETY INSURANCE, INC.
ADDRESS:  7980 ENTERPRISE DR
          NEWARK,  CA  94560
FEIN:  204497534    U/I:

### PREMIUM CHANGE

PRO-RATA FACTOR

| | | | |
|---|---|---|---|
| Additional Coverage Premium | STA | Return Coverage Premium | STA |
| Additional Taxes & Surcharges | | Return Taxes & Surcharges | |
| Total Additional Premium | STA | Total Return Premium | STA |

Countersigned: Date_____ By_____

U-WC-317-A (07-94)

Z0000716

# DIVIDER

# PAGE

```
Producer No:   09377000          SAN:          WC910319000000
Pol Eff Dt:    04-30-2011        Office:       KGCM

Date Printed: 07-11-2013
Time Printed: 10:26:46

Trans Eff Dt: 09-30-2011
Insured Name: PETERSEN-DEAN, INC.
Policy No:    WC933696800
Trans Seq No: 014
Trans Type:   Change Endorsement
Oper Init:    USZMKK2
Company Abbr: ZA
Release Version: 13.10


User-Selected Sets    Copies Printer
ZDW                   01     Don't print
```

Z0000717

LOCKTON INSURANCE BROKERS, LLC
725 S FIGUEROA ST FL 35
LOS ANGELES, CA 90017-5524

Z0000718

# POLICYWRITING INDEX

INSURANCE FOR THIS COVERAGE PART PROVIDED BY:

## AMERICAN ZURICH INSURANCE COMPANY

COMPANY CODE:   02

| ACCOUNT NUMBER | POLICY NUMBER | PREVIOUS POLICY NUMBER | EFFECTIVE DATE - EXPIRATION DATE |
|---|---|---|---|
| 9336968000 | WC 9336968-00 | NEW | 04-30-2011          04-30-2012 |

NAMED INSURED      PETERSEN-DEAN, INC.

| MISCELLANEOUS INFORMATION | | TRANSACTION INFORMATION | |
|---|---|---|---|
| PAYMENT PLAN | MONTHLY | TRANS. TYPE | ENDORSEMENT |
| OPERATOR I.D. | USZMKK2 | TRANS. SEQ. # | 014 |
| UNDERWRITER I.D. | USZMMB4 | DATE PROCESSED | 07-11-13 |
| COUNTERSIGNATURE | N | TRANS. DATE | 09-30-11 |
| COMPULSORY AUTO | | ENDORSEMENT # | 012 |
| WORK. COMP. FEDERAL I.D # | 77-0051446 | CANC/REIN REASON | |
| AUDIT INDICATOR | A | | |
| UPC CODE | 0000 | | |
|     ZEROES - DEFAULT | | | |
| SIC CODE | 1761 | | |
|     ROOFING, SHEET METAL WORK | | | |

LINES OF BUSINESS /COMMISSIONS:

| LINE OF BUSINESS | COMMISSION % |
|---|---|
| WORKERS' COMPENSATION | VRS |

FULL ANNUAL PREMIUM   $   694,981.00
BILLED PREMIUM   NO CHARGE

| NAMED INSURED MAILING ADDRESS | PRODUCER INFORMATION          CODE   09377-000 |
|---|---|
| PETERSEN-DEAN, INC. | LOCKTON INSURANCE BROKERS, LLC |
| | 725 S FIGUEROA ST FL 35 |
| 7980 ENTERPRISE DR | |
| NEWARK          CA      94560-3413 | LOS ANGELES          CA      90017-5524 |

### ASSEMBLY INFORMATION

#### STAMPS/STICKERS

#### MAILING INSTRUCTIONS

Z0000719

# POLICYWRITING INDEX

| ACCOUNT NUMBER<br>9336968000 | POLICY NUMBER<br>WC 9336968-00 | PREVIOUS POLICY NUMBER<br>NEW | EFFECTIVE DATE - EXPIRATION DATE<br>04-30-2011        04-30-2012 |
|---|---|---|---|

### COMPUTER PRODUCED FORMS

| | | |
|---|---|---|
| U-WC-317-A | 07-94 | WORKERS COMPENSATION CHANGE ENDORSEMENT |
| U-WC-318-A | 07-94 | SCHEDULE OF WORKERS COMPENSATION CHANGES |
| WC 31 03 08 | 04-84 | NY LIMIT OF LIABILITY |
| WC 31 03 19 F | 02-11 | NY CONST CLASS PREM ADJ ENDT |
| WC990696 | 05-04 | NY WORKERS COMPENSATION SECURITY FUND |

Z0000720

**WORKERS COMPENSATION CHANGE ENDORSEMENT**

Insurance for this coverage part provided by:                                        Policy Number **WC 9336968-00**
**AMERICAN ZURICH INSURANCE COMPANY**

NCCI Company No. 17965

| NAMED INSURED | ENDORSEMENT EFFECTIVE DATE | POLICY NUMBER |
|---|---|---|
| PETERSEN-DEAN, INC. | 09-30-11 | WC 9336968-00 |
| POLICY TERM: 04-30-2011 TO 04-30-2012 | ENDORSEMENT NUMBER 012 | |

### Change Description

THE STATE OF NEW YORK HAS BEEN ADDED TO ITEM 3.A. OF THIS POLICY.

THE STATE OF NEW YORK HAS BEEN DELETED FROM ITEM 3.C OF THIS POLICY.

THE FOLLOWING CLASS CODE IS ADDED TO THIS POLICY:
STATE:  NEW YORK     RATING GROUP:  0006-01
CLASS CODE:  5545  (ROOFING NOC & DRIVERS)
ANNUAL PREMIUM BASIS:  IF ANY    PRO RATA FACTOR:  0.581
RATE:  30.35    ANNUAL CLASSIFICATION PREMIUM:  $0.00

THE FOLLOWING RATING PLAN IS ADDED TO THIS POLICY:
INCREASE LIMITS(9812)    STATE:  NY    AMOUNT:  2.80%

THE FOLLOWING RATING PLAN IS ADDED TO THIS POLICY:
NY STATE ASSESSMENT SURCHARGE(0932)    STATE:  NY    AMOUNT:  18.10%

THE FOLLOWING RATING PLAN IS ADDED TO THIS POLICY:
WC SECURITY FUND SURCHARGE(9749)    STATE:  NY    AMOUNT:  .00%

THE FOLLOWING RATING PLAN IS ADDED TO THIS POLICY:
TERRORISM(9740)    STATE:  NY    AMOUNT: $.043

THE FOLLOWING RATING PLAN IS ADDED TO THIS POLICY:
CATASTROPHE (O/T ACTS OF TERR)(9741)    STATE:  NY    AMOUNT: $.009

THE FOLLOWING LOCATION OF OPERATION ADDRESS HAS BEEN ADDED:
LOC NO  45  NAME:  PETERSENDEAN ROOFING AND SOLAR SYSTEMS, INC.
ADDRESS:  NO FIXED ADDRESS
          ,      NY
FEIN:    650762571 U / I: 5072831

THE FOLLOWING FORM(S) HAS BEEN ADDED:
WC 31 03 08    04-84    NY LIMIT OF LIABILITY
WC 31 03 19 F   02-11    NY CONST CLASS PREM ADJ ENDT

### PREMIUM CHANGE

PRO-RATA FACTOR

| | | | |
|---|---|---|---|
| Additional Coverage Premium | STA | Return Coverage Premium | STA |
| Additional Taxes & Surcharges | | Return Taxes & Surcharges | |
| Total Additional Premium | STA | Total Return Premium | STA |

Countersigned:  Date_____    By_____

U-WC-317-A (07-94)

**Z0000721**

**WORKERS COMPENSATION CHANGE ENDORSEMENT**

Insurance for this coverage part provided by:                    Policy Number **WC 9336968-00**
**AMERICAN ZURICH INSURANCE COMPANY**

NCCI Company No. 17965

| NAMED INSURED | ENDORSEMENT EFFECTIVE DATE | POLICY NUMBER |
|---|---|---|
| PETERSEN-DEAN, INC. | 09-30-11 | WC 9336968-00 |
| **POLICY TERM:** 04-30-2011 **TO** 04-30-2012 | ENDORSEMENT NUMBER 012 | |

**Change Description**

WC990696        05-04        NY WORKERS COMPENSATION SECURITY FUND

ANY PREMIUM ADJUSTMENT IS SUBJECT TO AUDIT

ALL OTHER TERMS AND CONDITIONS REMAIN THE SAME

**PREMIUM CHANGE**

PRO-RATA FACTOR

| | | | |
|---|---|---|---|
| Additional Coverage Premium | STA | Return Coverage Premium | STA |
| Additional Taxes & Surcharges | | Return Taxes & Surcharges | |
| Total Additional Premium | STA | Total Return Premium | STA |

Countersigned: Date_____ By_____

U-WC-317-A (07-94)

Z0000722

**SCHEDULE OF WORKERS COMPENSATION CHANGES**

Insurance for this coverage part provided by:

Policy Number WC 9336968-00

**AMERICAN ZURICH INSURANCE COMPANY**

CLASS CODE INFORMATION AFFECTED BY THIS CHANGE IS ADDED, DELETED OR CHANGED AS INDICATED

| LOC. | ITEM 4. CLASSIFICATION OF OPERATIONS — Entry in this item, except as specifically provided elsewhere in this policy, does not modify any of the other provisions of this policy. | Code No. | PREMIUM BASIS — Total Estimated Annual Remuneration | RATES — Per $100 of Remuneration | PREMIUM — Estimated Additional or Return Premium |
|---|---|---|---|---|---|
| | Group Number: 0002-1 | | | | |
| | Roofing - All Kinds & Drivers | 5551 | 2000000 | 12.84 | $ 0.00 |
| | Total Class Premium | | | | $ 0.00 |
| | Large Deductible -.75 | 9664 | | | $ 0.00 |
| | Increase Limits .02 | 9812 | | | $ 0.00 |
| | Total Subject Premium | | | | $ 0.00 |
| | Experience Premium .69 | 9898 | | | $ 0.00 |
| | Total Modified Premium | | | | $ 0.00 |
| | Standard Total | | | | $ 0.00 |
| | Premium Discount 11.4% | 0063 | | | $ 0.00 |
| | Terrorism .01 | 9740 | | | $ 0.00 |
| | Catastrophe (O/T Acts of Terr) .01 | 9741 | | | $ 0.00 |
| | Total Estimated Premium | | | | $ 0.00 |
| | Final Total | | | | $ 0.00 |

U-WC-318-A (07-94)

Z0000723

**SCHEDULE OF WORKERS COMPENSATION CHANGES**

Insurance for this coverage part provided by:

**AMERICAN ZURICH INSURANCE COMPANY**

Policy Number **WC 9336968-00**

| CLASS CODE INFORMATION AFFECTED BY THIS CHANGE IS ADDED, DELETED OR CHANGED AS INDICATED | | | | | |
|---|---|---|---|---|---|
| **ITEM 4.** CLASSIFICATION OF OPERATIONS | | | PREMIUM BASIS | RATES | PREMIUM |
| LOC. | Entry in this item, except as specifically provided elsewhere in this policy, does not modify any of the other provisions of this policy. | Code No. | Total Estimated Annual Remuneration | Per $100 of Remuneration | Estimated Additional or Return Premium |
| | Group Number: 0001-1 | | | | |
| | Electrical wiring - within buildings - including installation or repair of fixtures or appliances - shop and outside - employees whose regular hourly wage does not equal or exceed $28.00 per hour | 5190 | 3000000 | 5.54 | $         0.00 |
| | Sheet metal work - erection, installation or repair - shop and outside - including installation of furnaces or air conditioning systems - employees whose regular hourly wage does not equal or exceed $25.00 per hour - N.O.C. | 5538 | IF ANY | 8.09 | $         0.00 |
| | Roofing - all kinds - including yard employees - employees whose regular hourly wage does not equal or exceed $23.00 per hour | 5552 | 3500000 | 26.9 | $         0.00 |
| | Roofing - all kinds - including yard employees - employees whose regular hourly wage equals or exceeds $23.00 per hour. Assignment of this classification is subject to verification at the time of final audit that the employee's regular hourly wage equals or exceeds $23.00 per hour. The payroll of an employee whose regular hourly wage is not shown to equal or exceed $23.00 per hour shall be classified as 5552, Roofing. | 5553 | 4900000 | 12.07 | $         0.00 |

U-WC-318-A (07-94)

Z0000724

**SCHEDULE OF WORKERS COMPENSATION CHANGES**

Insurance for this coverage part provided by:

**AMERICAN ZURICH INSURANCE COMPANY**

Policy Number **WC 9336968-00**

| CLASS CODE INFORMATION AFFECTED BY THIS CHANGE IS ADDED, DELETED OR CHANGED AS INDICATED | | | | | |
|---|---|---|---|---|---|
| **ITEM 4.** CLASSIFICATION OF OPERATIONS | | | PREMIUM BASIS | RATES | PREMIUM |
| LOC. | Entry in this item, except as specifically provided elsewhere in this policy, does not modify any of the other provisions of this policy. | Code No. | Total Estimated Annual Remuneration | Per $100 of Remuneration | Estimated Additional or Return Premium |
| | Carpentry - construction or remodeling of dwellings not exceeding three stories in height - including the construction of private garages and the installation of interior trim, builders finish, doors and cabinet work in connection with such structures - employees whose regular hourly wage does not equal or exceed $26.00 per hour | 5645 | 400000 | 15.51 | $ 0.00 |
| | Carpentry - construction or remodeling of detached private residences for occupancy by one or two families - including the construction of private garages and the installation of interior trim, builders finish, doors and cabinet work in connection with such structures - employees whose regular hourly wage equals or exceeds $26.00 per hour. Assignment of this classification is subject to verification at the time of final audit that the employee's regular hourly wage equals or exceeds $26.00 per hour. The payroll of an employee whose regular hourly wage is not shown to equal or exceed $26.00 per hour shall be classified as 5645(1), Carpentry. | 5697 | 400000 | 6.31 | $ 0.00 |
| | Lumberyards-Commercial-No Secondhand Materials | 8232 | 700000 | 8.4 | $ 0.00 |

U-WC-318-A (07-94)

Z0000725

**SCHEDULE OF WORKERS COMPENSATION CHANGES**

Insurance for this coverage part provided by:

**AMERICAN ZURICH INSURANCE COMPANY**

Policy Number **WC 9336968-00**

CLASS CODE INFORMATION AFFECTED BY THIS CHANGE IS ADDED, DELETED OR CHANGED AS INDICATED

| | ITEM 4. CLASSIFICATION OF OPERATIONS | | PREMIUM BASIS | RATES | PREMIUM |
|---|---|---|---|---|---|
| LOC. | Entry in this item, except as specifically provided elsewhere in this policy, does not modify any of the other provisions of this policy. | Code No. | Total Estimated Annual Remuneration | Per $100 of Remuneration | Estimated Additional or Return Premium |
| | Total Class Premium | | | | $        0.00 |
| | Increase Limits        .028 | 9812 | | | $        0.00 |
| | Total Subject | | | | |
| | Premium | | | | $        0.00 |
| | Experience Premium  .87 | 9898 | | | $        0.00 |
| | Total Modified | | | | |
| | Premium | | | | $        0.00 |
| | Standard Total | | | | $        0.00 |
| | Large Deductible   -.766713 | 9663 | | | $        0.00 |
| | Terrorism        .03 | 9740 | | | $        0.00 |
| | Catastrophe (O/T | | | | |
| | Acts of Terr)      .01 | 9741 | | | $        0.00 |
| | Total Estimated | | | | |
| | Premium | | | | $        0.00 |
| | CIGA Surcharge     .02559 | 0989 | | | $        0.00 |
| | CA Admin Revolving | | | | |
| | Fund Assess      .014721 | 0987 | | | $        0.00 |
| | CA Occ Safety & | | | | |
| | Health Fund      .002467 | 0992 | | | $        0.00 |
| | CA Fraud Assessment .004348 | 0988 | | | $        0.00 |
| | CA Unins Empl | | | | |
| | Benefits Assess    .004101 | 0000 | | | $        0.00 |
| | CA Subs Inj | | | | |
| | Benefits Assess    .001776 | 0000 | | | $        0.00 |
| | CA LECF Assessment  .002315 | 0000 | | | $        0.00 |
| | Final Total | | | | $        0.00 |

U-WC-318-A (07-94)

Z0000726

**SCHEDULE OF WORKERS COMPENSATION CHANGES**

Insurance for this coverage part provided by:

Policy Number **WC 9336968-00**

**AMERICAN ZURICH INSURANCE COMPANY**

CLASS CODE INFORMATION AFFECTED BY THIS CHANGE IS ADDED, DELETED OR CHANGED AS INDICATED

| ITEM 4. CLASSIFICATION OF OPERATIONS | | | PREMIUM BASIS | RATES | PREMIUM | |
|---|---|---|---|---|---|---|
| LOC. | Entry in this item, except as specifically provided elsewhere in this policy, does not modify any of the other provisions of this policy. | Code No. | Total Estimated Annual Remuneration | Per $100 of Remuneration | Estimated Additional or Return Premium | |
| | Group Number: 0003-1 | | | | | |
| | Sheet Metal Work-Installation & Drivers | 5535 | 1200000 | 8.26 | $ | 0.00 |
| | Roofing - All Kinds & Drivers | 5551 | 4500000 | 17.1 | $ | 0.00 |
| | Total Class Premium | | | | $ | 0.00 |
| | Increase Limits       .014 | 9812 | | | $ | 0.00 |
| | Total Subject Premium | | | | $ | 0.00 |
| | Experience Premium  .69 | 9898 | | | $ | 0.00 |
| | Total Modified Premium | | | | $ | 0.00 |
| | Standard Total | | | | $ | 0.00 |
| | Large Deductible    -.75 | 9663 | | | $ | 0.00 |
| | Terrorism - Deductible Rate     .0175 | 9740 | | | $ | 0.00 |
| | Total Estimated Premium | | | | $ | 0.00 |
| | Final Total | | | | $ | 0.00 |

U-WC-318-A (07-94)

Z0000727

**SCHEDULE OF WORKERS COMPENSATION CHANGES**

Insurance for this coverage part provided by:

**AMERICAN ZURICH INSURANCE COMPANY**

Policy Number **WC 9336968-00**

| CLASS CODE INFORMATION AFFECTED BY THIS CHANGE IS ADDED, DELETED OR CHANGED AS INDICATED | | | | | |
|---|---|---|---|---|---|
| **ITEM 4.** CLASSIFICATION OF OPERATIONS | | | PREMIUM BASIS | RATES | PREMIUM |
| LOC. | Entry in this item, except as specifically provided elsewhere in this policy, does not modify any of the other provisions of this policy. | Code No. | Total Estimated Annual Remuneration | Per $100 of Remuneration | Estimated Additional or Return Premium |
| | Group Number: 0004-1 | | | | |
| | Sheet Metal Work-Installation & Drivers | 5535 | 500000 | 5.8 | $       0.00 |
| | Roofing - All Kinds & Drivers | 5551 | 2100000 | 11.01 | $       0.00 |
| | Total Class Premium | | | | $       0.00 |
| | Increase Limits       .028 | 9812 | | | $       0.00 |
| | Total Subject Premium | | | | $       0.00 |
| | Experience Premium   .69 | 9898 | | | $       0.00 |
| | Total Modified Premium | | | | $       0.00 |
| | Standard Total | | | | $       0.00 |
| | Large Deductible     -.776824 | 9663 | | | $       0.00 |
| | Expense Constant | 0900 | | | $       0.00 |
| | Terrorism            .02 | 9740 | | | $       0.00 |
| | Catastrophe (O/T Acts of Terr)   .02 | 9741 | | | $       0.00 |
| | Total Estimated Premium | | | | $       0.00 |
| | Final Total | | | | $       0.00 |

U-WC-318-A (07-94)

Z0000728

## SCHEDULE OF WORKERS COMPENSATION CHANGES

Insurance for this coverage part provided by:

**AMERICAN ZURICH INSURANCE COMPANY**

Policy Number **WC 9336968-00**

CLASS CODE INFORMATION AFFECTED BY THIS CHANGE IS ADDED, DELETED OR CHANGED AS INDICATED

| LOC. | ITEM 4. CLASSIFICATION OF OPERATIONS — Entry in this item, except as specifically provided elsewhere in this policy, does not modify any of the other provisions of this policy. | Code No. | PREMIUM BASIS — Total Estimated Annual Remuneration | RATES — Per $100 of Remuneration | PREMIUM — Estimated Additional or Return Premium |
|---|---|---|---|---|---|
| | Group Number: 0006-1 | | | | |
| | Roofing NOC & Drivers | 5545 | IF ANY | 30.35 | $         0.00 |
| | Total Class Premium | | | | $         0.00 |
| | Increase Limits      .028 | 9812 | | | $         0.00 |
| | Total Subject Premium | | | | $         0.00 |
| | Experience Premium  .69 | 9898 | | | $         0.00 |
| | Total Modified Premium | | | | $         0.00 |
| | Standard Total | | | | $         0.00 |
| | Terrorism           .043 | 9740 | | | $         0.00 |
| | Catastrophe (O/T Acts of Terr)  .009 | 9741 | | | $         0.00 |
| | Catastrophe - Nonpayroll  .007 | 9741 | | | $         0.00 |
| | Total Estimated Premium | | | | $         0.00 |
| | NY State Assessment Surcharge  .181 | 0932 | | | $         0.00 |
| | NY WC Security Fund Surcharge  .00 | 9749 | | | $         0.00 |
| | Final Total | | | | $         0.00 |

U-WC-318-A (07-94)

Z0000729

**SCHEDULE OF WORKERS COMPENSATION CHANGES**

Insurance for this coverage part provided by:

**AMERICAN ZURICH INSURANCE COMPANY**

Policy Number **WC 9336968-00**

CLASS CODE INFORMATION AFFECTED BY THIS CHANGE IS ADDED, DELETED OR CHANGED AS INDICATED

| LOC. | ITEM 4. CLASSIFICATION OF OPERATIONS — Entry in this item, except as specifically provided elsewhere in this policy, does not modify any of the other provisions of this policy. | Code No. | PREMIUM BASIS Total Estimated Annual Remuneration | RATES Per $100 of Remuneration | PREMIUM Estimated Additional or Return Premium |
|---|---|---|---|---|---|
| | Group Number: 0005-1 | | | | |
| | Sheet Metal Work – Outside – NOC & Drivers | 5538 | 300000 | 7.07 | $ 0.00 |
| | Roofing – All Kinds – & Drivers | 5551 | 300000 | 11.4 | $ 0.00 |
| | Total Class Premium | | | | $ 0.00 |
| | Increase Limits .02 | 9812 | | | $ 0.00 |
| | Total Subject Premium | | | | $ 0.00 |
| | Experience Premium .69 | 9898 | | | $ 0.00 |
| | Total Modified Premium | | | | $ 0.00 |
| | Standard Total | | | | $ 0.00 |
| | Large Deductible -.75 | 9663 | | | $ 0.00 |
| | Terrorism Risk Ins Act 2002 .013 | 9740 | | | $ 0.00 |
| | Total Estimated Premium | | | | $ 0.00 |
| | Final Total | | | | $ 0.00 |

U-WC-318-A (07-94)

Z0000730

**WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY**

WC 31 03 08

(Ed. 4-84)

---

### NEW YORK LIMIT OF LIABILITY ENDORSEMENT

This endorsement applies only to the insurance provided by Part Two (Employers Liability Insurance) because New York is shown in Item 3.A. of the Information Page.

We may not limit our liability to pay damages for which we become legally liable to pay because of bodily injury to your employees if the bodily injury arises out of and in the course of employment that is subject to and is compensable under the Workers' Compensation Law of New York.

This endorsement changes the policy to which it is attached and is effective on the date issued unless otherwise stated.

**(The information below is required only when this endorsement is issued subsequent to preparation of the policy.)**

Endorsement Effective                    Policy No.                              Endorsement No.

Insured                                                                          Premium  $

Insurance Company                        Countersigned By  ........................................................................................

**WC 31 03 08**

(Ed. 4-84)

Z0000731

**COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY**                    WC 31 03 19 F

(Ed. 02-11)

### NEW YORK CONSTRUCTION CLASSIFICATION PREMIUM ADJUSTMENT PROGRAM
### EXPLANATORY ENDORSEMENT

The New York Construction Classification Premium Adjustment Program (NYCCPAP) allows premium credits for some employers in the construction industry. These credits exist to recognize the difference in wage rates between employers within the same construction industries in New York.

The declarations section of this policy will show a credit of 0.00% if you are not eligible for this credit, or if you are eligible for this credit and have not yet applied for a credit. Credits are earned for average wages in excess of $15.50 per hour for each eligible class. If your policy shows one of the following classification codes, and you are experience rated, you are eligible to apply for an NYCCPAP credit:

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 0042 | 5057 | 5193 | 5429 | 5506 | 5645 | 6018 | 6252 | 7601 | 9553 |
| 3365 | 5059 | 5213 | 5443 | 5507 | 5648 | 6045 | 6260 | 7855 | |
| 3724 | 5069 | 5221 | 5445 | 5508 | 5651 | 6204 | 6306 | 8227 | |
| 3726 | 5102 | 5222 | 5462 | 5536 | 5701 | 6216 | 6319 | 9526 | |
| 3737 | 5160 | 5223 | 5473 | 5538 | 5703 | 6217 | 6325 | 9527 | |
| 5000 | 5183 | 5348 | 5474 | 5545 | 5709 | 6229 | 6400 | 9534 | |
| 5022 | 5184 | 5402 | 5479 | 5547 | 6003 | 6233 | 6701 | 9539 | |
| 5037 | 5188 | 5403 | 5480 | 5606 | 6005 | 6235 | 7536 | 9545 | |
| 5040 | 5190 | 5428 | 5491 | 5610 | 6017 | 6251 | 7538 | 9549 | |

The basis for determining the credit is the limited payroll of each employee for the number of hours worked (excluding overtime premium pay) for each construction classification (other than employees engaged in the construction of one or two-family residential housing) for the third quarter, as reported to taxing authorities, for the year preceding the policy date. Total payroll is to continue to be reported for employees engaged in the construction of one or two-family residential housing. For example:

| POLICY EFFECTIVE DATE | THIRD QUARTER PAYROLL |
|---|---|
| 4/1/09 thru 3/31/10 | 2008 |
| 4/1/10 thru 3/31/11 | 2009 |
| 4/1/11 thru 3/31/12 | 2010 |
| 4/1/12 thru 3/31/13 | 2011 |
| 4/1/13 thru 3/31/14 | 2012 |
| 4/1/14 thru 3/31/15 | 2013 |

If you have any eligible classes on your policy, you should have been notified by your insurance carrier or the New York Compensation Insurance Rating Board approximately nine months prior to the inception date of this policy. If you believe you may be eligible for a credit and have not received an application, you should immediately contact your agent, insurance carrier, or the New York Compensation Insurance Rating Board.

Credits are calculated by the New York Compensation Insurance Rating Board. You must submit a completed application to: Attention: Field Services Department, New York Compensation Insurance Rating Board, 733 Third Avenue, New York, New York 10017.

Applications must be received by the Rating Board three (3) months prior to the policy renewal effective date. The Rating Board will accept and process an application if it is received between the policy effective and expiration date, however, it must be accompanied by a letter stating the reason for the delay. Under no circumstances will an application be accepted for any policy if it is received after the expiration date of the policy. For short-term policies the application must be received prior to the expiration date of the short-term policy. If it is received after the policy expiration, no credit will be calculated.

© 2011 New York Compensation Insurance Rating Board.

**Z0000732**

**WC 31 03 19 F**                    **WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY**

(Ed. 02-11)

The New York Workers Compensation and Employers Liability Insurance Manual, and not this endorsement, govern the implementation and use of the NYCCPAP.

For online entry of the information requested on this form refer     http://cpap.nycirb.org

This endorsement changes the policy to which it is attached and is effective on the date issued unless otherwise stated.
**(The information below is required only when this endorsement is issued subsequent to preparation of the policy.)**

Endorsement Effective **09-30-11**        Policy No. **WC 9336968-00**              Endorsement No. **012**

Insured **PETERSEN-DEAN, INC.**                                               Premium $ **INCL.**

Insurance Company **AMERICAN ZURICH INSURANCE COMPANY**

                                                 Countersigned By _____

**WC 31 03 19 F**
(Ed. 02-11)
© **2011 New York Compensation Insurance Rating Board.**

**Z0000733**

**NEW YORK WORKERS COMPENSATION SECURITY FUND SURCHARGE**

**POLICYHOLDER NOTICE**

Companies writing workers compensation insurance business in New York are required to participate in the New York Workers Compensation Security Fund.  If a company becomes insolvent, the security fund settles unpaid claims and assesses each insurance company for its fair share.

New York law requires all companies to surcharge policies to recover these assessments.  If your policy is surcharged "New York Surcharge", an amount will be displayed on your premium notice.

WC 99 06 96 (05 04)

Z0000734