UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ZURICH AMERICAN INSURANCE COMPANY, et al.,

    Plaintiffs,

  v.

PETERSEN-DEAN, INC.,

    Defendant.

Case No. 13-cv-5758-PJH

**ORDER CONTINUING STAY**

On March 10, 2015, this case was stayed for nine months pursuant to the parties' stipulation. The parties have now filed a joint status statement indicating that they remain engaged in settlement discussions, and requesting that the court stay the action for an additional two and a half months, until February 1, 2016, to give the parties an opportunity to resolve this matter. The court GRANTS the request, and hereby STAYS the action until February 1, 2016. No later than February 1, 2016, the parties shall file a further joint status statement, apprising the court of the status of the case.

**IT IS SO ORDERED.**

Dated:  November 13, 2015

_____
PHYLLIS J. HAMILTON
United States District Judge