UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ZURICH AMERICAN INSURANCE COMPANY, et al.,

    Plaintiffs,

v.

PETERSEN-DEAN, INC.,

    Defendant.

Case No. 13-cv-05758-PJH   (DMR)

**ORDER REGARDING COLLATERAL ISSUES PROCEEDING**

Re: Dkt. Nos. 85, 86

Pursuant to paragraph 10 of the parties' Payment and Standstill Agreement, the undersigned will conduct an evidentiary hearing on the collateral issues at which the parties may present oral argument and the testimony of lay and expert witnesses. The hearing will take place on **April 11, 2016 at 9:00 a.m.** and will last approximately half a day. By no later than March 1, 2016, each party shall submit a statement identifying all witnesses it plans to offer, the subject matter of each witness's testimony, and the expected amount of time each witness will testify.

**IT IS SO ORDERED.**

Dated: February 11, 2016



Donna M. Ryu
United States Magistrate Judge