AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

| Northern | District of | California |

Zurich American Insurance Company, et al.
                    Plaintiff (s),
        V.
Petersen-Dean, Inc.
                    Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 4:13-cv-05758-PJH

Notice is hereby given that, subject to approval by the court, __Petersen-Dean, Inc.__ substitutes
(Party (s) Name)

__George Konstantin Milionis__, State Bar No. __213092__ as counsel of record in
(Name of New Attorney)

place of __Nicholas P. Roxborough, Joseph C. Gjonola, David A. Carman, and Lamdien T. Le__.
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name:          Petersen-Dean, Inc.
Address:            39300 Civic Center Drive, Suite 300, Fremont, California 94538
Telephone:          (510) 371-6555              Facsimile  (510) 494-2740
E-Mail (Optional):  gmilionis@petersendean.com

I consent to the above substitution.
Date:    2/10/2016
                                                        (Signature of Party (s))

I consent to being substituted.
Date:    2/10/2016
                                                        (Signature of Former Attorney (s))

I consent to the above substitution.
Date:    2/10/2106
                                                        (Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date:    2/25/16

*IT IS SO ORDERED — Judge Phyllis J. Hamilton*

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]