1
2
3
4                       UNITED STATES DISTRICT COURT
5                      NORTHERN DISTRICT OF CALIFORNIA
6

7  ZURICH AMERICAN INSURANCE
   COMPANY, et al.,                      Case No. 13-cv-5758-PJH
8
              Plaintiffs,
9
       v.                                **ORDER OF REASSIGNMENT TO
10                                       MAGISTRATE JUDGE FOR ALL
   PETERSEN-DEAN, INC.,                  PURPOSES**
11
              Defendant.
12
13

14       The parties having filed a joint consent to proceed before Magistrate Judge Ryu,
15  this matter is reassigned to Magistrate Judge Ryu to conduct any and all proceedings in
16  this matter and order the entry of final judgment, pursuant to Civil Local Rule 72-1.
17       **IT IS SO ORDERED.**
18  Dated:  March 9, 2016
19                                        _____
20                                        PHYLLIS J. HAMILTON
                                          United States District Judge
21  cc:   CANDMagRef