UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ZURICH AMERICAN INSURANCE COMPANY, et al.,

    Plaintiffs,

v.

PETERSEN-DEAN, INC.,

    Defendant.

Case No. 13-cv-05758-DMR

**ORDER VACATING APRIL 11, 2016 HEARING AND SETTING CASE MANAGEMENT CONFERENCE**

The court has received Defendant Petersen-Dean, Inc.'s administrative motion to continue the April 11, 2016 evidentiary hearing. [Docket No. 104.] No opposition was filed. Accordingly, the court VACATES the April 11, 2016 evidentiary hearing. The court will hold a Case Management Conference on May 4, 2016 at 1:30 p.m. in Courtroom 4, 3rd Floor, U.S. District Court, 1301 Clay Street, Oakland, California 94612. The Case Management Statement is due no later than April 27, 2016. At the case management conference, the court will discuss with the parties whether and when to schedule the evidentiary hearing, including whether to simply fold the evidentiary hearing into the rest of the case.

**IT IS SO ORDERED.**

Dated: March 22, 2016



Donna M. Ryu
United States Magistrate Judge