# UNITED STATES DISTRICT COURT
for the
Northern District of California

| | |
|---|---|
| Zurich American Insurance Company et al. )<br>*Plaintiff* )<br>v. )<br>Petersen-Dean, Inc. )<br>*Defendant* ) | Civil Action No. 4:13-cv-05758-DMR |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☑ **the plaintiffs** *(name)* Zurich American Insurance Company, Zurich American Insurance Company of Illinois and American Zurich Insurance Company recover from the defendant *(name)* Petersen-Dean, Inc. the amount of One million four hundred thirty-one thousand eight hundred thirty-five 62/100 dollars ($ 1,431,835.62 ), which includes prejudgment interest at the rate of 10.00 %, plus post judgment interest at the rate of 1.22 % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☐ other: 
_____ .

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Donna M. Ryu on
Zurich's Motion to Vacate Dismissal Order And Enforce Settlement Agreement pursuant to the Court's June 30, 2017 Order (Dkt. 2017).

Date: July 12, 2017

CLERK OF COURT

*D. Merry*

*Signature of Clerk or Deputy Clerk*